**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LSC COMMUNICATIONS, INC.[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10950 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that Borges & Associates, LLC hereby appears in this bankruptcy proceeding as attorneys for **WORKMAN PUBLISHING CO., INC.**

**REQUEST IS HEREBY MADE**, pursuant to 11 U.S.C. §§ 102(1), 342 and 1109(b) and Bankruptcy Rules 2002, 3017, 9007 and 9010(b), that all notices given or required to be given in this case or required to be served in this case, shall be directed to and served upon:

> Wanda Borges, Esq.
> Sue L. Chin, Esq.
> Borges & Associates, LLC
> 575 Underhill Blvd., Suite 118
> Syosset, New York 11791
> 516-677-8200 x225
> bankruptcy@borgeslawllc.com.

**PLEASE TAKE FURTHER NOTICE** that the undersigned consents to e-mail service.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation,

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: LSC Communications, Inc. (9580); Courier Communications LLC (2268); Courier Kendallville, Inc. (4679); Courier New Media, Inc. (1312); Dover Publications, Inc. (0853); LSC Communications Logistics, LLC (9496); LSC Communications MM LLC (5577); LSC Communications US, LLC (4157); LSC International Holdings, Inc. (4995); National Publishing Company (8213); Publishers Press, LLC (7265); Continuum Management Company, LLC (2627); Clark Distribution Systems, Inc. (5778); Clark Holdings Inc. (9172); Clark Worldwide Transportation, Inc. (5773); The Clark Group, Inc. (6223); Courier Companies, Inc. (7588); Courier Publishing, Inc. (3681); F.T.C. Transport, Inc. (8699); LibreDigital, Inc. (7160); LSC Communications Printing Company (7012); and Research & Education Association, Inc. (3922). The Debtors' corporate headquarters is located at 191 N. Wacker Drive, Suite 1400, Chicago, IL 60606.

1

orders and notices of any application, motions, petitions, pleadings, requests, suggestions, complaint demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise with regard to the above cases and proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that the undersigned intends that neither this Notice of Appearance and Demand for Notices and Papers nor any subsequent appearance, pleading, claim or suit shall be deemed or construed to be a waiver of the right (i) to have final orders in non-core matters entered only after *de novo* review by a United States District Court; (ii) to have a trial by jury in this action or proceeding so triable in this case or any case, controversy, or proceeding related to this case; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) to any other rights, claims, actions, setoffs, or recoupments which may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved without limitation.

Dated:   April 23, 2020                                   BORGES & ASSOCIATES, LLC

*Attorneys for WORKMAN PUBLISHING CO., INC.*

By:   /s/ *Wanda Borges*
   Wanda Borges, Esq. (wb4904)
   Sue L. Chin, Esq. (sc1965)
   BORGES & ASSOCIATES, LLC
   575 Underhill Blvd., Suite 118
   Syosset, New York 11791
   Tel:  (516) 677-8200 x225
   Fax:  (516) 677-0806
   wborges@borgeslawllc.com
   schin@borgeslawllc.com

# CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2020 a copy of the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS** was served by: (1) electronic notification through the CM/ECF System on all parties registered in this case.

By: */s/ Wanda Borges*
Wanda Borges, Esq.