PILLSBURY WINTHROP SHAW PITTMAN LLP

Philip S. Warden (State Bar No. 54572)
Jonathan R. Doolittle (State Bar No. 290638)
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94126-5998
Telephone: (415) 983-1000
Facsimile: (415) 983-1200
philip.warden@pillsburylaw.com
jonathan.doolittle@pillsburylaw.com

*Counsel for Robert Half International, Inc.*

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| In re:<br><br>**LSC COMMUNICATIONS, INC., et al.,**[1]<br><br>**Debtors.** | Bankruptcy Case<br>No. 20-10950 (SHL)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS** |
|---|---|

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance, pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), as counsel for

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: LSC Communications, Inc. (9580); Courier Communications LLC (2268); Courier Kendallville, Inc. (4679); Courier New Media, Inc. (1312); Dover Publications, Inc. (0853); LSC Communications Logistics, LLC (9496); LSC Communications MM LLC (5577); LSC Communications US, LLC (4157); LSC International Holdings, Inc. (4995); National Publishing Company (8213); Publishers Press, LLC (7265); Continuum Management Company, LLC (2627); Clark Distribution Systems, Inc. (5778); Clark Holdings Inc. (9172); Clark Worldwide Transportation, Inc. (5773); The Clark Group, Inc. (6223); Courier Companies, Inc. (7588); Courier Publishing, Inc. (3681); F.T.C. Transport, Inc. (8699); LibreDigital, Inc. (7160); LSC Communications Printing Company (7012); and Research & Education Association, Inc. (3922). The Debtors' corporate headquarters is located at 191 N. Wacker Drive, Suite 1400, Chicago, IL 60606.

4810-9975-8982.v4

Robert Half International, Inc. ("Robert Half") in the above-captioned cases, and requests that copies of all notices and pleadings in the above-captioned cases be given to and served upon:

>Philip S. Warden (State Bar No. 54572)
>PILLSBURY WINTHROP SHAW PITTMAN LLP
>Four Embarcadero Center, 22nd Floor
>San Francisco, CA 94126-5998
>Telephone: (415) 983-1000
>Facsimile: (415) 983-1200
>philip.warden@pillsburylaw.com
>
>Jonathan R. Doolittle (State Bar No. 290638)
>PILLSBURY WINTHROP SHAW PITTMAN LLP
>Four Embarcadero Center, 22nd Floor
>San Francisco, CA 94126-5998
>Telephone: (415) 983-1000
>Facsimile: (415) 983-1200
>jonathan.doolittle@pillsburylaw.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Bankruptcy Rules 2002, 3017(a), and 9007, the foregoing request includes not only the notices and pleadings referred to in the Bankruptcy Code and Bankruptcy Rules, but also includes, without limitation, all plans and disclosure statements, all orders and notices of any application, motion, petition, complaint, demand, request or other pleading in this case, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise filed or given with regard to this case.

**PLEASE TAKE FURTHER NOTICE** that neither this notice and request nor any later appearance, pleading, proof of claim, claim, or suit filed in this case shall be deemed or construed as a waiver of Robert Half's (i) right to have final orders in any non-core matter entered only after *de novo* review by a district judge, (ii) right to trial by jury in any proceeding so triable in this cases or any case, controversy, or proceeding related to this cases, (iii) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) other rights, claims, actions, defenses, setoffs, or recoupments, as appropriate, to which Robert Half is or may be entitled, either in law or in equity, under any

4810-9975-8982.v4

| | |
|---|---|
| 1 | agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly |
| 2 | reserved. |

Dated: June 10, 2020        PILLSBURY WINTHROP SHAW PITTMAN LLP

  /s/ *Philip S. Warden*
Philip S. Warden (State Bar No. 54547)
Jonathan R. Doolittle (State Bar No. 290638)
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94126-5998
Telephone: (415) 983-1000
Facsimile: (415) 983-1200
philip.warden@pillsburylaw.com
jonathan.doolittle@pillsburylaw.com

*Counsel for Robert Half International, Inc.*

4810-9975-8982.v4