**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|   |   |
|---|---|
| In re | Chapter 11 |
| LSC COMMUNICATIONS, INC., *et al.*,[1] | Case No. 20-10950 (SHL) |
| Debtors. | Jointly Administered |

**ORDER DENYING KEVIN H. FORRY'S AND DEBBIE A. FORRY'S MOTION**
**FOR RELIEF FROM THE AUTOMATIC STAY**

Upon the motion (the "Motion") of Kevin H. and Debbie A. Forry (the "Forrys"), for entry of an order terminating the automatic stay with respect to an Indiana state court personal injury lawsuit brought by the Forrys against LSC Communications US, LLC; and the objection (the "Objection") of LSC Communications, Inc. and certain of its affiliated debtors and debtors-in-possession (collectively, the "Debtors") to the Motion; and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and venue in this district of these chapter 11 cases and the Motion being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that proper and adequate notice of the Motion and the relief requested therein has been provided in accordance with the Bankruptcy Rules, the Local Rules, and the Amended Case

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: LSC Communications, Inc. (9580); Courier Communications LLC (2268); Courier Kendallville, Inc. (4679); Courier New Media, Inc. (1312); Dover Publications, Inc. (0853); LSC Communications Logistics, LLC (9496); LSC Communications MM LLC (5577); LSC Communications US, LLC (4157); LSC International Holdings, Inc. (4995); National Publishing Company (8213); Publishers Press, LLC (7265); Continuum Management Company, LLC (2627); Clark Distribution Systems, Inc. (5778); Clark Holdings Inc. (9172); Clark Worldwide Transportation, Inc. (5773); The Clark Group, Inc. (6223); Courier Companies, Inc. (7588); Courier Publishing, Inc. (3681); F.T.C. Transport, Inc. (8699); LibreDigital, Inc. (7160); LSC Communications Printing Company (7012); and Research & Education Association, Inc. (3922). The Debtors' corporate headquarters is located at 191 N. Wacker Drive, Suite 1400, Chicago, IL 60606.

-1-

-2-

Management Order [D.I. 271], and that no other or further notice is necessary; and this Court having found and determined that cause does not exist for the relief sought in the Motion denied herein; and after due deliberation and sufficient cause appearing therefor;

       IT IS HEREBY ORDERED THAT:

    1.    For the reasons stated on the record at the hearing held on September 11, 2020, the Motion is DENIED.

Dated: September 23, 2020                        */s/ Sean H. Lane*
New York, New York                           The Honorable Sean H. Lane
                                               United States Bankruptcy Judge