**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **In re:** | **Chapter 11** |
| **LSC COMMUNICATION INC., *et al.*,** [1] | **Case No. 20-10950 (SHL)** |
| **Debtors.** | **Jointly Administered** |
|  | **Objection Deadline: May 7, 2021** |

**FINAL FEE APPLICATION OF ALVAREZ & MARSAL NORTH AMERICA, LLC FOR
PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS
FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR THE PERIOD FROM
<u>APRIL 27, 2020 THROUGH MARCH 10, 2021</u>**

| | |
|---|---|
| Name of Applicant: | <u>Alvarez & Marsal North America, LLC</u> |
| Authorized to Provide Professional Services to: | <u>Official Committee of Unsecured Creditors</u> |
| Date of Retention: | June 5, 2020, *nunc pro tunc* to April 27, 2020 |
| <u>Total</u> Period for which compensation and reimbursement is sought: | April 27, 2020 through March 10, 2021 ("Application Period") |
| <u>Total</u> Amount of Compensation Sought as actual, reasonable and necessary: | $2,754,378.00 |
| <u>Total</u> Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $576.30 |
| This is a(n): | Monthly_____ Interim _____ ✓ Final application |

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: LSC Communications, Inc. (9580); Courier Communications LLC (2268); Courier Kendallville, Inc. (4679); Courier New Media, Inc. (1312); Dover Publications, Inc. (0853); LSC Communications Logistics, LLC (9496); LSC Communications MM LLC (5577); LSC Communications US, LLC (4157); LSC International Holdings, Inc. (4995); National Publishing Company (8213); Publishers Press, LLC (7265); Continuum Management Company, LLC (2627); Clark Distribution Systems, Inc. (5778); Clark Holdings Inc. (9172); Clark Worldwide Transportation, Inc. (5773); The Clark Group, Inc. (6223); Courier Companies, Inc. (7588); Courier Publishing, Inc. (3681); F.T.C. Transport, Inc. (8699); LibreDigital, Inc. (7160); LSC Communications Printing Company (7012); and Research & Education Association, Inc. (3922). The Debtors' corporate headquarters is located at 191 N. Wacker Drive, Suite 1400, Chicago, IL 60606.

**Requested Payment Amount:**

| | |
|---|---|
| Fees at 100% | **$ 2,754,378.00** |
| Expenses at 100% | **576.30** |
| Total: | **$ 2,754,954.30** |

| | Prior Statements | | | | | |
|---|---|---|---|---|---|---|
| Date & Docket No.# | Filing Period | Requested Fees | Requested Expenses | Fees Paid to Date | Expenses Paid to Date | Outstanding |
| 6/19/20 [418] | 4/27/20 – 5/31/20 | $869,512.50 | $36.32 | $869,512.50 | $36.32 | $0.00 |
| 7/29/20 [544] | 6/1/20 – 6/30/20 | 547,154.50 | 187.70 | 547,154.50 | 187.70 | 0.00 |
| 8/27/20 [692] | 7/1/20 – 7/31/20 | 426,052.50 | 142.28 | 426,052.50 | 142.28 | 0.00 |
| 9/23/20 [810] | 8/1/20 – 8/31/20 | 419,550.00 | 205.09 | 418,980.00 | 140.00 | 0.00 |
| 10/7/20 [878] | 9/1/20 – 9/30/20 | 268,880.00 | 42.49 | 268,006.00 | 0.00 | 0.00 |
| 11/25/20 [981] | 10/1/20 – 10/31/20 | 112,530.00 | 37.81 | 112,530.00 | 0.00 | 0.00 |
| 12/4/20 [1012] | 11/1/20 – 11/30/20 | 33,675.00 | 19.32 | 33,675.00 | 0.00 | 0.00 |
| 1/14/21 [1133] | 12/1/20 – 12/31/20 | 49,085.00 | 0.00 | 39,268.00 | 0.00 | 9,817.00 |
| 2/5/21 [1200] | 1/1/21 – 1/31/21 | 9,460.00 | 0.00 | 7,568.00 | 0.00 | 1,892.00 |
| 3/4/21 [1270] | 2/1/21 – 2/28/21 | 5,662.50 | 70.00 | 4,530.00 | 70.00 | 1,132.50 |
| 3/12/21 [1284] | 3/1/21 – 3/10/21 | 4,260.00 | 0.00 | 3,408.00 | 0.00 | 852.00 |
| Application Preparation | | 10,000.00 | 0.00 | 0.00 | 0.00 | 10,000.00 |
| **SUBTOTALS** | | **$2,755,822.00** | **$741.01** | **$2,730,684.50** | **$576.30** | **$23,693.50** |
| Less: Voluntary Reduction[2] | | (1,444.00) | (164.71) | 0.00 | 0.00 | 0.00 |
| **TOTALS** | | **$2,754,378.00** | **$576.30** | **$2,730,684.50** | **$576.30** | **$23,693.50** |

---

[2] A&M voluntarily agreed with the U.S. Trustee to a reduction of professional fees in the amount of $1,444.00 and expenses in the amount of $164.71 during the Second Interim Period

Alvarez & Marsal North America, LLC ("A&M"), financial advisor to the Official Committee of Unsecured Creditors (the "Committee") appointed in the cases of the above-captioned debtor and debtors in possession (collectively, the "Debtors"), hereby submits its final fee application (the "Application") in accordance with the *Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, and Local Rule 2016-1 Establishing Procedures for Monthly Compensation and Reimbursement of Expenses of Professionals*, dated May 12, 2020 [Docket No. 217] (the "Interim Compensation Order"), seeking compensation and reimbursement of expenses for the period from April 27, 2020 through March 10, 2021.  In support hereof, A&M respectfully represents as follows:

### INTRODUCTION

1.     A&M submits this Application for entry of an order pursuant to section 331 of title 11 of the United States Code, 11 U.S.C §§ 101 et seq, as amended (the "Bankruptcy Code"). By this Application, A&M seeks final approval of compensation for actual and necessary professional services rendered in the amount of $2,754,378.00 and reimbursement of expenses in the amount of $576.30 during the Application Period. Pursuant to the Interim Compensation Order, A&M was entitled to receive payment of one-hundred percent (100%) of fees and one-hundred percent (100%) of expenses incurred from April 27, 2020 through March 10, 2021 in the aggregate amount of $2,744,954.30 including (i) 100% of fees in the amount of $2,744,378.00, and (ii) 100% of expenses in the amount of $576.30.

2.     A&M has served to the Notice Parties (as defined below) the monthly fee statements for the periods of (i) April 27, 2020 through May 31, 2020; (ii) June 1, 2020 through June 30, 2020; (iii) July 1, 2020 through July 31, 2020; (iv) August 1, 2020 through August 31, 2020; (v) September 1, 2020 through September 30, 2020; (vi) October 1, 2020 through October

31, 2020; (vii) November 1, 2020 through November 30, 2020; (viii) December 1, 2020 through December 31, 2020; (ix) January 1, 2021 through January 31, 2021; (x) February 1, 2021 through February 28, 2021 and (xi) March 1, 2021 through March 10, 2021.

## JURISDICTION AND VENUE

3.     This Court has jurisdiction over this Application pursuant to 28 U.S.C. § 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (B). Venue of this proceeding and this Application is proper in this District pursuant to 28 U.S.C. §§1408 and 1409. The statutory predicate for the relief sought herein is section 331 of the Bankruptcy Code.

## BACKGROUND

4.     On April 13, 2020 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors have continued in the management of their businesses and operation of their properties pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

5.     In accordance with the provisions of section 1102(b) of the Bankruptcy Code, on April 22, 2020, the United States Trustee appointed the Committee in the Debtors' cases.

6.     On June 5, 2020, this Court entered an order approving the retention of A&M as financial advisor to the Committee effective April 27, 2020 [Docket No. 330].

## SERVICES  RENDERED AND EXPENSES INCURRED

7.     The Debtors' chapter 11 cases have presented numerous large and complex issues that had to be addressed to preserve and maximize value for unsecured creditors. The Retention Order authorizes A&M to render financial advisory services to the Committee.

8.     The total number of hours expended by A&M professionals in performing professional services for the Committee during the Application Period was 3,966.0 hours.

Pursuant to the Retention Order, A&M is entitled to compensation for its services provided to the Committee of $2,754,378.00, plus reimbursement of necessary out of pocket expenses.

9.     A&M also expended costs on behalf of the Debtors in the sum of $576.30 during the Application Period.

10.     The following exhibits are attached hereto for the Application Period: (i) Exhibit "A" is a summary of time detail by professional; (ii) Exhibit "B" is a summary of time by project category; and (iii) Exhibit "C" is a summary of expenses by category. Detailed time descriptions for each professional, organized by project category and by date, and detailed expense descriptions, organized by category and by date can be found in the previously filed monthly fee statements.

## STATEMENT FROM ALVAREZ & MARSAL NORTH AMERICA, LLC

11.     At all relevant times, A&M has been a disinterested person, as that term is defined at § 101(14) of the Bankruptcy Code, as modified by § 1103(b) of the Bankruptcy Code, and has not represented or held any interest adverse to any interest of the Committee.

12.     A&M has received no payment and no promises for payment from any source (other than the Debtors) for services rendered or to be rendered in any capacity whatsoever in conjunction with the matters covered by this Application. No agreement or understanding exists between A&M and any other entity (other than shareholders or employees of A&M) for the sharing of compensation received or to be received for services rendered in or in conjunction with these cases.

13.     All services for which A&M requests compensation were performed at the direction or instruction of the Committee and for, or on behalf of, the Committee. The professional services and related expenses for which A&M requests allowance of compensation and reimbursement of

expenses were rendered and incurred in conjunction with these cases in the discharge of A&M's

professional responsibilities as financial advisor to the Committee in the Debtors' chapter 11 cases.

14.     A&M respectfully submits that, in accordance with §328 of the Bankruptcy Code,

A&M is entitled to the compensation requested in this Application.  A&M further submits that the

services provided were necessary and beneficial to the Committee, the Debtors' estates, creditors

and other parties in interest, and as such the compensation being sought for its services is fair and

reasonable pursuant to §330 of the Bankruptcy Code.

### NO PRIOR REQUEST

15.     No prior application for the relief requested herein has been made to this or any

other court.

**WHEREFORE**, A&M respectfully requests that the Court enter an order, (i) approving

and allowing on a final basis the compensation and reimbursement of actual and necessary costs

and expenses requested herein; (ii) approving the payment of the 100% of allowed fees and

expenses and (iii) providing such further relief as may be just and proper.

Dated: April 22, 2021                              ALVAREZ & MARSAL NORTH AMERICA, LLC

By:          */s/ Mark Greenberg*
Mark Greenberg
600 Madison Avenue, 7th Floor
New York, NY 10022
Telephone:  212-328-8562
E-mail:  mgreenberg@alvarezandmarsal.com

*Exhibit A*

*LSC Communications Inc, et al.*
*Summary of Time Detail by Professional*
*April 27, 2020 through March 10, 2021*

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| Greenberg, Mark | Managing Director | $950 | 563.1 | $534,945.00 |
| Newman, Richard | Managing Director | $950 | 27.9 | $26,505.00 |
| Howe, Christopher | Managing Director | $1,150 | 19.7 | $22,655.00 |
| Ivy, Jason | Managing Director | $1,000 | 26.8 | $26,800.00 |
| Schwarcz, Jeffrey | Managing Director | $1,050 | 26.7 | $28,035.00 |
| Pedersen, Brian | Managing Director | $1,050 | 17.1 | $17,955.00 |
| Gonzalez, Andrea | Managing Director | $925 | 564.0 | $521,700.00 |
| Jones, Jeffrey | Managing Director | $875 | 182.9 | $160,037.50 |
| Russell, Kimberly | Managing Director | $720 | 0.5 | $360.00 |
| Holsomback, Hunt | Managing Director | $875 | 35.3 | $30,887.50 |
| Phillips, Trevor | Managing Director | $875 | 4.7 | $4,112.50 |
| Seaway, William | Senior Advisor | $1,050 | 4.7 | $4,935.00 |
| Zimet, Lee | Senior Advisor | $1,050 | 7.2 | $7,560.00 |
| Deets, James | Senior Director | $850 | 9.1 | $7,735.00 |
| Koerber, Fred | Senior Director | $775 | 123.3 | $95,557.50 |
| Fischoff, Steven | Senior Director | $610 | 15.5 | $9,455.00 |
| Waschitz, Seth | Director | $750 | 66.4 | $49,800.00 |
| Domfeh, Kofi | Director | $700 | 172.3 | $120,610.00 |
| Wells, Ryan | Director | $700 | 66.0 | $46,200.00 |
| Edwards, Emily | Director | $750 | 13.9 | $10,425.00 |
| Dowling, Lindsey | Director | $750 | 50.8 | $38,100.00 |
| Skinner, Sean | Senior Associate | $625 | 726.6 | $454,125.00 |
| Frank, Audrey | Senior Associate | $550 | 4.5 | $2,475.00 |
| Karsholt, Rene | Senior Associate | $475 | 59.6 | $28,310.00 |
| Katagihara, Alden | Manager | $575 | 42.8 | $24,610.00 |
| Gdowski, Jacob | Manager | $575 | 1.6 | $920.00 |
| Escobedo, Eloy | Manager | $575 | 29.4 | $16,905.00 |
| Levy, Spencer | Associate | $550 | 28.4 | $15,620.00 |
| Goo, Katherine | Associate | $550 | 3.5 | $1,925.00 |
| Black, Aidan | Associate | $500 | 84.4 | $42,200.00 |
| Sinclair, Gibbons | Associate | $550 | 0.9 | $495.00 |
| Sullivan, Michael | Analyst | $425 | 7.9 | $3,357.50 |
| Jochim, Davis | Analyst | $425 | 33.5 | $14,237.50 |
| Sohr, Kevin | Analyst | $400 | 890.8 | $356,320.00 |
| Ortiz, III, Ramon | Analyst | $400 | 39.8 | $15,920.00 |
| Bloch, Matthew | Analyst | $280 | 14.4 | $4,032.00 |
| | | | **3,966.0** | **$2,745,822.00** |

| | |
|---|---|
| Less: Voluntary Reduction | ($1,444.00) |
| **Grand Total** | **$2,744,378.00** |

*Exhibit B*

*LSC Communications Inc, et al.*
*Summary of Time Detail by Project Category*
*April 27, 2020 through March 10, 2021*

| Project Category | Hours | Fees |
|---|---|---|
| Asset Sales | 128.6 | $86,617.50 |
| Business Plan | 142.2 | $101,320.00 |
| Case Administration | 17.0 | $11,285.00 |
| Cash Budget | 481.0 | $319,002.50 |
| Claims / Liabilities Subject to Compromise | 107.9 | $79,802.50 |
| Contracts | 16.8 | $11,712.50 |
| Court Attendance / Participation | 24.8 | $17,817.50 |
| Employee Matters | 265.2 | $176,245.00 |
| Fee Application | 99.7 | $51,282.50 |
| Financial & Operational Matters | 206.4 | $131,720.00 |
| Financing Matters (DIP, Exit, Other) | 78.6 | $56,087.50 |
| Firm Retention | 29.2 | $20,220.00 |
| General Correspondence with Debtor & Debtors' Professionals | 16.7 | $14,132.50 |
| General Correspondence with Other Professionals | 6.1 | $5,630.00 |
| General Correspondence with UCC & UCC Counsel | 113.0 | $93,650.00 |
| Intercompany Claims | 64.4 | $43,742.50 |
| Miscellaneous Motions | 123.3 | $103,212.50 |
| Pension Liability Analysis | 38.4 | $28,520.00 |
| Plan of Reorganization / Disclosure Statement | 863.1 | $603,595.00 |
| Potential Avoidance Actions / Litigation Matters | 216.4 | $136,825.00 |
| SOFAs & SOALs | 68.4 | $46,985.00 |
| Tax Matters | 124.7 | $106,975.00 |
| Valuation | 734.1 | $499,442.00 |
| **Total** | **3,966.0** | **$2,745,822.00** |
| Less: Voluntary Reduction | | ($1,444.00) |
| **Grand Total** | | **$2,744,378.00** |

*Exhibit C*

*LSC Communications Inc, et al.*
*Expense Summary by Category*
*April 27, 2020 through March 10, 2021*

| Expense Category | Total |
|---|---|
| Miscellaneous | 741.01 |
| | |
| **Total** | **$741.01** |
| Less: Voluntary Reduction | ($164.71) |
| **Grand Total** | **$576.30** |

ALVAREZ & MARSAL NORTH AMERICA, LLC
600 Madison Avenue, 7th Floor
New York, NY 10022
Telephone (212) 328-8562
Facsimile: (212) 759-5532

*Financial Advisor to the Official
Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY
COURT SOUTHERN DISTRICT OF
NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **LSC COMMUNICATIONS INC.**, *et al.*, [1] | **Case No. 20-10950 (SHL)** |
| **Debtors.** | **Jointly Administered** |
| | **Objection Deadline: May 7, 2021** |

**CERTIFICATION OF MARK GREENBERG IN SUPPORT OF FINAL FEE
APPLICATION OF ALVAREZ & MARSAL NORTH AMERICA, LLC FOR PAYMENT
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS FINANCIAL
ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
THE PERIOD FROM
<u>APRIL 27, 2020 THROUGH MARCH 10, 2021</u>**

I, Mark Greenberg, hereby certify that:

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: LSC Communications, Inc. (9580); Courier Communications LLC (2268); Courier Kendallville, Inc. (4679); Courier New Media, Inc. (1312); Dover Publications, Inc. (0853); LSC Communications Logistics, LLC (9496); LSC Communications MM LLC (5577); LSC Communications US, LLC (4157); LSC International Holdings, Inc. (4995); National Publishing Company (8213); Publishers Press, LLC (7265); Continuum Management Company, LLC (2627); Clark Distribution Systems, Inc. (5778); Clark Holdings Inc. (9172); Clark Worldwide Transportation, Inc. (5773); The Clark Group, Inc. (6223); Courier Companies, Inc. (7588); Courier Publishing, Inc. (3681); F.T.C. Transport, Inc. (8699); LibreDigital, Inc. (7160); LSC Communications Printing Company (7012); and Research & Education Association, Inc. (3922). The Debtors' corporate headquarters is located at 191 N. Wacker Drive, Suite 1400, Chicago, IL 60606.

1.       I am a Managing Director with the applicant firm, A&M[2], with responsibility for assisting and advising the Committee appointed in the cases of the above-captioned Debtors, and compliance with the Interim Compensation Order, the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy cases pursuant to Local Rule 2016-1(a) (as updated June 17, 2013) (the "Local Guidelines"), and the U.S. Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, effective November 1, 2013 (the "UST Guidelines" and, together with the Local Guidelines, the "Fee Guidelines").

2.       This certification is made in conjunction with the Application for compensation and reimbursement of expenses for the Application Period in accordance with the Fee Guidelines.

3.       Pursuant to section B(1) of the Local Guidelines, I certify that:

a.       I have read the Application;

b.       To the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and expenses sought fall within the Local Guidelines.

c.       The fees and expenses sought are billed at rates in accordance with those customarily charged by A&M and generally accepted by A&M clients; and

d.       In providing a reimbursable service, A&M does not make a profit on that service, whether the service is performed by A&M in-

---

[2] Capitalized terms not defined herein shall have the meaning set forth in the Final Fee Application of Alvarez & Marsal North America, LLC for Payment of Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from April 27, 2020 through March 10, 2021 (the "Application").

house or through a third party.

4.      Pursuant to section B(2) of the Local Guidelines, I certify that A&M has previously provided monthly statements of A&M's fees and expenses by filing and serving monthly statements in accordance with the Interim Compensation Order.

5.      Pursuant to section B(3) of the Local Guidelines, I certify that: (a) the Debtors; (b) the chair of the Committee; and (c) the Office of the United States Trustee for the Southern District of New York will be provided with a copy of the Application concurrently with the filing thereof and will have at least 15 days to review such Application prior to any objection deadline with respect thereto.

Dated: April 22, 2021                              ALVAREZ & MARSAL NORTH AMERICA, LLC


                                                   By:         /s/ Mark Greenberg
                                                   Mark Greenberg
                                                   600 Madison Avenue, 7th Floor
                                                   New York, NY 10022
                                                   Telephone:  212-328-8562
                                                   E-mail:  mgreenberg@alvarezandmarsal.com