STROOCK & STROOCK & LAVAN LLP
Frank A. Merola
Brett Lawrence
Erez E. Gilad
Gabriel E. Sasson
180 Maiden Lane
New York, NY 10038-4982
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Counsel for the Official
Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------  x
*In re:*                                                    :
                                                            :    Chapter 11
                                                            :
LSC COMMUNICATIONS, INC., *et al.*,[1]                      :    Case No. 20-10950 (SHL)
                                                            :
            Debtors.                                        :    (Jointly Administered)
                                                            :
----------------------------------------------------------  x

**SUMMARY OF THIRD INTERIM AND FINAL FEE APPLICATION OF STROOCK &
STROOCK & LAVAN LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF LSC COMMUNICATIONS, INC., *ET AL.*, FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED DURING (I) THE THIRD INTERIM
FEE PERIOD FROM DECEMBER  1, 2020 THROUGH AND INCLUDING
MARCH 10, 2021, AND (II) THE FINAL FEE PERIOD FROM APRIL 24, 2020
THROUGH AND INCLUDING MARCH 10, 2021**

---

[1]     The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: LSC Communications, Inc. (9580); Courier Communications LLC (2268); Courier Kendallville, Inc. (4679); Courier New Media, Inc. (1312); Dover Publications, Inc. (0853); LSC Communications Logistics, LLC (9496); LSC Communications MM LLC (5577); LSC Communications US, LLC (4157); LSC International Holdings, Inc. (4995); National Publishing Company (8213); Publishers Press, LLC (7265); Continuum Management Company, LLC (2627); Clark Distribution Systems, Inc. (5778); Clark Holdings Inc. (9172); Clark Worldwide Transportation, Inc. (5773); The Clark Group, Inc. (6223); Courier Companies, Inc. (7588); Courier Publishing, Inc. (3681); F.T.C. Transport, Inc. (8699); LibreDigital, Inc. (7160); LSC Communications Printing Company (7012); and Research & Education Association, Inc. (3922). The Debtors' corporate headquarters is located at 191 N. Wacker Drive, Suite 1400, Chicago, IL 60606.

| | |
|---|---|
| **Name of Applicant:** | Stroock & Stroock & Lavan LLP |
| **Authorized to Provide Professional Services to:** | Official Committee of Unsecured Creditors |
| **Date of Retention:** | June 5, 2020, effective April 24, 2020 |
| **Period for which Interim Compensation and Reimbursement is Sought:** | December 1, 2020 through and including March 10, 2021 |
| **Period for which Final Compensation and Reimbursement is Sought:** | April 24, 2020 through and including March 10, 2021 |
| **Total Interim Compensation Requested:** | $531,566.50 |
| **Total Final Compensation Requested:** | $5,419,514.85[2] |
| **Total Interim Expense Reimbursement Requested:** | $1,521.71 |
| **Total Final Expense Reimbursement Requested:** | $43,792.71 |
| **Compensation Sought In This Application Already Paid Pursuant To A Monthly Compensation Order But Not Yet Allowed:** | $414,079.71 |
| **Expenses Sought In This Application Already Paid Pursuant To A Monthly Compensation Order But Not Yet Allowed:** | $1,031.71 |
| **Total Expense Reimbursement Requested by Committee Members:** | $0.00 |

This is a(n):    __monthly      X interim    X final application

---

[2]  This amount includes amounts sought by Stroock on account of the Post-Effective Date Fee Statement (defined below).  After March 10, 2021, Stroock professionals rendered additional services in preparing and filing this fee application.  In accordance with the Confirmation Order (defined below), Stroock circulated an invoice reflecting the amounts relating to such services incurred through the filing of this fee application to the Plan Administrator in advance of the filing of this fee application.  As of the filing of this fee application, those amount have not been paid and are reflected separately herein out of an abundance of caution and for the purposes of complete disclosure.

Below are the amounts sought and already paid pursuant to an interim application:

| Interim Fee Period | Expenses Incurred | Expenses Paid | Fees Incurred | Fees Paid | Balance (Fees & Expenses) |
|---|---|---|---|---|---|
| 4/24/2020-7/31/2020 Dkt No. 700 | $31,474.21 | $31,474.21 (100%) | $3,251,455.50 | $3,251,455.50 (100%) | $0 |
| 8/1/2021-11/30/2021 Dkt. No. 1086 | $10,796.79 | $10,796.79 (100%) | $1,590,114.50 | $1,590,114.50 (100%) | $0 |
| **Balance Owing:** | | | | | $0 |

Note: Stroock has not filed a separate interim fee application for the period from December 1, 2020 through and including March 10, 2021. Accordingly, the fees and expenses for this period have not yet been approved by this Court. This fee application constitutes in part an interim and final request for the payment of such fees and expenses.

STROOCK & STROOCK & LAVAN LLP
Frank A. Merola
Brett Lawrence
Erez E. Gilad
Gabriel E. Sasson
180 Maiden Lane
New York, NY 10038-4982
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Counsel for the Official*
*Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------- x
|  |  |
| --- | --- |
| *In re:* | : |
|  | :    Chapter 11 |
|  | : |
| LSC COMMUNICATIONS, INC., *et al.*, [1] | :    Case No. 20-10950 (SHL) |
|  | : |
| Debtors. | :    (Jointly Administered) |
|  | : |

--------------------------------------------------------------- x

**THIRD INTERIM AND FINAL FEE APPLICATION OF STROOCK & STROOCK &
LAVAN LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF LSC COMMUNICATIONS, INC., *ET AL.*, FOR ALLOWANCE OF
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES INCURRED DURING (I) THE THIRD INTERIM FEE PERIOD FROM
DECEMBER 1, 2020 THROUGH AND INCLUDING MARCH 10, 2021,
AND (II) THE FINAL FEE PERIOD FROM APRIL 24, 2020
THROUGH AND INCLUDING MARCH 10, 2021**

---

[1]      The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: LSC Communications, Inc. (9580); Courier Communications LLC (2268); Courier Kendallville, Inc. (4679); Courier New Media, Inc. (1312); Dover Publications, Inc. (0853); LSC Communications Logistics, LLC (9496); LSC Communications MM LLC (5577); LSC Communications US, LLC (4157); LSC International Holdings, Inc. (4995); National Publishing Company (8213); Publishers Press, LLC (7265); Continuum Management Company, LLC (2627); Clark Distribution Systems, Inc. (5778); Clark Holdings Inc. (9172); Clark Worldwide Transportation, Inc. (5773); The Clark Group, Inc. (6223); Courier Companies, Inc. (7588); Courier Publishing, Inc. (3681); F.T.C. Transport, Inc. (8699); LibreDigital, Inc. (7160); LSC Communications Printing Company (7012); and Research & Education Association, Inc. (3922). The Debtors' corporate headquarters is located at 191 N. Wacker Drive, Suite 1400, Chicago, IL 60606.

Stroock & Stroock & Lavan LLP ("**Stroock**"), counsel for the Official Committee of Unsecured Creditors (the "**Committee**") appointed in the chapter 11 cases (the "**Chapter 11 Cases**") of LSC Communications, Inc. and the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), hereby submits its third interim fee application and final fee application (this "**Application**") for: (i) allowance and payment of compensation for professional services rendered in the amount of $531,566.50 and reimbursement of expenses in the amount of $1,521.71 that Stroock incurred for the period from December 1, 2020 through and including March 10, 2021 (the "**Third Interim Period**"); (ii) allowance, on a final basis, and payment of compensation for professional services rendered in the amount of $5,419,514.85[2] and reimbursement of expenses in the amount of $43,792.71 that Stroock incurred for the period from April 24, 2020 through and including March 10, 2021 (the "**Final Period**"); and (iii) payment of the Holdback (defined below) and any other allowed amounts to the extent not yet paid. In support of this Application, Stroock submits the declaration of Frank A. Merola (the "**Merola Declaration**"), which is attached hereto as **Exhibit A** and incorporated herein by reference. In further support of this Application, Stroock respectfully states as follows:

## PRELIMINARY STATEMENT

1.      By this Application, Stroock seeks allowance, on a final basis, and payment of the fees and expenses incurred by Stroock during the Third Interim Period and the Final Period in connection with services rendered to the Committee. As set forth below and in the First Interim Fee Application and Second Interim Fee Application (as defined below), Stroock has played an integral role in nearly every major aspect of the Debtors' chapter 11 cases, resulting in a meaningful recovery for the Debtors' unsecured creditors.

---

[2] The amount sought in this Application already incorporates the discount agreed to by Stroock with the U.S. Trustee on account of the Second Interim Period.

2.      Upon commencement of the Chapter 11 Cases, the Committee was immediately faced with a number of pressing issues that had the potential to negatively impact the recoveries of unsecured creditors, including proposed sale, debtor in possession financing, and KEIP and KERP orders. As a result, Stroock began by negotiating a revised sale process and timeline with the Debtors to provide unsecured creditors with the necessary safeguards to ensure that the interests of unsecured creditors were protected. Stroock also negotiated a revised postpetition financing order, as well as KEIP and KERP orders. Also of immediate importance was gaining a detailed and comprehensive understanding of the Debtors' assets and liabilities. Stroock and the other Committee professionals investigated the liens and claims of the Debtors' secured lenders, which investigation uncovered valuable estate claims and uncovered significant unencumbered assets.

3.      Once the immediate issues at hand were resolved, the Committee turned its attention to negotiating and finalizing the terms of a sale of substantially all the Debtors' assets and reaching a global resolution with the Debtors' key stakeholders. Stroock lawyers ensured that the sale process maximized recoveries for unsecured creditors and that the rights of unsecured creditors were otherwise protected. Stroock also negotiated with the Debtors and other key stakeholders to reach a global resolution of complex issues requiring consensus across various parties in interest, which resulted in, among other things, an agreed-upon plan of liquidation that provided for meaningful recoveries for general unsecured creditors. In particular, the Committee, through Stroock and the other Committee professionals, was instrumental in achieving a settlement with R.R. Donnelley & Sons Company, which was the final hurdle in the way of a comprehensive resolution of these Chapter 11 Cases. Stroock worked to coordinate with multiple stakeholders and ensure that a settlement was reached, the end result of which were recoveries that were

3

materially higher for unsecured creditors than they would have been without the settlement.  These and other efforts undertaken by Stroock advanced the interests of the Committee and protected the rights of general unsecured creditors in these Chapter 11 Cases.

4.      Throughout these cases, Stroock acted in a manner that was efficient and value accretive, and the fees and expenses incurred by Stroock throughout these cases were both reasonable and proper.  Accordingly, Stroock respectfully requests that the Court approve the Application.

## JURISDICTION

5.      The United States Bankruptcy Court for the Southern District of New York (the "**Court**") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b). Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

6.      The statutory bases for the relief requested herein are sections 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 2016-1 of the Bankruptcy Local Rules for the Southern District of New York (the "**Local Rules**"), with recognition of the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013* (the "**UST Guidelines**") and in accordance with General Order M-447, the *Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases pursuant to Local Rule 2016-1(a) (as updated June 17, 2013)* (the "**Local Guidelines**" and, together with the UST Guidelines, the "**Guidelines**").

## BACKGROUND

7.      On April 13, 2020 (the "**Petition Date**"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, commencing the above-captioned cases (the "**Chapter 11 Cases**").

8.      On April 22, 2020, the Office of the United States Trustee for the Southern District of New York (the "**U.S. Trustee**") filed the Notice of Appointment of Official Committee of Unsecured Creditors [Docket No. 90].

9.      On April 24, 2020, shortly after its formation, the Committee selected Stroock to serve as counsel. On April 25, 2020, the Committee selected Levenfeld Pearlstein, LLC ("**Levenfeld**") to serve as efficiency counsel, Alvarez & Marsal ("**A&M**") to serve as financial advisor, and Jefferies LLC ("**Jefferies**," collectively with Stroock, Levenfeld and A&M, the "**Committee Professionals**") to serve as its investment banker.

10.      On May 12, 2020, the Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 217] (the "**First Interim Compensation Order**").

11.      On May 19, 2020, Stroock filed the *Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Employment and Retention of Stroock & Stroock & Lavan LLP as Counsel, Effective as of April 24, 2020* [Docket No. 266] (the "**Retention Application**").

12.      On June 5, 2020, the Court entered the *Order Authorizing Employment and Retention of Stroock & Stroock & Lavan LLP as Counsel to the Official Committee of Unsecured Creditors, Effective April 24, 2020* [Docket No. 329] (the "**Retention Order**") pursuant to which the Court approved the Committee's retention of Stroock as counsel to the Committee in connection with the Chapter 11 Cases.

5

13.      On July 15, 2020, the Court entered an amended *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 514] (together with the First Interim Compensation Order, the "**Interim Compensation Orders**").

14.      On October 20, 2020, the Court entered the *Order Granting First Interim Fee Applications* [Docket No. 902], which approved Stroock's first interim fee application filed on August 28, 2020 [Docket No. 700] (the "**First Interim Fee Application**").

15.      On February 1, 2021, the Court entered the *Order Granting Second Interim Fee Applications* [Docket No. 1191], which approved Stroock's second interim fee application filed on December 30, 2020 [Docket No. 1086] (the "**Second Interim Fee Application**").

16.      In accordance with the Interim Compensation Order, Stroock has submitted four monthly fee statements (collectively, the "**Fee Statements**") for services rendered and expenses incurred during the Third Interim Period: (a) for the period covering December 1, 2020 through and including December 31, 2020 [Docket No. 1187] (the "**Eighth Monthly Fee Statement**"); (b) for the period covering January 1, 2021 through and including January 31, 2021 [Docket No. 1242] (the "**Ninth Monthly Fee Statement**"); (c) for the period covering February 1, 2021 through and including February 28, 2021 [Docket No. 1311] (the "**Tenth Monthly Fee Statement**"); and (d) for the period covering March 1, 2021 through and including March 10, 2021 [Docket No. 1331], annexed hereto in **Exhibit D** (the "**Eleventh Monthly Fee Statement**").   In addition, in accordance with the Confirmation Order, Stroock has submitted an invoice to the Plan Administrator for the period covering March 11, 2021 through and including April 21, 2021, annexed hereto in **Exhibit E** (the "**Post-Effective Date Fee Statement**").

17.      On January 12, 2021, the Debtors filed solicitation versions of their chapter 11 plan of liquidation (as amended, the "**Plan**") and disclosure statement [Docket Nos. 1127 and 1128].

6

18.     On February 24, 2021, this Court entered an order confirming the Debtors' Plan [Docket No. 1246] (the "**Confirmation Order**"), and on March 10, 2021, the effective date of the Plan occurred (the "**Effective Date**").

19.     As of the date hereof, Stroock has received payment from the Debtors in the aggregate amount of $5,290,026.56 representing 100% of fees and 100% of expenses incurred during the period from April 24, 2020 through November 30, 2020, 80% of fees and 100% of expenses incurred during the period from December 1, 2020 through February 28, 2021, 0% of fees and 0% of expenses incurred during the period from March 1, 2021 through March 10, 2021, and 0% of fees and 0% of expenses incurred during the period from March 11, 2021 through April 21, 2021.  In accordance with the Interim Compensation Order, $103,262.00 reflecting 20% of the fees requested during the period from December 1, 2020 through February 28, 2021 has been held back from payment pending further Court order (the "**Holdback**").

20.     Other than reservations of rights filed by Bank of America, N.A. in its role as Prepetition Agent and DIP Agents and a joinder thereto filed by the Term Lender Group [Docket Nos. 483, 485] with respect to Stroock's First Monthly Fee Statement, Stroock has not received any formal responses or objections with respect to its Fee Statements.  Stroock did receive informal comments from the U.S. Trustee with respect to the its Second Interim Fee Application and agreed to certain reductions in fees.  Stroock has not received any responses or objections with respect to its Monthly Fee Statements related to the Third Interim Period.

## **RELIEF REQUESTED**

21.     Pursuant to the Application, Stroock requests that the Court enter an order (the "**Order**") (a) granting interim allowance and payment of compensation for the actual, reasonable and necessary professional services rendered by Stroock during the Third Interim Period in the amount of $531,566.50 and reimbursement of the actual, reasonable and necessary expenses

incurred by Stroock in the amount of $1,521.71; (b) granting final allowance and payment of compensation for the actual, reasonable and necessary professional services rendered during the Final Period in the amount of $5,419,514.85 and reimbursement of the actual, reasonable and necessary expenses incurred by Stroock in the amount of $43,792.71; and (c) authorizing and directing the Debtors to remit payment to Stroock for all approved but unpaid fees and expenses, including the Holdback and amounts due under the Eighth, Ninth, Tenth, and Eleventh Monthly Fee Statements as well as the Post-Effective Date Fee Statement.  In support of this Application, attached are the following exhibits:

- **Exhibit A**: Declaration of Frank Merola

- **Exhibit B**: Summary of Stroock's Fees and Expenses

- **Exhibit C**: Customary and Comparable Compensation Disclosures

- **Exhibit D**: Eighth, Ninth, Tenth and Eleventh Monthly Fee Statements

- **Exhibit E**: Post-Effective Date Fee Statement

- **Exhibit F**: Budget and Staffing Plans

22.     Pursuant to the terms of the Interim Compensation Order and the Confirmation Order, Stroock submitted to the Debtors or the Plan Administrator, as applicable, monthly invoices for services rendered and expenses incurred during the Final Period and since the Effective Date, as follows:

8

| Monthly Statement Fee Period | Expenses Incurred | Expenses Paid | Fees Incurred | Fees Paid | Balance (Fees & Expenses) |
|---|---|---|---|---|---|
| 4/24/2020-5/31/2020<br><br>Dkt No. 419 | $7,142.89 | $7,142.89 (100%) | $1,854,215.50 | $1,854,215.50 (100%) | $0.00 |
| 6/1/2020-6/30/2020<br><br>Dkt No. 541 | $22,347.93 | $22,347.93 (100%) | $778,880.00 | $778,880.00 (100%) | $0.00 |
| 7/1/2020-7/31/2020<br><br>Dkt No. 649 | $1,983.39 | $1,983.39 (100%) | $618,360.00 | $618,360.00 (100%) | $0.00 |
| 8/1/2020-8/31/2020<br><br>Dkt No. 841 | $5,901.71 | $5,901.71 (100%) | $611,523.50 | $611,523.50 (100%) | $0.00 |
| 9/1/2020-9/30/2020<br><br>Dkt. No. 923 | $2,428.19 | $2,428.19 (100%) | $632,284.50 | $632,284.50 (100%) | $0.00 |
| 10/1/2020-10/31/2020<br><br>Dkt. No. 987 | $1,629.77 | $1,629.77 (100%) | $211,555.00 | $211,555.00 (100%) | $0.00 |
| 11/1/2020-11/30/2020<br><br>Dkt. No. 1036 | $837.12 | $837.12 (100%) | $134,751.50 | $134,751.50 (100%) | $0.00 |
| 12/1/2020-12/31/2020<br><br>Dkt No. 1187 | $167.80 | $167.80 (100%) | $183,481.00 | $146,784.80 (80%) | $36,696.20 |

| | | | | | |
|---|---|---|---|---|---|
| 1/1/2021-<br>1/31/2021<br><br>Dkt. No. 1242 | $514.94 | $514.94 (100%) | $182,371.00 | $145,896.80<br>(80%) | $36,474.20 |
| 2/1/2021-<br>2/28/2021<br><br>Dkt. No. 1311 | $348.97 | $348.97<br>(100%) | $150,458.00 | $120,366.40<br>(80%) | $30,091.60 |
| 3/1/2021-<br>3/10/2021<br><br>Dkt. No. 1331 | $490.00 | $0<br>(0%) | $15,256.50 | $0<br>(0%) | $15,746.50 |
| Post-Effective<br>Date Fee<br>Statement | $0.00 | $0 (0%) | $54,272.50 | $0<br>(0%) | $54,272.50 |
| **Balance Owing:** | | | | | $173,281.00 |

23.    Pursuant to the Confirmation Order, "[e]xcept as otherwise specifically provided in the Plan, upon the Effective Date, any requirement that Professionals comply with section 327, 328, 329, 330, 331 or 1103 of the Bankruptcy Code or the Professional Fee Order in seeking retention or compensation for services rendered after such date shall terminate, [and] solely with respect to the matters set forth in Section 13.9 of the Plan [providing for the Committee's continued existence solely for the limited purpose of applications filed pursuant to sections 330 and 331 of the Bankruptcy Code], the Committee, may employ and pay any Professional in the ordinary course of business, in each case subject to the Wind Down Budget." Confirmation Order ¶ 112. Consistent with this provision, Stroock sent the Plan Administrator an invoice for fees and expenses incurred by Stroock from the Effective Date through the filing of this Final Fee Application on account of fees and expenses to be incurred by Stroock in connection with this Final Fee Application. Although the Confirmation Order provides that such fees and expenses do not require this Court's approval, out of an

10

abundance of caution, Stroock seeks final allowance of the amounts set forth in the Post-Effective

Date Fee Statement, in addition to the other amounts set forth in the chart above, in connection

with this Final Fee Application.

**SUMMARY OF SERVICES PROVIDED BY STROOCK DURING THE THIRD INTERIM PERIOD**

24.    As set forth in the Summary Cover Sheet to the Application submitted herewith,

Stroock rendered a total of 483.9 hours of professional services during the Third Interim Period,

for which it seeks compensation of $531,566.50, calculated in accordance with Stroock's normal

hourly rates in effect at the time the services were rendered.

25.    The fees and expenses incurred by Stroock are reasonable based on the nature and

extent of the services rendered, the size and complexity of these Chapter 11 Cases, the time, labor,

and special expertise brought to bear on the questions presented and other related factors.  During

the Third Interim Period, the professional services performed by Stroock were necessary and

appropriate to protect the rights and fulfill the obligations of the Committee, were in the best

interests of the Committee and general unsecured creditors, and were performed in an expeditious

and efficient manner.  In addition, Stroock coordinated with the Committee's other advisors so as

not to duplicate effort.  Accordingly, Stroock submits that the compensation sought herein is

reasonable within the meaning of sections 330 and 331 of the Bankruptcy Code.

26.    The following summary of services rendered during the Third Interim Period is not

intended to be a detailed description of the work performed.  Rather, it is merely an attempt to

highlight certain of those areas in which services were rendered to the Committee, as well as to

identify some of the problems and issues to which Stroock was required to direct its attention.[3]

---

[3] In accordance with the U.S. Trustee Guidelines, Stroock classified all services performed for which compensation
is sought into twenty-four (24) categories.  Stroock attempted to place the services performed in the category that
best relates to the services provided.  However, because certain services may relate to one or more categories,

**Case Administration – Matter No. 0001**

27.      Time in this category includes, but is not limited to, administrative matters that were necessary to the Committee's efficient and effective participation in these Chapter 11 Cases. Specifically, during the Third Interim Period, Stroock attorneys and paraprofessionals routinely reviewed the docket in the Chapter 11 Cases, maintained an ongoing calendar of important dates and deadlines relevant to these cases, including in-person meetings, hearings and other dates of critical importance, and actively tracked, coordinated and discussed ongoing workstreams across the various Committee professional teams in order to limit any duplication of work.

28.      Stroock expended 28.7 hours in this category, for a total of $13,627.50 during the Third Interim Period.

**Meetings & Communications with Debtors – Matter No. 0002**

29.      Time in this category includes, but is not limited to, telephonic meetings, conference calls and correspondence with the Debtors' professionals. Specifically, during the Third Interim Period, Stroock worked closely with the Debtors' professionals to evaluate various developments in these Chapter 11 Cases and negotiate outcomes beneficial for the Debtors' general unsecured creditors. Stroock attorneys met, conferenced and corresponded with the Debtors' professionals to facilitate the proper and efficient administration of these Chapter 11 Cases.

30.      Stroock expended 20.2 hours in this category, for a total of $28,507.00 during the Third Interim Period.

---

services pertaining to one category may be included in another category. Timekeeping entries, attached hereto as **Exhibit D**, provide detailed descriptions of all services rendered with respect to each of these categories.

**Asset Dispositions & Sales – Matter No. 0003**

31.    Time in this category includes Stroock's efforts in connection with the Debtors' sale of substantially all their assets, as well as specific real estate sales.  During the Third Interim Period, Stroock attorneys conducted final diligence regarding the closing of the sale of substantially all the Debtors' assets, and coordinated with the Debtors' professionals and the Committee.   In addition, Stroock conducted diligence and coordinated with the Debtors' professionals on the sale of its Reno, Nevada property.

32.    Stroock expended 34.6 hours in this category, for a total of $42,270.50 during the Third Interim Period.

**Court Hearings – Matter No. 0005**

33.    Time in this category includes preparation for and attendance (telephonically) of numerous hearings and status conferences before the Bankruptcy Court. During the Third Interim Period, Stroock attorneys prepared for and attended several court hearings and status conferences, which took place on December 22, 2020, and January 12, January 28, and February 24, 2021.

34.    Stroock expended 17.2 hours in this category, for a total of $19,074.50 during the Third Interim Period.

**Meetings & Communications with Creditors – Matter No. 0006**

35.    Time in this category includes, but is not limited to, coordinating and attending meetings and conference calls with the Committee as a whole, with individual Committee members, and with the Committee Professionals. During the Third Interim Period, Stroock coordinated and conducted status calls with the Committee members and advisors to apprise the Committee members of real-time developments in these Chapter 11 Cases, to discuss such matters with the Committee, and to facilitate the efficient administration of these Chapter 11 Cases. In preparation for these calls and meetings, Stroock reviewed pending matters to be discussed with

13

the Committee, and reviewed and reported on underlying documentation in connection with pending matters. Additionally, Stroock and the other Committee Professionals prepared presentations illustrating various matters for the Committee's consideration, as well as the collective analyses and recommendations of the Committee Professionals. Through the Committee meetings, telephone conferences and correspondence, Stroock assisted the Committee in fulfilling its statutory duties to make informed decisions regarding the various issues that arose in these cases and to monitor closely the Debtors' administration of these Chapter 11 Cases.

36.    In addition, during the Third Interim Period, Stroock fielded calls and correspondence from individual creditors.

37.    Stroock expended 14.7 hours in this category, for a total of $18,199.50 during the Third Interim Period.

**Case Analysis/ Pleading Analysis and Responses – Matter No. 0007**

38.    Time in this category consists of review and analysis of various pleadings filed by the Debtors and other parties in the Chapter 11 Cases, as well as legal research related to Plan issues.

39.    Stroock expended 3.4 hours in this category, for a total of $4,969.00 during the Third Interim Period.

**Stroock Fee Applications – Matter No. 0009**

40.    Time in this category primarily relates to Stroock's efforts in connection with preparing its Fee Statements and its Second Interim Fee Application.

41.    Stroock expended 65.3 hours in this category, for a total of $47,050.00 during the Third Interim Period.

14

**Other Professional Fee Applications – Matter No. 0011**

42.     Time in this category primarily relates to the review of the fee statements of the Debtors' professionals, as well as those of the other Committee Professionals.

43.     Stroock expended 2.9 hours in this category, for a total of $4,577.50 during the Third Interim Period.

**Litigation & Adversary Proceedings – Matter No. 0015**

44.     Time in this category primarily involves, but is not limited to, analysis of and preparation for formal litigation matters in the Chapter 11 Cases, primarily related to the third-party releases granted to RRD under the Plan.

45.     Stroock expended 17.1 hours in this category, for a total of $16,125.50 during the Third Interim Period.

**Employee Benefits / Pensions – Matter No. 0017**

46.     Time in this category primarily relates to Stroock's efforts in reaching a global resolution that resolved claims under the Debtors' qualified, single-employer pension plan (the "**SEPP**"), multi-employer pension plan (the "**MEPP**") and supplemental employee retirement plan (the "**SERP**" and together with the SEPP and MEPP, the "**Pension Plans**").  Throughout the fee period, Stroock attorneys participated in multiple discussions and negotiations with holders of claims under the Pension Plans, and negotiated what ultimately became the RRD Settlement that was embodied in the Plan, as discussed further below.

47.     Stroock expended 27.5 hours in this category, for a total of $36,307.50 during the Third Interim Period.

**Tax Issues – Matter No. 0018**

48.     Time in this category consists primarily of time spent analyzing the tax implications of certain intercompany transactions.

49.     Stroock expended 4.1 hours in this category, for a total of $5,661.50 during the Third Interim Period.

### Claims Administration & Objections – Matter No. 0022

50.     Time in this category includes, but is not limited to, review and analysis of various claims, and objections and pleadings related thereto.

51.     Stroock expended 14.0 hours in this category, for a total of $17,214.00 during the Third Interim Period.

### Plan & Disclosure Statement – Matter No. 0023

52.     Time in this category includes, but is not limited to, Stroock's negotiation, review and analysis of the Plan and related disclosure statement.  Stroock expended significant time negotiating the terms of a revised Plan that incorporated the terms the RRD Settlement.  In particular, Stroock spearheaded negotiations among counsel for the Debtors, RRD and holders of SERP Claims and MEPP Claims.  Once an agreement in principal was reached, Stroock worked towards revising the Plan in a manner that was acceptable to all parties.

53.     In addition, Stroock ensured the Plan received the necessary support and overcame any hurdles to confirmation.  Significantly, Stroock researched various issues related to the objection filed by the United States Trustee and drafted a statement in support of the Plan and in response to such objection.  Stroock also held meetings with the Committee and various creditors to garner support for the Plan.  Stroock's efforts were instrumental in gaining a high level of support from all the Debtors' unsecured creditors, and in paving the way for the smooth confirmation of the Plan.

54.     Stroock expended 229.0 hours in this category, for a total of $271,177.50 during the Third Interim Period.

## SUMMARY OF SERVICES PROVIDED BY STROOCK DURING THE
## FIRST INTERIM PERIOD

55.     As set forth in the First Interim Fee Application, Stroock rendered a total of 3,179.6 hours of professional services during the First Interim Period, for which it seeks final approval of compensation of $3,251,455.50, calculated in accordance with Stroock's normal hourly rates in effect at the time the services were rendered, and reimbursement of expenses incurred in the amount of $31,474.21.  The summary of services rendered and expenses incurred during the First Interim Period is provided in the First Interim Fee Application, which is incorporated herein by reference.

56.     The fees and expenses incurred by Stroock during the First Interim Period are reasonable based on the nature and extent of the services rendered, the size and complexity of these Chapter 11 Cases, the time, labor, and special expertise brought to bear on the questions presented and other related factors.  The professional services performed by Stroock also were necessary and appropriate to protect the rights and fulfill the obligations of the Committee, were in the best interests of the Committee and general unsecured creditors, and were performed in an expeditious and efficient manner.  In addition, Stroock coordinated with the Committee's other advisors, including the Committee's efficiency counsel, so as not to duplicate efforts.  Accordingly, Stroock submits that the compensation sought therein and herein is reasonable within the meaning of sections 330 and 331 of the Bankruptcy Code.

## SUMMARY OF SERVICES PROVIDED BY STROOCK DURING THE
## SECOND INTERIM PERIOD

57.     As set forth in the Second Interim Fee Application, Stroock rendered a total of 1,567.5 hours of professional services during the First Interim Period of 1,590,114.50.  After discussions with the United States Trustee, Stroock agreed to certain minor reductions in fees which resulted in a final approval in compensation of $1,582,220.35, calculated in accordance with

17

Stroock's normal hourly rates in effect at the time the services were rendered, and reimbursement of expenses incurred in the amount of $10,796.79. The summary of services rendered and expenses incurred during the Second Interim Period is provided in the Second Interim Fee Application, which is incorporated herein by reference.

58.     The fees and expenses incurred by Stroock during the Second Interim Period are reasonable based on the nature and extent of the services rendered, the size and complexity of these Chapter 11 Cases, the time, labor, and special expertise brought to bear on the questions presented and other related factors. The professional services performed by Stroock also were necessary and appropriate to protect the rights and fulfill the obligations of the Committee, were in the best interests of the Committee and general unsecured creditors, and were performed in an expeditious and efficient manner. In addition, Stroock coordinated with the Committee's other advisors, including the Committee's efficiency counsel, so as not to duplicate efforts. Accordingly, Stroock submits that the compensation sought therein and herein is reasonable within the meaning of sections 330 and 331 of the Bankruptcy Code.

### STATEMENT PURSUANT TO U.S. TRUSTEE GUIDELINES

59.     The following statement is provided pursuant to ¶ C.5. of the Appendix B Guidelines.

a.      **Question**: Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period.

**Answer:** No.

b.      **Question**: If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client**.**

**Answer**: Not applicable.

18

c.    **Question**: Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case**.**

**Answer**: No.

d.    **Question**: Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application). If so, please quantify by hours and fees.

**Answer**: No.

e.    **Question**: Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify by hours and fees.

**Answer**: No.

f.    **Question**: If the fee application includes any rate increases since retention: (i) Did your client review and approve those rate increases in advance? (ii) Did your client agree when retaining the law firm to accept all future rate increases? If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11-458?

**Answer**:

**(i)**    Yes.

**(ii)**    Yes.

## <u>COMPLIANCE WITH GUIDELINES</u>

60.    Stroock believes that this Application substantially complies with the local rules of this Court and the United States Trustee's guidelines for fee applications. To the extent there has not been material compliance with any particular rule or guideline, Stroock respectfully requests a waiver or an opportunity to cure.

19

**RESERVATION OF RIGHTS**

61.     Although every effort has been made to include all fees and expenses incurred during the Third Interim Period and Final Period, some fees and expenses may not be included in this Application due to delays caused in connection with accounting and processing of such fees and expenses. Accordingly, Stroock reserves the right to make further application to this Court for the allowance of such fees and expenses incurred during the Third Interim Period and Final Period but not included herein.

**NO PRIOR REQUEST**

62.     No prior request for the relief sought in this Application has been made to this or any other court.

**CONCLUSION**

63.     The services rendered by Stroock during the Third Interim Period and Final Period were reasonable and necessary within the meaning of Bankruptcy Code section 330.  Further the expenses requested were actual and necessary to the performance of Stroock's services. Accordingly, Stroock requests that the Court approves the Application.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

**WHEREFORE**, Stroock respectfully requests that the Court enter an Order: (a) granting the interim allowance of compensation for the professional services rendered by Stroock during the Third Interim Period in the amount of $531,566.50 and reimbursement for the necessary expenses incurred by Stroock in the amount of $1,521.71; (b) payment of the Holdback and any other allowed amounts to the extent not yet paid; (c) allowance, on a final basis, and payment of the compensation for professional services rendered in the amount of $5,419,514.85 and reimbursement of actual and necessary costs and expenses in the amount of $43,792.71 during the Final Period; and (d) granting Stroock and such other and further relief as may be proper.

Dated:  April 22, 2021
         New York, New York

Respectfully submitted,

STROOCK & STROOCK & LAVAN LLP

/s/ Frank A. Merola
Frank A. Merola
Brett Lawrence
Erez E. Gilad
Gabriel E. Sasson
180 Maiden Lane
New York, NY 10038-4982
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Counsel for the Official Committee of Unsecured Creditors*

## <u>EXHIBIT A</u>

Merola Declaration

STROOCK & STROOCK & LAVAN LLP
Frank A. Merola
Brett Lawrence
Erez E. Gilad
Gabriel E. Sasson
180 Maiden Lane
New York, NY 10038-4982
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Counsel for the Official*
*Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

| | | |
|---|---|---|
| *In re:* | : | |
| | : | Chapter 11 |
| | : | |
| LSC COMMUNICATIONS, INC., *et al.*,[1] | : | Case No. 20-10950 (SHL) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------ x

**DECLARATION OF FRANK A. MEROLA IN SUPPORT OF THE THIRD INTERIM AND FINAL FEE APPLICATION OF STROOCK & STROOCK & LAVAN LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF LSC COMMUNICATIONS, INC., *ET AL.*, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED DURING (I) THE THIRD INTERIM FEE PERIOD FROM DECEMBER 1, 2020 THROUGH AND INCLUDING MARCH 10, 2021, AND (II) THE FINAL FEE PERIOD FROM APRIL 24, 2020 THROUGH AND INCLUDING MARCH 10, 2021**

---

[1]  The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: LSC Communications, Inc. (9580); Courier Communications LLC (2268); Courier Kendallville, Inc. (4679); Courier New Media, Inc. (1312); Dover Publications, Inc. (0853); LSC Communications Logistics, LLC (9496); LSC Communications MM LLC (5577); LSC Communications US, LLC (4157); LSC International Holdings, Inc. (4995); National Publishing Company (8213); Publishers Press, LLC (7265); Continuum Management Company, LLC (2627); Clark Distribution Systems, Inc. (5778); Clark Holdings Inc. (9172); Clark Worldwide Transportation, Inc. (5773); The Clark Group, Inc. (6223); Courier Companies, Inc. (7588); Courier Publishing, Inc. (3681); F.T.C. Transport, Inc. (8699); LibreDigital, Inc. (7160); LSC Communications Printing Company (7012); and Research & Education Association, Inc. (3922). The Debtors' corporate headquarters is located at 191 N. Wacker Drive, Suite 1400, Chicago, IL 60606.

Exhibit A-2

Frank A. Merola, a member of Stroock & Stroock & Lavan LLP, makes this Declaration under 28 U.S.C. § 1746 and states:

1.      I am a member of Stroock & Stroock & Lavan LLP ("**Stroock**"), which maintains offices for the practice of law at 180 Maiden Lane, New York, New York 10038.  I am an attorney-at-law, duly admitted and in good standing to practice in the State of New York, and numerous courts including the United States District Courts for the Southern and Eastern Districts of New York.

2.      I have reviewed the foregoing fee application (the "**Application**") of Stroock, counsel for the Official Committee of Unsecured Creditors ("**Committee**") of LSC Communications, Inc., *et al*. ("**Debtors**"), for the interim period, from December 1, 2020 through and including March 10, 2021, and the final period, from April 24, 2020 through and including March 10, 2021. To the best of my knowledge, information, and belief, the statements contained in the Application are true and correct. In addition, I believe that the Application complies with Bankruptcy Local Rule 2016-1.

3.      In connection therewith, I hereby certify that:

    a.      to the best of my knowledge, information, and belief, formed after reasonable inquiry, the fees and disbursements sought in the Application are permissible under the relevant rules, court orders, and Bankruptcy Code provisions, except as specifically set forth herein;

    b.      except to the extent disclosed in the Application, the fees and disbursements sought in the Application are billed at rates customarily employed by Stroock and generally accepted by Stroock's clients;

    c.      in providing a reimbursable expense, Stroock does not make a profit on that expense, whether the service is performed by Stroock in-house or through a third party;

    d.      in accordance with Bankruptcy Rule 206(a) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 504, no agreement or understanding exists between Stroock and any other person for the sharing of compensation to be received in connection with the above case except as

Exhibit A-3

authorized pursuant to the Bankruptcy Code, Bankruptcy Rules, and Bankruptcy Local Rules; and

e.    all services for which compensation is sought were professional services on behalf of the Committee and not on behalf of any other person.

4.    Stroock responds to the following questions in the Department of Justice *Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under United States Code by Attorneys in Larger Chapter 11* Cases in compliance with section C(5) as follows:

a.    **Question:** Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period? If so, please explain. **Response:** No.

b.    **Question:** If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client? **Response:** Not applicable.

c.    **Question:** Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case? **Response:** No.

d.    **Question:** Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application.) If so, please quantify by hours and fees. **Response:** No.

e.    **Question:** Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify by hours and fees. **Response:** No.

f.    **Question**: If the fee application includes any rate increases since retention: (i) Did your client review and approve those rate increases in advance? (ii) Did your client agree when retain timekeeping the law firm to accept all future rate increases? If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11-458? **Response:** (i) Yes. (ii) Yes.

Exhibit A-4

I certify under penalty of perjury under the laws of the United States that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

Dated: April 22, 2021

/s/ Frank A. Merola
Frank A. Merola

Exhibit A-5

## **EXHIBIT B**

Details of Fees and Expenses

| Summary of Timekeepers Included in the Third Interim Period | | | | | | |
|---|---|---|---|---|---|---|
| Name of Professional | Position | Department | Bar Admission Date | Hours | Rate | Amount |
| Gilad, Erez E. (2020) | Partner | Financial Restructuring | 2001 | 1.0 | 1,475 | 1,475.00 |
| Jewett, Michelle M. (2020) | Partner | Tax | 2004 | 2.4 | 1,395 | 3,348.00 |
| Lawrence, Brett (2020) | Partner | Financial Restructuring | 1995 | 19.4 | 1,525 | 29,585.00 |
| Lawrence, Brett (2021) | Partner | Financial Restructuring | 1995 | 13.6 | 1,650 | 22,440.00 |
| Lilling, Austin S. (2020) | Partner | ERISA | 2001 | 0.8 | 1,250 | 1,000.00 |
| Lilling, Austin S. (2021) | Partner | ERISA | 2001 | 0.9 | 1,350 | 1,215.00 |
| Merola, Frank A. (2020) | Partner | Financial Restructuring | 1988 | 29.9 | 1,475 | 44,102.50 |
| Merola, Frank A. (2021) | Partner | Financial Restructuring | 1988 | 53.9 | 1,600 | 86,240.00 |
| Olstein, David C. (2020) | Partner | ERISA | 1995 | 3.0 | 1,195 | 3,585.00 |
| Olstein, David C. (2021) | Partner | ERISA | 1995 | 0.6 | 1,300 | 780.00 |
| Sasson, Gabriel (2020) | Partner | Financial Restructuring | 2010 | 41.8 | 1,095 | 45,771.00 |
| Sasson, Gabriel (2021) | Partner | Financial Restructuring | 2010 | 132.6 | 1,195 | 158,457.00 |
| Uffner, Jeffrey D. (2020) | Partner | Tax | 1977 | 1.1 | 1,525 | 1,677.50 |
| Ashuraey, Sam N. (2020) | Associate | Financial Restructuring | 2016 | 39.3 | 850 | 33,405.00 |
| Ashuraey, Sam N. (2021) | Associate | Financial Restructuring | 2016 | 42.7 | 970 | 41,419.00 |
| Benfield, Nathaniel H. (2020) | Associate | Litigation | 2016 | 4.2 | 850 | 3,570.00 |
| Benfield, Nathaniel H. (2021) | Associate | Litigation | 2016 | 2.8 | 970 | 2,716.00 |
| Diaz, Caroline M. (2021) | Law School Graduate | Financial Restructuring | | 6.0 | 685 | 4,110.00 |
| Friederich, Brian A. (2020) | Associate | ERISA | 2016 | 2.6 | 895 | 2,327.00 |
| Matos, Daniel (2021) | Associate | Financial Restructuring | | 10.8 | 685 | 7,398.00 |
| McDonough, James R. (2020) | Associate | Financial Restructuring | 2017 | 1.2 | 850 | 1,020.00 |
| McDonough, James R. (2021) | Associate | Financial Restructuring | 2017 | 2.4 | 970 | 2,328.00 |
| **Totals for Attorneys** | | | | **413.0** | | **$ 497,969.00** |

Exhibit B-2

| Name of Paraprofessional | Position | Department | Bar Admission Date | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Laskowski, Mathew D. (2020) | Paralegal | Financial Restructuring | n/a | 24.8 | 450 | 11,160.00 |
| Laskowski, Mathew D. (2021) | Paralegal | Financial Restructuring | n/a | 41.0 | 495 | 20,295.00 |
| Magzamen, Michael (2020) | Paralegal Supervisor | Financial Restructuring | n/a | 2.0 | 450 | 900.00 |
| Magzamen, Michael (2021) | Paralegal Supervisor | Financial Restructuring | n/a | 0.5 | 495 | 247.50 |
| Mohamed, David (2020) | Paralegal | Financial Restructuring | n/a | 1.5 | 370 | 555.00 |
| Mohamed, David (2021) | Paralegal | Financial Restructuring | n/a | 1.1 | 400 | 440.00 |
| **Total for Paraprofessionals** | | | | **70.9** | | **$ 33,597.50** |

| Total | | | | 483.9 | | $ 531,566.50 |
|---|---|---|---|---|---|---|

| | |
|---|---|
| **Average Attorney Rate** | **$ 1,205.74** |
| **Average Paraprofessional Rate** | **$ 473.87** |

Number of Professionals Included in This Application for the Third Interim Period: 17
Number of Professionals Billing Fewer Than 15 Hours to the Case During the Third Interim Period: 12

Exhibit B-3

| Summary of Timekeepers Included in the Final Period | | | | | | |
|---|---|---|---|---|---|---|
| **Name of Professional** | **Position** | **Department** | **Bar Admission Date** | **Hours** | **Rate** | **Amount** |
| Gilad, Erez E. (2020) | Partner | Financial Restructuring | 2001 | 158.3 | 1,475 | 233,492.50 |
| Jewett, Michelle M. (2020) | Partner | Tax | 2004 | 22.9 | 1,395 | 31,945.50 |
| Lawrence, Brett (2020) | Partner | Financial Restructuring | 1995 | 487.4 | 1,525 | 743,285.00 |
| Lawrence, Brett (2021) | Partner | Financial Restructuring | 1995 | 13.6 | 1,650 | 22,440.00 |
| Lilling, Austin S. (2020) | Partner | ERISA | 2001 | 154.5 | 1,250 | 193,125.00 |
| Lilling, Austin S. (2021) | Partner | ERISA | 2001 | 0.9 | 1,350 | 1,215.00 |
| Merola, Frank A. (2020) | Partner | Financial Restructuring | 1988 | 488.4 | 1,475 | 720,390.00 |
| Merola, Frank A. (2021) | Partner | Financial Restructuring | 1988 | 53.9 | 1,600 | 86,240.00 |
| Murphy, Lewis F. (2020) | Senior Counsel | Litigation | 1980 | 9.5 | 1,050 | 9,975.00 |
| Olstein, David C. (2020) | Partner | ERISA | 1995 | 120.3 | 1,195 | 143,758.50 |
| Olstein, David C. (2021) | Partner | ERISA | 1995 | 0.6 | 1,300 | 780.00 |
| Pasquale, Kenneth (2020) | Partner | Financial Restructuring | 1990 | 54.1 | 1,475 | 79,797.50 |
| Sasson, Gabriel (2020) | Partner | Financial Restructuring | 2010 | 839.2 | 1,095 | 918,924.00 |
| Sasson, Gabriel (2021) | Partner | Financial Restructuring | 2010 | 132.6 | 1,195 | 158,457.00 |
| Schneider, Bruce H. (2020) | Senior Counsel | Litigation | 1975 | 1.8 | 1,425 | 2,565.00 |
| Shelowitz, Paul A. (2020) | Partner | Litigation | 1988 | 0.3 | 995 | 298.50 |
| Uffner, Jeffrey D. (2020) | Partner | Tax | 1977 | 8.0 | 1,525 | 12,200.00 |
| Ashuraey, Sam N. (2020) | Associate | Financial Restructuring | 2017 | 320.5 | 850 | 272,425.00 |
| Ashuraey, Sam N. (2021) | Associate | Financial Restructuring | 2017 | 42.7 | 970 | 41,419.00 |
| Benfield, Nathaniel H. (2020) | Associate | Litigation | 2016 | 374.4 | 850 | 318,240.00 |
| Benfield, Nathaniel H. (2021) | Associate | Litigation | 2016 | 2.8 | 970 | 2,716.00 |
| Berg, Madelaine | Associate | Real Estate | 1981 | 0.6 | 975 | 585.00 |
| Bowman, Walker H. | Associate | Intellectual Property | 2020 | 20.3 | 550 | 11,165.00 |
| Bryan, Nadia M. | Associate | Financial Restructuring | 2018 | 52.8 | 675 | 35,640.00 |
| Diaz, Caroline M. (2021) | Law School Graduate | Financial Restructuring | | 6.0 | 685 | 4,110.00 |
| Fick-Cambria, Amanda R. | Associate | Real Estate | 2019 | 36.6 | 595 | 21,777.00 |
| Friederich, Brian A. (2020) | Associate | ERISA | 2016 | 362.0 | 895 | 323,990.00 |

Exhibit B-4

| Grabis, Maria C. | Associate | Financial Restructuring | 2016 | 23.8 | 940 | 22,372.00 |
|---|---|---|---|---|---|---|
| Keppler, Abbey L. | Special Counsel | ERISA | 1990 | 1.3 | 1,045 | 1,358.50 |
| Kornbluh, Joseph | Associate | Real Estate | 2013 | 90.3 | 940 | 84,882.00 |
| Loonam, Elizabeth A. | Associate | Financial Restructuring | 2010 | 38.7 | 975 | 37,732.50 |
| Mann, Jeffrey M. | Special Counsel | Intellectual Property | 2002 | 13.4 | 995 | 13,333.00 |
| Matos, Daniel (2020) | Associate | Financial Restructuring | 2019 | 11.9 | 550 | 6,545.00 |
| Matos, Daniel (2021) | Associate | Financial Restructuring | 2019 | 10.8 | 685 | 7,398.00 |
| McDonough, James R. (2020) | Associate | Financial Restructuring | 2017 | 123.9 | 850 | 105,315.00 |
| McDonough, James R. (2021) | Associate | Financial Restructuring | 2017 | 2.4 | 970 | 2,328.00 |
| Olsen, Harold A. | Special Counsel | Financial Restructuring | 1998 | 38.1 | 1,045 | 39,814.50 |
| Petrocelli, Patrick N. | Special Counsel | Litigation | 2011 | 101.0 | 995 | 100,495.00 |
| Shiah, Thomas J. | Special Counsel | Financial Restructuring | 2012 | 137.0 | 1,095 | 150,015.00 |
| Steiber, David J. | Law School Graduate | Financial Restructuring | | 225.8 | 550 | 124,190.00 |
| **Totals for Attorneys** | | | | **4,583.4** | | **$ 5,086,734.00** |

| Name of Paraprofessional | Position | Department | Bar Admission Date | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Boyle, Lauren M. | Project Manager | Litigation | n/a | 2.4 | 370 | 888.00 |
| Giaquinto, Michael J. | Paralegal Supervisor | Real Estate | n/a | 27.7 | 410 | 11,357.00 |
| Jones, Margaret | Legal Research Analyst | Resource Services | n/a | 1.0 | 370 | 370.00 |
| Krieger, Dmitriy | Corporate Research Analyst | Resource Services | n/a | 6.6 | 370 | 2,442.00 |
| Laskowski, Mathew D. (2020) | Paralegal | Financial Restructuring | n/a | 406.2 | 450 | 182,790.00 |
| Laskowski, Mathew D. (2021) | Paralegal | Financial Restructuring | n/a | 41.0 | 495 | 20,295.00 |
| Magzamen, Michael (2020) | Paralegal Supervisor | Financial Restructuring | n/a | 66.7 | 450 | 30,015.00 |
| Magzamen, Michael (2021) | Paralegal Supervisor | Financial Restructuring | n/a | 0.5 | 495 | 247.50 |
| Mohamed, David (2020) | Paralegal | Financial Restructuring | n/a | 25.0 | 370 | 9,250.00 |
| Mohamed, David (2021) | Paralegal | Financial Restructuring | n/a | 1.1 | 400 | 440.00 |
| Nyack, Tara M | Paralegal Supervisor | Corporate | n/a | 1.0 | 420 | 420.00 |
| Rivera, Johnny | Project Manager | Litigation | n/a | 14.4 | 370 | 5,328.00 |

Exhibit B-5

| | | | | | | |
|---|---|---|---|---|---|---|
| Stygar, Christine M. | Paralegal Supervisor | Litigation | 24 | 1.4 | 370 | 518.00 |
| Yip-Daniels, May K | Paralegal Supervisor | Financial Restructuring | 1 | 23.8 | 430 | 10,234.00 |
| Yuen, Maureen | Paralegal | Real Estate | 15 | 28.8 | 410 | 11,808.00 |
| **Total for Paraprofessionals** | | | | **647.6** | | **$   286,402.50** |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Total** | | | | **5,231.0** | | **$ 5,373,136.50** |

| | |
|---|---|
| **Average Attorney Rate** | **1,109.82** |
| **Average Paraprofessional Rate** | **442.25** |

Number of Professionals Included in This Application for the Final Period: <u>43</u>
Number of Professionals Billing Fewer Than 15 Hours to the Case During the Final Period: <u>14</u>

Exhibit B-6

| | Summary of Compensation by Project Category Third Interim Period | | |
|---|---|---|---|
| **Matter Code** | **Project Category** | **Hours** | **Amount** |
| 0001 | Case Administration | 28.7 | 13,627.50 |
| 0002 | Meetings & Communications with Debtors | 20.2 | 28,507.00 |
| 0003 | Asset Disposition & Sales | 34.6 | 42,270.50 |
| 0004 | Relief from Stay / Adequate Protection M | 1.0 | 1,600.00 |
| 0005 | Court Hearings | 17.2 | 19,074.50 |
| 0006 | Meetings & Communications with Creditors | 14.7 | 18,199.50 |
| 0007 | Case Analysis/ Pleading Analysis and Res | 3.4 | 4,969.00 |
| 0008 | Stroock Retention | 1.4 | 937.50 |
| 0009 | Stroock Fee Applications | 65.3 | 47,050.00 |
| 0010 | Other Professional Retention | 0.1 | 147.50 |
| 0011 | Other Professional Fee Applications | 2.9 | 4,577.50 |
| 0013 | Leases & Contracts | 0.7 | 1,095.00 |
| 0014 | Cash Collateral/DIP/Financing | 0.6 | 910.00 |
| 0015 | Litigation & Adversary Proceedings | 17.1 | 16,125.50 |
| 0016 | Business Operations | 0.8 | 1,180.00 |
| 0017 | Employee Benefits / Pensions | 27.5 | 36,307.50 |
| 0018 | Tax Issues | 4.1 | 5,661.50 |
| 0021 | Schedules/SoFAs/UST Reports | 0.6 | 935.00 |
| 0022 | Claims Administration & Objections | 14.0 | 17,214.00 |
| 0023 | Plan & Disclosure Statement | 229.0 | 271,177.50 |
| | **Total** | **483.9** | **$ 531,566.50** |

Exhibit B-7

| Summary of Compensation by Project Category Final Period | | | |
|---|---|---|---|
| **Matter Code** | **Project Category** | **Hours** | **Amount** |
| 0001 | Case Administration | 257.2 | 136,350.50 |
| 0002 | Meetings & Communications with Debtors | 126.9 | 170,786.50 |
| 0003 | Asset Disposition & Sales | 633.3 | 730,637.50 |
| 0004 | Relief from Stay / Adequate Protection M | 3.1 | 4,393.50 |
| 0005 | Court Hearings | 106.2 | 120,378.00 |
| 0006 | Meetings & Communications with Creditors | 252.7 | 299,765.00 |
| 0007 | Case Analysis/ Pleading Analysis and Res | 345.9 | 365,932.50 |
| 0008 | Stroock Retention | 157.1 | 95,050.00 |
| 0009 | Stroock Fee Applications | 234.3 | 154,896.50 |
| 0010 | Other Professional Retention | 99.1 | 125,850.00 |
| 0011 | Other Professional Fee Applications | 16.7 | 20,280.50 |
| 0012 | Lien Review | 194.1 | 168,171.50 |
| 0013 | Leases & Contracts | 15.8 | 22,157.50 |
| 0014 | Cash Collateral/DIP/Financing | 385.7 | 460,571.00 |
| 0015 | Litigation & Adversary Proceedings | 768.3 | 734,590.50 |
| 0016 | Business Operations | 20.3 | 21,893.50 |
| 0017 | Employee Benefits / Pensions | 845.5 | 919,856.00 |
| 0018 | Tax Issues | 59.4 | 79,558.50 |
| 0019 | Corporate Governance Matters | 0.4 | 590.00 |
| 0020 | Valuation / Asset Analysis & Recovery | 307.3 | 284,731.50 |
| 0021 | Schedules/SoFAs/UST Reports | 18.3 | 18,485.50 |
| 0022 | Claims Administration & Objections | 29.7 | 33,546.50 |
| 0023 | Plan & Disclosure Statement | 353.7 | 404,664.00 |
| | **Total** | **5231.0** | **$ 5,373,136.50** |

Exhibit B-8

| Summary of Expenses Third Interim Period | |
|---|---|
| **Expense Category** | **Amount** |
| Lexis/Nexis | 71.28 |
| Long Distance Telephone | 993.31 |
| O/S Information Services | 4.20 |
| Westlaw | 285.12 |
| **Total** | **$ 1,353.91** |

Exhibit B-9

| Summary of Expenses Final Period | |
| --- | --- |
| **Expense Category** | **Amount** |
| Outside Messenger Service | 769.05 |
| Long Distance Telephone | 4,697.56 |
| Outside Professional Services | 13,935.02 |
| O/S Information Services | 163.60 |
| Lexis/Nexis | 423.36 |
| Westlaw | 22,747.68 |
| Word Processing | 852.00 |
| Courtlink | 204.44 |
| **Total** | **$ 43,792.71** |

Exhibit B-10

**EXHIBIT C**

Customary and Comparable Compensation Disclosures

Exhibit C-1

**CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES**

| Category of Timekeeper | Blended Hourly Rate | | |
|---|---|---|---|
| | **Non-Bankruptcy Blended Hourly Rate for New York Timekeepers** | **Blended Hourly Rate for The Third Interim Period** | **Blended Hourly Rate for The Final Period** |
| Partner | $ 1,201 | $ 1,328 | $ 1,319 |
| Of Counsel | 1,166 | N/A | N/A |
| Associate/ Special Counsel | 792 | 878 | 848 |
| Paralegal | 361 | 474 | 442 |
| All Timekeepers Aggregated | 827 | 1,099 | 1,027 |

As reflected in the chart above, the blended hourly rate for all Stroock timekeepers located in the New York office (including both professionals and paraprofessionals) who billed to non-bankruptcy matters (collectively, the "**Non-Bankruptcy Matters**")[1] during the period beginning on April 24, 2020 through and including March 10, 2021 (the "**Comparable Period**") was, in the aggregate, approximately $827 per hour (the "**Non-Bankruptcy Blended Hourly Rate**").[2]

The blended hourly rate for all Stroock timekeepers (including both professionals and paraprofessionals) who billed to the Chapter 11 Cases during the Third Interim Period was approximately $1,099 per hour (the "**Blended Hourly Rate for This Fee Application**").[3] The blended hourly rate for all Stroock timekeepers (including both professionals and paraprofessionals) who billed to the Chapter 11 Cases during the Final Period was approximately $1,027 per hour.

---

[1] Stroock has a vibrant practice representing hedge funds, private equity funds, banks, and other financial institutions in complex out-of-court restructuring transactions and distressed M&A transactions. It is the nature of this practice that the professionals and paraprofessionals who work primarily within Stroock's Financial Restructuring Group work on engagements in bankruptcy proceedings and outside of bankruptcy. Accordingly, "Non-Bankruptcy Matters" consist of matters for which Stroock's New York timekeepers represented a client in a matter other than an in-court bankruptcy proceeding, and the Non-Bankruptcy Matters include time billed by Stroock's New York timekeepers who work primarily within Stroock's Financial Restructuring Group.

[2] Stroock calculated the blended rate for Non-Bankruptcy Matters by dividing the total dollar amount billed by Stroock's New York timekeepers to the Non-Bankruptcy Matters during the Comparable Period by the total number of hours billed by Stroock's New York timekeepers to the Non-Bankruptcy Matters during the Comparable Period.

[3] Stroock calculated the blended rate for timekeepers who billed to the Chapter 11 Cases by dividing the total dollar amount billed by such timekeepers during the Third Interim Period by the total number of hours billed by such timekeepers during the Third Interim Period.

Exhibit C-2

**<u>EXHIBIT D</u>**

Monthly Fee Statements

Exhibit D-1

STROOCK & STROOCK & LAVAN LLP          **Objection Deadline: February 15, 2021 at 4:00 p.m.**
Frank A. Merola                                              **(Prevailing Eastern Time)**
Brett Lawrence
Erez E. Gilad
Gabriel E. Sasson
180 Maiden Lane
New York, NY 10038-4982
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Counsel for the Official*
*Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| ————————————————— x | | |
| | : | |
| **In re** | : | **Chapter 11** |
| | : | |
| **LSC COMMUNICATIONS, INC.,** *et al.,*[1] | : | **Case No. 20-10950 (SHL)** |
| | : | |
| **Debtors.** | : | **Jointly Administered** |
| | : | |
| | : | |
| | : | |
| | : | |
| ————————————————— x | | |

**EIGHTH MONTHLY FEE STATEMENT OF STROOCK & STROOCK
& LAVAN LLP FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES INCURREDAS COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
<u>DECEMBER 1, 2020 THROUGH DECEMBER 31, 2020</u>**

---

[1]     The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  LSC Communications, Inc. (9580); Courier Communications LLC (2268); Courier Kendallville, Inc. (4679); Courier New Media, Inc. (1312); Dover Publications, Inc. (0853); LSC Communications Logistics, LLC (9496); LSC Communications MM LLC (5577); LSC Communications US, LLC (4157); LSC International Holdings, Inc. (4995); National Publishing Company (8213); Publishers Press, LLC (7265); Continuum Management Company, LLC (2627); Clark Distribution Systems, Inc. (5778); Clark Holdings Inc. (9172); Clark Worldwide Transportation, Inc. (5773); The Clark Group, Inc. (6223); Courier Companies, Inc. (7588); Courier Publishing, Inc. (3681); F.T.C. Transport, Inc. (8699); LibreDigital, Inc. (7160); LSC Communications Printing Company (7012); and Research & Education Association, Inc. (3922).  The Debtors' corporate headquarters is located at 191 N. Wacker Drive, Suite 1400, Chicago, IL 60606.

## Summary Sheet

Name of Applicant: Stroock & Stroock & Lavan LLP

Authorized to Provide Professional Services to: Official Committee of Unsecured Creditors

Date of Retention: June 5, 2020, effective April 24, 2020

Period for which Compensation and Reimbursement is Sought: December 1, 2020 through December 31, 2020

Amount of Compensation Requested: $146,784.80 (80% of $183,481.00)

Amount of Compensation Held Back: $36,696.20 (20% of $183,481.00)

Amount of Expense Reimbursement Requested: $167.80

Amount of Payment Sought: $146,952.60

**LSC COMMUNICATIONS, INC.,** *et al.*
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**SUMMARY OF FEES**
**DECEMBER 1, 2020 – DECEMBER 31, 2020**

| Name of Professional | Position | Department | Bar Admission Date | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Gilad, Erez E. | Partner | Financial Restructuring | 2004 | 1.0 | 1,475 | $ 1,475.00 |
| Jewett, Michelle M. | Partner | Tax | 2004 | 2.4 | 1,395 | 3,348.00 |
| Lawrence, Brett | Partner | Financial Restructuring | 1995 | 19.4 | 1,525 | 29,585.00 |
| Lilling, Austin S. | Partner | ERISA | 2001 | 0.8 | 1,250 | 1,000.00 |
| Merola, Frank A. | Partner | Financial Restructuring | 1988 | 29.9 | 1,475 | 44,102.50 |
| Olstein, David C. | Partner | ERISA | 1995 | 3.0 | 1,195 | 3,585.00 |
| Sasson, Gabriel | Partner | Financial Restructuring | 2010 | 41.8 | 1,095 | 45,771.00 |
| Uffner, Jeffrey D. | Partner | Tax | 1977 | 1.1 | 1,525 | 1,677.50 |
| Ashuraey, Sam N. | Associate | Financial Restructuring | 2017 | 39.3 | 850 | 33,405.00 |
| Benfield, Nathaniel H. | Associate | Litigation | 2016 | 4.2 | 850 | 3,570.00 |
| Friederich, Brian A. | Associate | ERISA | 2016 | 2.6 | 895 | 2,327.00 |
| McDonough, James R. | Associate | Financial Restructuring | 2016 | 1.2 | 850 | 1,020.00 |
| **Totals for Attorneys** | | | | **146.7** | | **$ 170,866.00** |

| Name of Paraprofessional | Position | Department | Bar Admission Date | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Laskowski, Mathew D. | Paralegal | Financial Restructuring | n/a | 24.8 | 450 | 8,370.00 |
| Magzamen, Michael | Paralegal Supervisor | Financial Restructuring | n/a | 2.0 | 450 | 900.00 |
| Mohamed, David | Paralegal | Financial Restructuring | n/a | 1.5 | 370 | 555.00 |
| **Total for Paraprofessionals** | | | | **28.3** | | **$ 12,615.00** |

| Total | | | | | | |
|---|---|---|---|---|---|---|
| **Total** | | | | **131.5** | | **$ 134,751.50** |

**LSC COMMUNICATIONS, INC.,** *et al.*
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**COMPENSATION BY PROJECT CATEGORY**
**DECEMBER 1, 2020 – DECEMBER 31, 2020**

| Matter Code | Project Category | Hours | Amount |
|:---:|---|:---:|---:|
| 0001 | Case Administration | 9.3 | $ 4,129.00 |
| 0002 | Meetings & Communications with Debtors | 5.8 | 7,448.50 |
| 0003 | Asset Disposition & Sales | 7.9 | 9,306.50 |
| 0005 | Court Hearings | 3.3 | 3,114.50 |
| 0006 | Creditor Committee Meetings | 7.7 | 9,227.00 |
| 0007 | Case Analysis/ Pleading Analysis | 1.1 | 1,677.50 |
| 0008 | Stroock Retention | 1.4 | 937.50 |
| 0009 | Stroock Fee Applications | 41.6 | 29,944.00 |
| 0010 | Other Professional Retention | 0.1 | 147.50 |
| 0011 | Other Professional Fee Applications | 0.5 | 737.50 |
| 0013 | Leases and Contracts | 0.2 | 295.00 |
| 0014 | Cash Collateral/DIP/Financing | 0.4 | 590.00 |
| 0015 | Litigation & Adversary Proceedings | 5.2 | 6,912.50 |
| 0016 | Business Operations | 0.8 | 1,180.00 |
| 0017 | Employee Benefits / Pensions | 11.0 | 13,391.00 |
| 0018 | Tax Issues | 4.1 | 5,661.50 |
| 0021 | Schedules/SoFAs/UST Reports | 0.2 | 295.00 |
| 0022 | Claims Administration & Objections | 0.2 | 295.00 |
| 0023 | Plan & Disclosure Statement | 74.2 | 88,191.50 |
| | **Total** | **175.0** | **$ 183,481.00** |

**LSC COMMUNICATIONS, INC.,** *et al.*
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**DISBURSEMENT SUMMARY**
**DECEMBER 1, 2020 – DECEMBER 31, 2020**

| Disbursement | Amount |
|---|---|
| Long Distance Telephone | $    167.80 |
| **Total** | **$    167.80** |

Stroock & Stroock & Lavan LLP ("Stroock"), counsel for the Official Committee of Unsecured Creditors (the "Committee"), hereby submits this Statement of Services Rendered and Expenses Incurred (the "Monthly Fee Statement") for the period December 1, 2020 through December 31, 2020 (the "Statement Period"), in accordance with the *Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and Local Rule 2016-1 Establishing Procedures for Monthly Compensation and Reimbursement of Expenses Of Professionals*, dated May 12, 2020 [Docket No. 217] (the "Compensation Order"). In support of the Monthly Fee Statement, Stroock respectfully represents as follows:

### Relief Requested

1. Stroock respectfully submits this Monthly Fee Statement for compensation of: (i) fees for reasonable, actual and necessary services rendered by Stroock on behalf of the Committee during the Statement Period; and (ii) reimbursement of reasonable, actual and necessary expenses incurred by Stroock on behalf of the Committee during the Statement Period.

2. Stroock seeks compensation for professional services rendered and reimbursement of expenses incurred during the Statement Period in the amounts set forth as below:

| | |
|---|---|
| Total Fees: | $183,481.00 |
| Total Expenses: | $167.80 |
| Total: | $183,648.80 |

3. A detailed statement of hours spent rendering legal services to the Committee during the Statement Period is attached hereto as Exhibit A. A detailed list of disbursements made or incurred by Stroock in connection with services performed on behalf of the Committee during the Statement Period is attached hereto as Exhibit B.

4.   Pursuant to the Compensation Order, Stroock seeks payment of $146,952.60 from the Debtors for the Statement Period, representing (a) 80% of Stroock's total fees for services rendered and (b) 100% of the total expenses incurred during the Statement Period.

**Notice**

5.   In accordance with the Compensation Order, notice of this Monthly Fee Statement has been served upon the following parties (collectively, as further defined in the Compensation Order, the "Notice Parties"): (i) LSC Communications, Inc., 191 North Wacker Drive, Suite 1400, Chicago, Illinois 60606, Attn: Suzanne Bettman, (sue.bettman@lsccom.com); (ii) counsel to the Debtors, Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004, Attn: Andrew G. Dietderich and Christian P. Jensen, (dietdericha@sullcrom.com) and (jensenc@sullcrom.com); (iii) Benjamin J. Higgins, United States Trustee for Region 2, United States Department of Justice, Office of the United States Trustee, 201 Varick Street, Suite 1006, New York, New York 10014, Attn.: Benjamin J. Higgins (benjamin.j.higgins@usdoj.gov); (iv) counsel to Bank of America, N.A., as administrative agent for the Debtors' DIP credit facility, Moore & Van Allen PLLC, 100 North Tryon Street, Suite 4700, Charlotte, North Carolina 28202, Attn: David L. Eades and Charles (Trey) R. Rayburn III, (davideades@mvalaw.com) and (treyrayburn@mvalaw.com); and (v) to the extent not listed herein, those parties requesting notice pursuant to Bankruptcy Rule 2002.

6.   Pursuant to the Compensation Order, objections to the Monthly Fee Statement, if any, must be served upon the Notice Parties, including Stroock, no later than **February 15, 2021 at 4:00 p.m. (Eastern Time) (the "Objection Deadline")**, setting forth the nature of the objection and the specific amounts of fees and expenses at issue.

7.  If no objection to the Monthly Fee Statement is received by the Objection Deadline, the Debtors are required to pay Stroock the amounts of fees and expenses identified in the Monthly Fee Statement.

8.  To the extent an objection to the Monthly Fee Statement is received on or prior to the Objection Deadline, the Debtors may withhold payment of that portion of the payment requested to which the objection is directed, and is required to promptly pay the remainder of the fees and expenses as set forth herein. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: January 30, 2020  
New York, New York

**STROOCK & STROOCK & LAVAN LLP**

/s/ Frank A. Merola  
Frank A. Merola  
Brett Lawrence  
Erez E. Gilad  
Gabriel E. Sasson  
180 Maiden Lane  
New York, New York  10038  
Telephone: (212) 806-5400  
Facsimile: (212) 806-6006

*Counsel for the Official*  
*Committee of Unsecured Creditors*

**Exhibit A**

**Detailed Time Entries**

# STROOCK

## SERVICE AND EXPENSE REMITTANCE SUMMARY

| | |
|---|---|
| INVOICE NO. | 781911 |
| CLIENT | LSC Communications, Inc. Official Committee of Unsecured Creditors |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 183,481.00 |
| TOTAL DISBURSEMENTS/CHARGES | $ 167.80 |
| TOTAL BILL | $ 183,648.80 |
| PREVIOUS BALANCE | $ 314,624.40 |
| BALANCE DUE | $ 498,273.20 |

| WIRE TRANSFER INSTRUCTIONS | |
|---|---|
| BANK NAME | JPMorgan Chase Bank |
| BANK ADDRESS | 4 New York Plaza - 15th FL, New York, NY  10004 |
| ACCOUNT NAME | Stroock & Stroock & Lavan LLP |
| ACCOUNT NUMBER | 6028356 |
| ABA/ROUTING NUMBER | 021000021  *(International SWIFT Code:  CHASUS33)* |
| DESCRIPTION/REFERENCE | Client/Matter:  007062.0001 |

| REMITTANCE ADDRESS |
|---|
| Stroock & Stroock & Lavan LLP |
| 180 Maiden Lane |
| New York, NY 10038-4982 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.  Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI • WASHINGTON, DC
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

## INVOICE

| INVOICE NO. | 781911 |
|---|---|
| CLIENT | LSC Communications, Inc. Official Committee of Unsecured Creditors |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through December 31, 2020, including:

| RE | Case Administration<br>007062 0001 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/01/2020 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.1); update case calendars (.1). | Laskowski, M.D. | 0.3 |
| 12/02/2020 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.1). | Laskowski, M.D. | 0.2 |
| 12/03/2020 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.2). | Laskowski, M.D. | 0.3 |
| 12/04/2020 | Review SEC notice, obtain filings (.1); organize, forward (.1); monitor the dockets (.1); prepare end of day summary, circulate to team (.2); update case calendars (.1). | Laskowski, M.D. | 0.6 |
| 12/07/2020 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.1). | Laskowski, M.D. | 0.2 |
| 12/08/2020 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.1). | Laskowski, M.D. | 0.2 |
| 12/09/2020 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.1); update case calendars (.1). | Laskowski, M.D. | 0.3 |
| 12/10/2020 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.1). | Laskowski, M.D. | 0.2 |
| 12/11/2020 | Monitor the dockets (.1); prepare end of day | Laskowski, M.D. | 0.4 |

# STROOCK

PAGE: 3

summary, circulate to team (.3).

| 12/14/2020 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.2); update case calendars (.1). | Laskowski, M.D. | 0.4 |
|---|---|---|---|
| 12/15/2020 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.3). | Laskowski, M.D. | 0.4 |
| 12/16/2020 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.2); update case calendars (.1). | Laskowski, M.D. | 0.4 |
| 12/17/2020 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.1). | Laskowski, M.D. | 0.2 |
| 12/18/2020 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.2); update case calendars (.2); obtain hearing lines for 12.22 hearing (.2). | Laskowski, M.D. | 0.7 |
| 12/21/2020 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.1); update case calendars (.1). | Laskowski, M.D. | 0.3 |
| 12/21/2020 | Obtain and circulate recently docketed pleadings to SSL internal team. | Mohamed, D. | 0.4 |
| 12/22/2020 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.4); update case calendars (.4). | Laskowski, M.D. | 0.9 |
| 12/22/2020 | Obtain and circulate recently docketed pleadings to SSL internal team. | Mohamed, D. | 0.3 |
| 12/23/2020 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.2); update case calendars (.1). | Laskowski, M.D. | 0.4 |
| 12/28/2020 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.1); update case calendars (.1). | Laskowski, M.D. | 0.3 |
| 12/29/2020 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.3); update case calendars (.1). | Laskowski, M.D. | 0.5 |
| 12/30/2020 | Monitor the dockets (.1); prepare end of day | Laskowski, M.D. | 0.9 |

# STROOCK

summary, circulate to team (.6); update case calendars (.2).

| | | | |
|---|---|---|---|
| 12/31/2020 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.2); update case calendars (.2). | Laskowski, M.D. | 0.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Laskowski, Mathew D. | 8.6 | $ 450 | $ 3,870.00 |
| Mohamed, David | 0.7 | 370 | 259.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 4,129.00 |
|---|---|

# STROOCK

| RE | Meetings & Communications with Debtors<br>007062  0002 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/02/2020 | Correspondence with S&C re: intercompany payable structure. | Jewett, M.M. | 0.2 |
| 12/03/2020 | Review S&C correspondence re: tax analysis. | Merola, F.A. | 0.2 |
| 12/03/2020 | Review of emails from S&C re: structuring of transaction. | Uffner, J.D. | 0.3 |
| 12/10/2020 | Review S&C correspondence re: Critical Vendor. | Merola, F.A. | 0.2 |
| 12/15/2020 | Call with S&C and YC re: potential objection made by RRD. | Benfield, N.H. | 0.3 |
| 12/15/2020 | Call with S&C re: RRD claims. | Merola, F.A. | 0.4 |
| 12/18/2020 | Review S&C correspondence re: critical vendors. | Merola, F.A. | 0.1 |
| 12/20/2020 | Review S&C plan update. | Merola, F.A. | 0.2 |
| 12/21/2020 | Correspondence with S&C re: SERP settlement (.2); correspondence with S&C re: 3rd party releases (.2). | Merola, F.A. | 0.4 |
| 12/22/2020 | Call with debtors re: settlement term sheet. | Ashuraey, S.N. | 0.5 |
| 12/22/2020 | Call with S&C re: settlement. | Sasson, G. | 0.6 |
| 12/23/2020 | Call with Skadden and S&C re: plan structure. | Merola, F.A. | 0.4 |
| 12/24/2020 | Call with Debtors and Junior Secured Creditors re: RRD. | Merola, F.A. | 0.7 |
| 12/26/2020 | Review S&C correspondence re: UCC Plan comments. | Merola, F.A. | 0.1 |
| 12/28/2020 | Review S&C correspondence to AHG re: | Merola, F.A. | 0.2 |

# STROOCK

PAGE: 6

Exclusivity.

| Date | Description | Name | Hours |
|---|---|---|---|
| 12/29/2020 | Call with RRD/Debtors re: potential plan settlement. | Ashuraey, S.N. | 0.3 |
| 12/30/2020 | Review HI correspondence re: SERP claims amount. | Merola, F.A. | 0.2 |
| 12/30/2020 | Emails re: plan process with S&C, lenders/noteholders. | Sasson, G. | 0.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Ashuraey, Sam N. | 0.8 | $ 850 | $ 680.00 |
| Benfield, Nathaniel H. | 0.3 | 850 | 255.00 |
| Jewett, Michelle M. | 0.2 | 1,395 | 279.00 |
| Merola, Frank A. | 3.1 | 1,475 | 4,572.50 |
| Sasson, Gabriel | 1.1 | 1,095 | 1,204.50 |
| Uffner, Jeffrey D. | 0.3 | 1,525 | 457.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 7,448.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 7,448.50 |
|---|---|

# STROOCK

| | | |
|---|---|---|
| RE | Asset Disposition & Sales | |
| | 007062  0003 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/01/2020 | Correspondence with K. Rosenthal re: closing (.2); review Order Implementing Sale (.2). | Merola, F.A. | 0.4 |
| 12/01/2020 | Correspondence with S&C re: closing. | Merola, F.A. | 0.2 |
| 12/01/2020 | Review corporate and intercompany changes (.8); corresp. with SSL team re: same (.4). | Sasson, G. | 1.2 |
| 12/02/2020 | Correspondence with Kodak re: Atlas closing (.2); review Atlas closing update (.2); correspondence with Lowenstein re: closing (.2); review A&M correspondence re: closing statement (.3). | Merola, F.A. | 0.9 |
| 12/02/2020 | Correspondence with UCC re: sale. | Sasson, G. | 0.4 |
| 12/02/2020 | Call with A&M re: sale process and closing (.6); call with tax team re: same (.5); review intercompany structuring (.6). | Sasson, G. | 1.7 |
| 12/03/2020 | Review closing statement and related correspondence. | Merola, F.A. | 0.3 |
| 12/04/2020 | Review Notice of Sale Closing. | Merola, F.A. | 0.2 |
| 12/04/2020 | Corresp. with S&C re: sale closing (.3); call with A&M re: same (.2); corresp. with SSL re: same (.4). | Sasson, G. | 0.9 |
| 12/11/2020 | Review Spin-Off Agreement for indemnification provisions. | McDonough, J.R. | 0.7 |
| 12/11/2020 | Review Agreed Order Implementing Sale. | Merola, F.A. | 0.2 |
| 12/18/2020 | Review Rine RFS Motion. | Merola, F.A. | 0.1 |
| 12/21/2020 | Review LSC sale disclosure schedules | McDonough, J.R. | 0.5 |

# STROOCK

| 12/30/2020 | Review DM asset sale report. | Merola, F.A. | 0.1 |
| 12/31/2020 | Review Notice of Sale – Further Assignment. | Merola, F.A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| McDonough, James R. | 1.2 | $ 850 | $ 1,020.00 |
| Merola, Frank A. | 2.5 | 1,475 | 3,687.50 |
| Sasson, Gabriel | 4.2 | 1,095 | 4,599.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 9,306.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 9,306.50 |
|---|---|

# STROOCK

PAGE: 9

RE     Court Hearings
007062 0005

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/01/2020 | Review Notice of Cancellation re: 12/2 hearing. | Merola, F.A. | 0.1 |
| 12/02/2020 | Review Cancellation of Hearing. | Merola, F.A. | 0.1 |
| 12/14/2020 | Review Notice of Hearing Cancellation. | Merola, F.A. | 0.1 |
| 12/15/2020 | Review Notice of Cancellation of Omnibus Hearing. | Merola, F.A. | 0.1 |
| 12/21/2020 | Prep for Disclosure Statement hearing. | Sasson, G. | 0.7 |
| 12/22/2020 | Attend disclosure statement hearing. | Ashuraey, S.N. | 0.6 |
| 12/22/2020 | Monitor 12/22/20 hearing. | Mohamed, D. | 0.8 |
| 12/22/2020 | Participate in Disclosure Statement hearing. | Sasson, G. | 0.6 |
| 12/30/2020 | Review adjournment of disclosure statement hearing. | Merola, F.A. | 0.1 |
| 12/31/2020 | Review notice of fee hearing. | Merola, F.A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Ashuraey, Sam N. | 0.6 | $ 850 | $ 510.00 |
| Merola, Frank A. | 0.6 | 1,475 | 885.00 |
| Mohamed, David | 0.8 | 370 | 296.00 |
| Sasson, Gabriel | 1.3 | 1,095 | 1,423.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,114.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,114.50 |
|---|---|

# STROOCK

PAGE: 10

| | | | |
|---|---|---|---|
| RE | Creditor Committee Meetings<br>007062  0006 | | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/02/2020 | Review correspondence re: UCC update. | Merola, F.A. | 0.2 |
| 12/04/2020 | Updates to committee re: sale process and internal correspondence re: same. | Ashuraey, S.N. | 0.7 |
| 12/04/2020 | Review UCC correspondence re: Atlas sale. | Merola, F.A. | 0.2 |
| 12/07/2020 | Review UCC correspondence re: plan administrator. | Merola, F.A. | 0.2 |
| 12/14/2020 | Review UCC correspondence re: plan administrator. | Merola, F.A. | 0.2 |
| 12/18/2020 | Draft update email to committee and correspondence re: same. | Ashuraey, S.N. | 0.5 |
| 12/18/2020 | Review UCC correspondence re: billing rates (.1); review UCC correspondence re: meeting (.1). | Merola, F.A. | 0.2 |
| 12/21/2020 | Call with committee re: amended disclosure statement (.4); emails to committee re: process of same (.2); emails with committee member re: resignation (.3). | Ashuraey, S.N. | 0.9 |
| 12/21/2020 | Review UCC correspondence re: meeting and recovery (.2); review revised A&M recovery analysis (.2): participate in UCC update call (.4); review UCC correspondence re: Disclosure Statement hearing (.1); review UCC correspondence re: RRD resolution (.2). | Merola, F.A. | 1.1 |
| 12/21/2020 | Committee update call. | Olstein, D.C. | 0.4 |
| 12/21/2020 | Committee call (.8); prep for committee call (.4). | Sasson, G. | 1.2 |

# STROOCK

| | | | |
|---|---|---|---|
| 12/22/2020 | Creditor committee meeting. | Benfield, N.H. | 0.4 |
| 12/22/2020 | Review UCC correspondence re: SERP settlement (.2); correspondence with A&M re: JB Hunt (.2). | Merola, F.A. | 0.4 |
| 12/28/2020 | Review UCC update correspondence re: RRD settlement and Plan negotiation. | Merola, F.A. | 0.2 |
| 12/29/2020 | Review Amended Notice of UCC Appointment (.1); exchange UCC correspondence re: plan negotiation (.2). | Merola, F.A. | 0.3 |
| 12/30/2020 | Exchange correspondence re: UCC resignation. | Merola, F.A. | 0.2 |
| 12/31/2020 | Review UCC correspondence re: plan negotiation (.2); correspondence with co-chairs re: UCC resignation (.2). | Merola, F.A. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Ashuraey, Sam N. | 2.1 | $ 850 | $ 1,785.00 |
| Benfield, Nathaniel H. | 0.4 | 850 | 340.00 |
| Merola, Frank A. | 3.6 | 1,475 | 5,310.00 |
| Olstein, David C. | 0.4 | 1,195 | 478.00 |
| Sasson, Gabriel | 1.2 | 1,095 | 1,314.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 9,227.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 9,227.00 |
|---|---|

# STROOCK

PAGE: 12

| RE | Case Analysis/ Pleading Analysis and Responses 007062  0007 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/03/2020 | Analysis of budget issues w/r/t UCC advisors (.4); discuss issue w/ G. Sasson (.3); outline content and timing of email to UCC re: sale closing and severance (.4). | Lawrence, B. | 1.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Lawrence, Brett | 1.1 | $ 1,525 | $ 1,677.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,677.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,677.50 |
|---|---|

# STROOCK

PAGE: 13

| RE | Stroock Retention |
|---|---|
| | 007062  0008 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/16/2020 | Prepare supplemental declaration re: SSL. | Merola, F.A. | 0.1 |
| 12/17/2020 | Correspond with team re: rate increase notice (.2); draft same (.2); circulate (1.). | Laskowski, M.D. | 0.5 |
| 12/18/2020 | Confer with G. Sasson re: rate increase notice (.1); correspond with S. Ashuraey re: same (.2); finalize prepare for e-filing (.1); e-file (.1); correspond with Prime Clerk re: service (.1). | Laskowski, M.D. | 0.6 |
| 12/18/2020 | Review Notice of Rate Change. | Merola, F.A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Laskowski, Mathew D. | 1.1 | $ 450 | $ 495.00 |
| Merola, Frank A. | 0.3 | 1,475 | 442.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 937.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 937.50 |
|---|---|

# STROOCK

PAGE: 14

| RE | Stroock Fee Applications |
| --- | --- |
| | 007062  0009 |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 12/02/2020 | Review correspondence re: the November fee statement (.1); review the invoice, prepare changes (2.9); forward to billing to complete revisions (.1). | Laskowski, M.D. | 3.1 |
| 12/03/2020 | Review background materials/precedent for second interim fee app and emails re: same. | Ashuraey, S.N. | 0.3 |
| 12/03/2020 | Correspond with G. Sasson, N. Benfield, S. Ashuraey re: November fee statement, 2nd interim fee application (.2); correspond with billing re: status of edits (.1). | Laskowski, M.D. | 0.3 |
| 12/04/2020 | Review invoice (1.0); prepare budget and staffing plan (.8). | Benfield, N.H. | 1.8 |
| 12/04/2020 | Correspond with N. Benfield re: November fee statement, 2nd interim fee application (.2); obtain, forward documents to N. Benfield (.1). | Laskowski, M.D. | 0.3 |
| 12/06/2020 | Draft second interim fee app. | Ashuraey, S.N. | 0.5 |
| 12/07/2020 | Continue to draft second interim fee application. | Ashuraey, S.N. | 1.3 |
| 12/08/2020 | Continue to draft second interim fee application. | Ashuraey, S.N. | 2.1 |
| 12/08/2020 | Correspond with N. Benfield re: revisions (.1); correspond, coordinate changes with billing, information needed re: November, 2nd interim fee application (.3); correspond with G. Sasson re: edits (.1). | Laskowski, M.D. | 0.5 |
| 12/09/2020 | Continue to draft fee application (2); internal emails re: same (.1). | Ashuraey, S.N. | 2.1 |
| 12/09/2020 | Correspond with team re: November fee | Laskowski, M.D. | 0.3 |

# STROOCK

statement; 2nd interim fee application.

| | | | |
|---|---|---|---|
| 12/10/2020 | Continue reviewing fee apps and filings during interim fee period and drafting second interim fee application. | Ashuraey, S.N. | 5.4 |
| 12/10/2020 | Correspond with S. Ashuraey re: 2nd interim fee application preparation. | Laskowski, M.D. | 0.1 |
| 12/11/2020 | Finalize initial draft of second interim fee application (.9); emails re: same (.2). | Ashuraey, S.N. | 1.1 |
| 12/11/2020 | Review interim fee application. | Sasson, G. | 1.1 |
| 12/12/2020 | Correspond with G. Sasson, M. Magzamen, SSL team re: the 2nd interim fee application (.1); LEDES data for the UST (.1). | Laskowski, M.D. | 0.2 |
| 12/14/2020 | Review comments to fee application and emails re: :same. | Ashuraey, S.N. | 0.3 |
| 12/14/2020 | Collect and email budgets to team (.1); prepare budget (.3). | Benfield, N.H. | 0.4 |
| 12/14/2020 | Correspond with M. Magzamen re: status of fee applications (.1); follow up, correspond, with team re: status of November fee statement (.2). | Laskowski, M.D. | 0.3 |
| 12/16/2020 | Revise interim fee app (.2); emails re: same (.1). | Ashuraey, S.N. | 0.3 |
| 12/16/2020 | Prepare budget. | Benfield, N.H. | 0.9 |
| 12/16/2020 | Correspond with G. Sasson re: the November fee statement (.3); prepare the cover to the fee statement (.4); complete final review of the November invoice for accuracy (.4); finalize the monthly fee statement with exhibits (.4); prepare for e-filing (.1); e-file (.1); coordinate service with Prime Clerk (.1). | Laskowski, M.D. | 1.8 |
| 12/16/2020 | Review fee application for SSL. | Lawrence, B. | 0.5 |
| 12/18/2020 | Draft internal emails re: interim fee application (.4); review and file rate increase notice (.3). | Ashuraey, S.N. | 0.7 |
| 12/18/2020 | Correspond with S. Ashuraey re: the status of the 2nd interim fee application (.2); revise the 2nd interim fee application (2.6); correspond | Laskowski, M.D. | 2.9 |

# STROOCK

PAGE: 16

| | | | |
|---|---|---|---|
| | with billing re: information needed for calculations (.1). | | |
| 12/18/2020 | Confer w/ G. Sasson and M. Laskowski re: fee review. | Magzamen, M.S. | 0.2 |
| 12/19/2020 | Revise 2nd interim fee application. | Ashuraey, S.N. | 1.0 |
| 12/19/2020 | Continue to revise the 2nd interim fee application (1.2); forward draft to S. Ashuraey for review (.1). | Laskowski, M.D. | 1.3 |
| 12/21/2020 | Review and revise second interim fee application. | Ashuraey, S.N. | 2.3 |
| 12/21/2020 | Correspond with G. Sasson, S. Ashuraey, and M. Magzamen re: the status of the 2nd interim fee application (.2); obtain information from monthly fee statements for S. Ashuraey (.2). | Laskowski, M.D. | 0.4 |
| 12/21/2020 | Confer w/ G. Sasson, S. Ashuraey re: interim application (.1); review charts and comments on same (.2); update charts and information (.6). | Magzamen, M.S. | 0.9 |
| 12/21/2020 | Review and revise interim fee applications. | Sasson, G. | 1.1 |
| 12/23/2020 | Review and revise interim fee app (.4); emails re: same (.2). | Ashuraey, S.N. | 0.6 |
| 12/23/2020 | Follow-up re: charts and changes (.2); review and revised interim fee application (.7). | Magzamen, M.S. | 0.9 |
| 12/23/2020 | Review SSL fee application. | Merola, F.A. | 0.3 |
| 12/28/2020 | Review and revise interim fee app (.3); arrange for filing logistics of same (.3). | Ashuraey, S.N. | 0.6 |
| 12/28/2020 | Correspond with S. Ashuraey re: 2nd interim fee application projects, status (.3); correspond with G. Sasson, S. Ashuraey re: the 2nd interim fee statement (.1); finalize, compile the 2nd interim fee application for final review, transfer to UCC to review (.5). | Laskowski, M.D. | 0.9 |
| 12/29/2020 | Correspond with S. Ashuraey re: 2nd interim fee application. | Laskowski, M.D. | 0.1 |
| 12/30/2020 | Review and revise interim fee app (.5); logistics | Ashuraey, S.N. | 0.7 |

# STROOCK

and emails for filing (.2).

| | | | |
|---|---|---|---|
| 12/30/2020 | Correspond with S. Ashuraey re: 2nd interim fee application (.4); revise the 2nd interim fee application (.4); finalize (.1); prepare for e-filing (.1); e-file (.1); coordinate service with Prime Clerk (.1); confer with billing for LEDES information (.2); forward LEDES information to the UST's office (.1); correspond with G. Sasson re: 2nd interim fee application (.2). | Laskowski, M.D. | 1.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Ashuraey, Sam N. | 19.3 | $ 850 | $ 16,405.00 |
| Benfield, Nathaniel H. | 3.1 | 850 | 2,635.00 |
| Laskowski, Mathew D. | 14.2 | 450 | 6,390.00 |
| Lawrence, Brett | 0.5 | 1,525 | 762.50 |
| Magzamen, Michael | 2.0 | 450 | 900.00 |
| Merola, Frank A. | 0.3 | 1,475 | 442.50 |
| Sasson, Gabriel | 2.2 | 1,095 | 2,409.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 29,944.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 29,944.00 |
|---|---|

# STROOCK

PAGE: 18

| RE | Other Professional Retention<br>007062  0010 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/11/2020 | Review amended notice re: OCP. | Merola, F.A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Merola, Frank A. | 0.1 | $ 1,475 | $ 147.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 147.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 147.50 |
|---|---|

# STROOCK

PAGE: 19

| RE | Other Professional Fee Applications 007062 0011 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/16/2020 | Review Hilco Fee Application. | Merola, F.A. | 0.2 |
| 12/24/2020 | Review S&C Fee Statement. | Merola, F.A. | 0.1 |
| 12/28/2020 | Review UCC Fee Applications and Notice. | Merola, F.A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Merola, Frank A. | 0.5 | $ 1,475 | $ 737.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 737.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 737.50 |
|---|---|

# STROOCK

PAGE: 20

| RE | Leases and Contracts<br>007062  0013 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/02/2020 | Review Notice of Further Assignment. | Merola, F.A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Merola, Frank A. | 0.2 | $ 1,475 | $ 295.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 295.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 295.00 |
|---|---|

# STROOCK

PAGE: 21

| RE | Cash Collateral/DIP/Financing |
|---|---|
| | 007062  0014 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/10/2020 | Review R&G invoice. | Merola, F.A. | 0.1 |
| 12/11/2020 | Review A&P invoice. | Merola, F.A. | 0.1 |
| 12/24/2020 | Review Variance Report. | Merola, F.A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Merola, Frank A. | 0.4 | $ 1,475 | $ 590.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 590.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 590.00 |
|---|---|

# STROOCK

PAGE: 22

| RE | Litigation & Adversary Proceedings |
|---|---|
| | 007062  0015 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/10/2020 | Review correspondence re: RRD indemnity claims. | Merola, F.A. | 0.2 |
| 12/11/2020 | Reviewing comm. re: RRD indemnity claim | Benfield, N.H. | 0.1 |
| 12/11/2020 | Review RRD indemnity provisions. | Merola, F.A. | 0.3 |
| 12/11/2020 | Review RRD claims and spin-out doc. | Sasson, G. | 0.9 |
| 12/14/2020 | Review emails re: RRD and indemnity. | Benfield, N.H. | 0.1 |
| 12/14/2020 | Correspondence with SSL team re: RRD indemnities. | Merola, F.A. | 0.2 |
| 12/15/2020 | Calls with SERP counsel re: RRD litigation. | Sasson, G. | 0.6 |
| 12/17/2020 | Exchange correspondence with YCST re: RRD indemnity. | Merola, F.A. | 0.2 |
| 12/21/2020 | Review correspondence re: RRD resolution (.2); call with G. Sasson re: RRD resolution (.2). | Merola, F.A. | 0.4 |
| 12/22/2020 | Review communications re: RRD settlement. | Benfield, N.H. | 0.1 |
| 12/22/2020 | Review analysis re: RRD claims (.2): review Mazza correspondence re: RRD settlement (.2); call with Debtors and Skadden re: RRD settlement (.7). | Merola, F.A. | 1.1 |
| 12/29/2020 | Analysis re: settlement, call re: same. | Gilad, E.E. | 1.0 |

# STROOCK

PAGE: 23

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Benfield, Nathaniel H. | 0.3 | $ 850 | $ 255.00 |
| Gilad, Erez E. | 1.0 | 1,475 | 1,475.00 |
| Merola, Frank A. | 2.4 | 1,475 | 3,540.00 |
| Sasson, Gabriel | 1.5 | 1,095 | 1,642.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 6,912.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 6,912.50 |
|---|---|

# STROOCK

PAGE: 24

| RE | Business Operations<br>007062  0016 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/24/2020 | Review critical vendor reporting. | Merola, F.A. | 0.2 |
| 12/03/2020 | Review Critical Vendor schedule. | Merola, F.A. | 0.2 |
| 12/04/2020 | Review 8-K. | Merola, F.A. | 0.2 |
| 12/06/2020 | Review 8-K re: closing. | Merola, F.A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Merola, Frank A. | 0.8 | $ 1,475 | $ 1,180.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,180.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,180.00 |
|---|---|

# STROOCK

---

PAGE: 25

---

| | | |
|---|---|---|
| RE | Employee Benefits / Pensions<br>007062  0017 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/02/2020 | Review severance schedule and related correspondence. | Merola, F.A. | 0.3 |
| 12/03/2020 | Correspondence with GS re: SERP. | Merola, F.A. | 0.2 |
| 12/11/2020 | Review participant question re: pension plan (.2); draft reply to same (.3). | Lilling, A.S. | 0.5 |
| 12/11/2020 | Correspond with B. Friederich and A. Lilling re: responses to questions on single employer pension plan. | Olstein, D.C. | 0.2 |
| 12/12/2020 | Review SERP Ad Hoc Group settlement offer and related correspondence. | Merola, F.A. | 0.2 |
| 12/14/2020 | Response to SERP participants pension questions. | Friederich, B.A. | 1.3 |
| 12/14/2020 | Review correspondence re: SERP (.2); review update re: Skadden negotiation (.1). | Merola, F.A. | 0.3 |
| 12/15/2020 | Review HI correspondence re: SERP FAQ. | Merola, F.A. | 0.2 |
| 12/21/2020 | Exchange correspondence with A&M re: SERP and deferred comp (.2); review correspondence re: SERP negotiation (.2). | Merola, F.A. | 0.4 |
| 12/22/2020 | Review correspondence with MEPP re: Plan. | Merola, F.A. | 0.2 |
| 12/23/2020 | Response to question from S. Ashuraey re: SERP. | Friederich, B.A. | 0.4 |
| 12/23/2020 | Attention to MEPPA acceleration question of G. Sasson. | Lilling, A.S. | 0.3 |
| 12/23/2020 | Review correspondence with MEPP re: Plan | Merola, F.A. | 0.6 |

# STROOCK

---

|  |  |  |  |
|---|---|---|---|
|  | (.2); review correspondence re: MEPP payments (.2); exchange correspondence with A&M re: MEPP Claims (.2). |  |  |
| 12/24/2020 | Respond to question from G. Sasson re: MEPP. | Friederich, B.A. | 0.9 |
| 12/24/2020 | Correspondence with A&M re: MEPP claims (.2); review correspondence re: Graphic Arts Pension Fund (.2). | Merola, F.A. | 0.4 |
| 12/24/2020 | Correspond with B. Friederich and A. Lilling re: impact of partial prepayment on withdrawal liability payment schedule (.1); research re: prepayment of withdrawal liability (.4); correspond with G. Sasson re: impact of RRD withdrawal liability payment on remaining payment schedule (.1). | Olstein, D.C. | 0.6 |
| 12/26/2020 | Exchange correspondence with P. Leff re: MEPP payments. | Merola, F.A. | 0.1 |
| 12/27/2020 | Calls with MEPP trustees (.8); calls with SSL team re: same (.3). | Sasson, G. | 1.1 |
| 12/28/2020 | Review Leff correspondence re: crediting mechanism (.2); review Mindirgasova correspondence re: RRD settlement (.2); review Skadden correspondence re: MEEP liability allocation (.2); review A&M analysis re: MEPP claim (.2). | Merola, F.A. | 0.8 |
| 12/28/2020 | Telephone conference with G. Sasson, J. Mazza, P. Leff et al re: RRD partial prepayment of LSC withdrawal liability (.7); correspond and telephone conference with G. Sasson re: CWA/ITU Negotiated Pension Plan proof of claim (.2); review MEPP claims summary (.2); review G. Sasson, V. Mindirgasova and P. Leff correspondence re: MEPP claims (.6). | Olstein, D.C. | 1.7 |
| 12/29/2020 | Exchange correspondence with MEPP re: treatment proposal. | Merola, F.A. | 0.2 |
| 12/29/2020 | Review G. Sasson correspondence re: RRD and MEPP discussions | Olstein, D.C. | 0.1 |

# STROOCK

PAGE: 27

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Friederich, Brian A. | 2.6 | $ 895 | $ 2,327.00 |
| Lilling, Austin S. | 0.8 | 1,250 | 1,000.00 |
| Merola, Frank A. | 3.9 | 1,475 | 5,752.50 |
| Olstein, David C. | 2.6 | 1,195 | 3,107.00 |
| Sasson, Gabriel | 1.1 | 1,095 | 1,204.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 13,391.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 13,391.00 |
|---|---|

# STROOCK

PAGE: 28

RE     Tax Issues
007062 0018

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/01/2020 | Review PWC interco debt analysis. | Merola, F.A. | 0.3 |
| 12/02/2020 | Call with tax team re: intercompany payables. | Ashuraey, S.N. | 0.4 |
| 12/02/2020 | Call re: intercompany payable structure (1.0); review and analysis of transaction structure (1.2). | Jewett, M.M. | 2.2 |
| 12/02/2020 | Call with tax team re: Interco debt (.3); correspondence with SC re: Interco debt (.1). | Merola, F.A. | 0.4 |
| 12/02/2020 | Review of PwC restructuring slide deck (.3); analysis of tax issues (.3); conference call with G Sasson, F Merola and M Jewett re: same (.2). | Uffner, J.D. | 0.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Ashuraey, Sam N. | 0.4 | $ 850 | $ 340.00 |
| Jewett, Michelle M. | 2.2 | 1,395 | 3,069.00 |
| Merola, Frank A. | 0.7 | 1,475 | 1,032.50 |
| Uffner, Jeffrey D. | 0.8 | 1,525 | 1,220.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 5,661.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 5,661.50 |
|---|---|

# STROOCK

PAGE: 29

| RE | Schedules/SoFAs/UST Reports |
|----|------------------------------|
|    | 007062  0021 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 12/30/2020 | Review monthly operating report. | Merola, F.A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Merola, Frank A. | 0.2 | $ 1,475 | $ 295.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 295.00 | |
|-------------------------------------------|----------|--|

| TOTAL FOR THIS MATTER | $ 295.00 | |
|------------------------|----------|--|

# STROOCK

PAGE: 30

| RE | Claims Administration & Objections |
| | 007062  0022 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 12/28/2020 | Review omnibus claims objection. | Merola, F.A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Merola, Frank A. | 0.2 | $ 1,475 | $ 295.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 295.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 295.00 |
|---|---|

# STROOCK

PAGE: 31

| | |
|---|---|
| RE | Plan & Disclosure Statement<br>007062  0023 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/03/2020 | Exchange correspondence with parties re: plan administrator. | Merola, F.A. | 0.2 |
| 12/07/2020 | Review plan administrator matrix (.5); CC w/ Lender's counsel re: administrator selection (.4); discuss options and outcomes w/ G. Sasson post-call (.4). | Lawrence, B. | 1.3 |
| 12/07/2020 | Call with PW re: plan administrator (.3); correspondence with PW re: plan administrator (.2). | Merola, F.A. | 0.5 |
| 12/07/2020 | Review plan administrator proposals (.5); call with lenders/noteholders re: same (.3). | Sasson, G. | 0.8 |
| 12/08/2020 | Discuss plan administrator proposals w/ G. Sasson (.6); review revised proposals from potential plan administrators (.5). | Lawrence, B. | 1.1 |
| 12/08/2020 | Exchange correspondence re: plan administrator (.2); review PW correspondence re: plan administrator (.2); correspondence with Drivetrain (.2). | Merola, F.A. | 0.6 |
| 12/09/2020 | Review revised plan and disclosure statement. | Ashuraey, S.N. | 1.2 |
| 12/09/2020 | Exchange emails regarding plan supplement documents assignment. | Benfield, N.H. | 0.1 |
| 12/09/2020 | Review Plan and Disclosure Statement from Debtor's counsel. | Lawrence, B. | 0.8 |
| 12/09/2020 | Review plan administrator proposals (.2); review redline plan and disclosure statement (.3). | Merola, F.A. | 0.5 |
| 12/10/2020 | Attention to emails re: potential plan objections | Ashuraey, S.N. | 0.3 |

# STROOCK

---

PAGE: 32

| | | | |
|---|---|---|---|
| | and status of settlement negotiations. | | |
| 12/10/2020 | Attention to Plan Administrator proposals (.5); review pros and cons w/ G. Sasson (.4). | Lawrence, B. | 0.9 |
| 12/10/2020 | Review plan administrator proposals (.2); correspondence with PW re: plan administrator (.2); exchange correspondence with lenders re: Drivetrain (.2). | Merola, F.A. | 0.6 |
| 12/11/2020 | Review Plan Administrator proposal matrix (.5); discuss w/ G. Sasson (.3); respond to A&P/PW emails re: status (.3); Telephone conference w/ recommended plan admin principals to confirm recovery (.7). | Lawrence, B. | 1.8 |
| 12/11/2020 | Review S&C redlined plan and disclosure statement (.3); review proposed disclosure statement order (.2). | Merola, F.A. | 0.5 |
| 12/14/2020 | Review plan and disclosure statement for timeline (.4); review and revise schedule of same and internal emails re: same (1). | Ashuraey, S.N. | 1.4 |
| 12/14/2020 | Correspond with S. Ashuraey re: deadlines project (.2); review the revised plan, disclosure statement, motion re: solicitation procedures (.5); prepare deadline chart (.2). | Laskowski, M.D. | 0.9 |
| 12/14/2020 | Review redlined Plan and DS (.4); correspondence with AP re: updated recovery (.2). | Merola, F.A. | 0.6 |
| 12/15/2020 | Call with A&M re: disclosure statement (.2); emails re: settlement (.1). | Ashuraey, S.N. | 0.3 |
| 12/15/2020 | Conference call w/ F. Merola and G. Sasson re: plan and disclosure statement (.5); telephone conference w/ potential candidates re: plan administrator role (.7); trust discussion w/ A&M and SSL team (.7). | Lawrence, B. | 1.9 |
| 12/15/2020 | Call with A&M re: distribution analysis (.3); review correspondence with plan administrator (.1). | Merola, F.A. | 0.4 |
| 12/15/2020 | Review revised plan and disclosure statement | Sasson, G. | 2.1 |

# STROOCK

---

|  |  |  |  |
|---|---|---|---|
|  | (1.4); calls with A&M re: plan administrator issues (.7). |  |  |
| 12/16/2020 | Review Drivetrain correspondence re: plan administrator roles. | Merola, F.A. | 0.2 |
| 12/16/2020 | Review revised plan and disclosure statement (1.2); review updated liquidation analysis and recoveries (.8); emails with A&M re: same (.3); call with A&M re: same (.4). | Sasson, G. | 2.7 |
| 12/17/2020 | Telephone conference w/ J. McGinley re: winning bid for plan administrator (.5); update SSL team on plan administrator conversations (.3); propose service providers to support Drivetrain (.4). | Lawrence, B. | 1.2 |
| 12/17/2020 | Correspondence with PW re: plan administrator. | Merola, F.A. | 0.2 |
| 12/17/2020 | Review revisions to plan and disclosure statement (2.3); emails with A&M and Jefferies re: same (.5). | Sasson, G. | 2.8 |
| 12/18/2020 | Correspondence with A&M and Jefferies re: plan analysis (.2); review A&M GUC recovery analysis (.3); review confirmation timetable (.2). | Merola, F.A. | 0.7 |
| 12/21/2020 | Review correspondence re: plan administrator (.2); review A&M junior secured distribution bridge (.2). | Merola, F.A. | 0.4 |
| 12/21/2020 | Call with RRD re: settlement structures (.5); call with SERP counsel re: same (.5); draft bullet points reflecting settlement (.8); call with S&C re: same (.3). | Sasson, G. | 2.1 |
| 12/22/2020 | Draft plan settlement term sheet (2.7); internal call re: same (.2); review and revise same (.3); call with RRD re: same (.7). | Ashuraey, S.N. | 3.9 |
| 12/22/2020 | Review UST correspondence re: PBGC (.1); exchange correspondence re: MEPP mechanics (.2); review revised plan, disclosure statement and order (.5); exchange correspondence with PW re: plan administrator (.2); review disclosure statement order (.2); review draft | Merola, F.A. | 1.6 |

# STROOCK

---

| | | | |
|---|---|---|---|
| | plan term sheet (.2); review correspondence to Skadden re: plan term sheet (.2). | | |
| 12/22/2020 | Review and revise settlement term sheet (1.2); call with RRD re: settlement structure (.4); email to committee re: same (.3); review disclosure statement order (.2). | Sasson, G. | 2.1 |
| 12/23/2020 | Review and revise amended plan (1.9); research on pension/retirement plan amounts and other details for same (2.3); call with all parties re: settlement term sheet (.4). | Ashuraey, S.N. | 4.6 |
| 12/23/2020 | Review Skadden plan term sheet comments. | Merola, F.A. | 0.2 |
| 12/23/2020 | Review revised plan (.5); correspondence with HI re: RRD releases (.2). | Merola, F.A. | 0.7 |
| 12/23/2020 | Review and revise plan (3.2); call with RRD re: settlement structure (.5); call with S&C re: settlement structure (.5). | Sasson, G. | 4.2 |
| 12/24/2020 | Review revised plan and related emails (.7); call with junior lenders re: next steps for confirmation (.6). | Ashuraey, S.N. | 1.3 |
| 12/24/2020 | Review S&C comments re: plan term sheet; review HI comments re: plan term sheet (.2); review Skadden comments re: plan term sheet (.2). | Merola, F.A. | 0.4 |
| 12/24/2020 | Review and revise settlement term sheet (.3); review and revise plan (1.3); call with juniors and debtors (.6); call with RRD re: settlement (.5); corresp. with MEPPs re: same (.4). | Sasson, G. | 3.1 |
| 12/26/2020 | Review UCC comments to LSC Plan. | Merola, F.A. | 0.3 |
| 12/27/2020 | TC w/ G. Sasson re: status of MEPP agreement and open issues. | Lawrence, B. | 0.8 |
| 12/28/2020 | Call with MEPP claimants re: plan settlement. | Ashuraey, S.N. | 0.7 |
| 12/28/2020 | Conference call w/ Skadden and MEPP counsel re: potential settlement (.7); post-call TC w/ G. Sasson re: open issues and potential solution | Lawrence, B. | 2.0 |

# STROOCK

---

| | | | |
|---|---|---|---|
| | (.4); revise email to A&P (.5); review/revise email to UCC re: foregoing (.4). | | |
| 12/28/2020 | Review correspondence re: RRD/AHG plan negotiation (.3); review HI correspondence re: plan comments (.1); review AHG correspondence re: plan negotiation (.2); review A&M correspondence re: professional fee budget and plan (.2). | Merola, F.A. | 0.8 |
| 12/28/2020 | Review and revise plan and disclosure statement. | Sasson, G. | 2.1 |
| 12/29/2020 | Review emails re: potential plan settlement. | Ashuraey, S.N. | 0.3 |
| 12/29/2020 | Conference call w/ S&C and Skadden re: status of MEPP issue. | Lawrence, B. | 0.5 |
| 12/29/2020 | Telephone conference w/ G. Sasson re: open points and potential settlement (.7); analysis of potential responses to Jr Lenders' counsel (.8); Telephone conference w/ A. Rosenberg at PW (.4); frame potential settlement w/ G. Sasson (1.2). | Lawrence, B. | 3.1 |
| 12/29/2020 | Review correspondence re: plan fee concession. | Merola, F.A. | 0.2 |
| 12/29/2020 | Review and revise plan and disclosure statement (2.1); calls with lenders/noteholders re: same (1.6); calls with MEPPs re: same (.6). | Sasson, G. | 4.3 |
| 12/30/2020 | Telephone conference w/ G. Sasson re: settlement proposal (.7); review emails from PW and A&P (.4); discuss release issue w/r/to RRD (.5). | Lawrence, B. | 1.6 |
| 12/31/2020 | Review revised plan comments and emails re: same (.8); review and revise ballots (.7); call with parties re: plan settlement (.6). | Ashuraey, S.N. | 2.1 |
| 12/31/2020 | Review terms of settlement as reflected in plan. | Lawrence, B. | 0.8 |
| 12/31/2020 | Review plan mark-up and related correspondence (.3); review Skadden plan comments (.2). | Merola, F.A. | 0.5 |
| 12/31/2020 | Review and revise plan and disclosure statement (2.1); call with S&C re: same (.6); | Sasson, G. | 2.9 |

# STROOCK

emails with SSL team re: same (.2).

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Ashuraey, Sam N. | 16.1 | $ 850 | $ 13,685.00 |
| Benfield, Nathaniel H. | 0.1 | 850 | 85.00 |
| Laskowski, Mathew D. | 0.9 | 450 | 405.00 |
| Lawrence, Brett | 17.8 | 1,525 | 27,145.00 |
| Merola, Frank A. | 10.1 | 1,475 | 14,897.50 |
| Sasson, Gabriel | 29.2 | 1,095 | 31,974.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 88,191.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 88,191.50 |
|---|---|

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

## Exhibit  B

## Expense Detail

# STROOCK

## DISBURSEMENT REGISTER

| | |
|---|---|
| INVOICE NO. | 781911 |
| CLIENT | LSC Communications, Inc. Official Committee of Unsecured Creditors |

FOR DISBURSEMENT SERVICES RENDERED in the captioned matter for the period through December 31, 2020, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Long Distance Telephone** | | |
| 11/19/2020 | SoundPath Conferencing Services by Mathew Laskowski to 9146106846 for 27 Minutes; Invoice # 2128065400-112220 | 1.48 |
| 11/19/2020 | SoundPath Conferencing Services by Mathew Laskowski to 2128067036 for 58 Minutes; Invoice # 2128065400-112220 | 3.16 |
| 11/19/2020 | SoundPath Conferencing Services by Mathew Laskowski to 6466707605 for 28 Minutes; Invoice # 2128065400-112220 | 1.53 |
| 11/19/2020 | SoundPath Conferencing Services by Mathew Laskowski to 9173595354 for 8 Minutes; Invoice # 2128065400-112220 | 0.43 |
| 11/19/2020 | SoundPath Conferencing Services by Mathew Laskowski to 2128061331 for 6 Minutes; Invoice # 2128065400-112220 | 0.32 |
| 11/19/2020 | SoundPath Conferencing Services by Mathew Laskowski to 3105565802 for 37 Minutes; Invoice # 2128065400-112220 | 2.02 |
| 11/19/2020 | SoundPath Conferencing Services by Mathew Laskowski to 9173595354 for 25 Minutes; Invoice # 2128065400-112220 | 1.36 |
| 12/22/2020 | SoundPath Conferencing Services by Mathew Laskowski to 7734052762 for 14 Minutes; Invoice # 2128065400-122720 | 0.77 |
| 12/22/2020 | SoundPath Conferencing Services by Mathew Laskowski to 2128065400 for 3 Minutes; Invoice # 2128065400-122720 | 0.15 |
| 12/22/2020 | SoundPath Conferencing Services by Mathew Laskowski to 2128065400 for 55 Minutes; Invoice # 2128065400-122720 | 3.00 |
| 12/22/2020 | SoundPath Conferencing Services by Mathew Laskowski to 9146106846 for 44 Minutes; Invoice # 2128065400-122720 | 2.41 |

# STROOCK

PAGE: 2

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/22/2020 | SoundPath Conferencing Services by Mathew Laskowski to 3124205535 for 42 Minutes; Invoice # 2128065400-122720 | 2.30 |
| 12/22/2020 | SoundPath Conferencing Services by Mathew Laskowski to 2026583194 for 14 Minutes; Invoice # 2128065400-122720 | 0.77 |
| 12/22/2020 | SoundPath Conferencing Services by Mathew Laskowski to 7734052762 for 33 Minutes; Invoice # 2128065400-122720 | 1.80 |
| 12/22/2020 | SoundPath Conferencing Services by Mathew Laskowski to 6462385004 for 42 Minutes; Invoice # 2128065400-122720 | 2.30 |
| 12/22/2020 | SoundPath Conferencing Services by Mathew Laskowski to 2026246800 for 12 Minutes; Invoice # 2128065400-122720 | 0.66 |
| 12/22/2020 | SoundPath Conferencing Services by Mathew Laskowski to 2128065400 for 7 Minutes; Invoice # 2128065400-122720 | 0.38 |
| 12/22/2020 | SoundPath Conferencing Services by Mathew Laskowski to 2128065400 for 12 Minutes; Invoice # 2128065400-122720 | 0.66 |
| 12/22/2020 | SoundPath Conferencing Services by Mathew Laskowski to 6466707605 for 42 Minutes; Invoice # 2128065400-122720 | 2.30 |
| 12/30/2020 | VENDOR: JP Morgan Chase, NA; INVOICE#: 11302020; DATE: 12/30/2020  -  Credit Card Charges  -11.18.20-COURTSOLUTIONS | 70.00 |
| 12/30/2020 | VENDOR: JP Morgan Chase, NA; INVOICE#: 11302020; DATE: 12/30/2020  -  Credit Card Charges  -11.18.20-COURTSOLUTIONS | 70.00 |

**Long Distance Telephone Total**                                                **167.80**

MATTER DISBURSEMENT SUMMARY

Long Distance Telephone                                        $ 167.80

TOTAL DISBURSEMENTS/CHARGES                      $ 167.80

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP
Frank A. Merola
Brett Lawrence
Erez E. Gilad
Gabriel E. Sasson
180 Maiden Lane
New York, NY 10038-4982
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

**Objection Deadline: March 10, 2021 at 4:00 p.m.**
**(Prevailing Eastern Time)**
.

*Counsel for the Official*
*Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | : | |
| **In re** | : | **Chapter 11** |
| | : | |
| **LSC COMMUNICATIONS, INC.,** *et al.,*[1] | : | **Case No. 20-10950 (SHL)** |
| | : | |
| **Debtors.** | : | **Jointly Administered** |
| | : | |
| | : | |
| | : | |
| | : | |

**NINTH MONTHLY FEE STATEMENT OF STROOCK & STROOCK**
**& LAVAN LLP FOR SERVICES RENDERED AND REIMBURSEMENT**
**OF EXPENSES INCURRED AS COUNSEL TO THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD**
**JANUARY 1, 2021 THROUGH JANUARY 31, 2021**

---

[1]     The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  LSC Communications, Inc. (9580); Courier Communications LLC (2268); Courier Kendallville, Inc. (4679); Courier New Media, Inc. (1312); Dover Publications, Inc. (0853); LSC Communications Logistics, LLC (9496); LSC Communications MM LLC (5577); LSC Communications US, LLC (4157); LSC International Holdings, Inc. (4995); National Publishing Company (8213); Publishers Press, LLC (7265); Continuum Management Company, LLC (2627); Clark Distribution Systems, Inc. (5778); Clark Holdings Inc. (9172); Clark Worldwide Transportation, Inc. (5773); The Clark Group, Inc. (6223); Courier Companies, Inc. (7588); Courier Publishing, Inc. (3681); F.T.C. Transport, Inc. (8699); LibreDigital, Inc. (7160); LSC Communications Printing Company (7012); and Research & Education Association, Inc. (3922).  The Debtors' corporate headquarters is located at 191 N. Wacker Drive, Suite 1400, Chicago, IL 60606.

## **Summary Sheet**

Name of Applicant:                              Stroock & Stroock & Lavan LLP

Authorized to Provide Professional
Services to:                                    Official Committee of Unsecured Creditors

Date of Retention:                              June 5, 2020, effective April 24, 2020

Period for which Compensation and
Reimbursement is Sought:                        January 1, 2021 through January 31, 2021

Amount of Compensation Requested:               $145,896.80 (80% of $182,371.00)

Amount of Compensation Held Back:               $36,474.20 (20% of $182,371.00)

Amount of Expense Reimbursement
Requested:                                      $514.94

Amount of Payment Sought:                       $146,411.74

**LSC COMMUNICATIONS, INC.,** *et al.*
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**SUMMARY OF FEES**
**JANUARY 1, 2021 – JANUARY 1, 2021**

| Name of Professional | Position | Department | Bar Admission Date | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Lawrence, Brett | Partner | Financial Restructuring | 1995 | 8.8 | 1,650 | 14,520.00 |
| Lilling, Austin S. | Partner | ERISA | 2001 | 0.9 | 1,350 | 1,215.00 |
| Merola, Frank A. | Partner | Financial Restructuring | 1988 | 30.9 | 1,600 | 49,440.00 |
| Olstein, David C. | Partner | ERISA | 1995 | 0.6 | 1,300 | 780.00 |
| Sasson, Gabriel | Partner | Financial Restructuring | 2010 | 63.6 | 1,195 | 76,002.00 |
| Ashuraey, Sam N. | Associate | Financial Restructuring | 2017 | 20.3 | 970 | 19,691.00 |
| Benfield, Nathaniel H. | Associate | Litigation | 2016 | 1.8 | 970 | 1,746.00 |
| Matos, Daniel | Associate | Real Estate | 2020 | 10.8 | 685 | 7,398.00 |
| McDonough, James R. | Associate | Financial Restructuring | 2016 | 2.4 | 970 | 2,328.00 |
| **Totals for Attorneys** | | | | **140.1** | | **$ 173,120.00** |

| Name of Paraprofessional | Position | Department | Bar Admission Date | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Laskowski, Mathew D. | Paralegal | Financial Restructuring | n/a | 17.6 | 495 | 8,712.00 |
| Magzamen, Michael | Paralegal Supervisor | Financial Restructuring | n/a | 0.2 | 495 | 99.00 |
| Mohamed, David | Paralegal | Financial Restructuring | n/a | 1.1 | 400 | 440.00 |
| **Total for Paraprofessionals** | | | | **18.9** | | **$ 9,251.00** |

| Total | | | | Hours | | Amount |
|---|---|---|---|---|---|---|
| **Total** | | | | **159.0** | | **$ 182,371.00** |

**LSC COMMUNICATIONS, INC.,** *et al.*
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**COMPENSATION BY PROJECT CATEGORY**
**JANUARY 1, 2021 – JANUARY 31, 2021**

| Matter Code | Project Category | Hours | Amount |
|:---:|:---|:---:|---:|
| 0001 | Case Administration | 9.4 | $ 4,548.50 |
| 0002 | Meetings & Communications with Debtors | 8.1 | 12,024.00 |
| 0003 | Asset Disposition & Sales | 18.5 | 22,829.50 |
| 0004 | Relief from Stay / Adequate Protection | 0.1 | 160.00 |
| 0005 | Court Hearings | 7.5 | 8,911.00 |
| 0006 | Creditor Committee Meetings | 2.8 | 3,575.50 |
| 0007 | Case Analysis/ Pleading Analysis | 0.2 | 320.00 |
| 0009 | Stroock Fee Applications | 11.7 | 9,356.00 |
| 0011 | Other Professional Fee Applications | 1.1 | 1,760.00 |
| 0014 | Cash Collateral/DIP/Financing | 0.1 | 160.00 |
| 0015 | Litigation & Adversary Proceedings | 11.9 | 9,213.00 |
| 0017 | Employee Benefits / Pensions | 15.8 | 21,796.50 |
| 0022 | Claims Administration & Objections | 6.9 | 8,830.50 |
| 0023 | Plan & Disclosure Statement | 64.9 | 78,886.50 |
| | **Total** | **159.0** | **$ 182,371.00** |

**LSC COMMUNICATIONS, INC.,** *et al.*
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**DISBURSEMENT SUMMARY**
**JANAURY 1, 2021 – JANUARY 31, 2021**

| Disbursement | Amount | |
|---|---|---|
| Long Distance Telephone | $ | 154.34 |
| O/S Information Services | | 4.20 |
| Lexis/Nexis | | 71.28 |
| Westlaw | | 285.12 |
| **Total** | **$** | **514.94** |

Stroock & Stroock & Lavan LLP ("Stroock"), counsel for the Official Committee of Unsecured Creditors (the "Committee"), hereby submits this Statement of Services Rendered and Expenses Incurred (the "Monthly Fee Statement") for the period January 1, 2021 through January 31, 2021 (the "Statement Period"), in accordance with the *Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and Local Rule 2016-1 Establishing Procedures for Monthly Compensation and Reimbursement of Expenses Of Professionals*, dated May 12, 2020 [Docket No. 217] (the "Compensation Order").  In support of the Monthly Fee Statement, Stroock respectfully represents as follows:

**Relief Requested**

1.      Stroock respectfully submits this Monthly Fee Statement for compensation of: (i) fees for reasonable, actual and necessary services rendered by Stroock on behalf of the Committee during the Statement Period; and (ii) reimbursement of reasonable, actual and necessary expenses incurred by Stroock on behalf of the Committee during the Statement Period.

2.      Stroock seeks compensation for professional services rendered and reimbursement of expenses incurred during the Statement Period in the amounts set forth as below:

| Total Fees: | $182,371.00 |
| --- | --- |
| Total Expenses: | $514.94 |
| Total: | $182,885.94 |

3.   A detailed statement of hours spent rendering legal services to the Committee during the Statement Period is attached hereto as Exhibit A.  A detailed list of disbursements made or incurred by Stroock in connection with services performed on behalf of the Committee during the Statement Period is attached hereto as Exhibit B.

4. Pursuant to the Compensation Order, Stroock seeks payment of $146,411.74 from the Debtors for the Statement Period, representing (a) 80% of Stroock's total fees for services rendered and (b) 100% of the total expenses incurred during the Statement Period.

**Notice**

5. In accordance with the Compensation Order, notice of this Monthly Fee Statement has been served upon the following parties (collectively, as further defined in the Compensation Order, the "Notice Parties"): (i) LSC Communications, Inc., 191 North Wacker Drive, Suite 1400, Chicago, Illinois 60606, Attn: Suzanne Bettman, (sue.bettman@lsccom.com); (ii) counsel to the Debtors, Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004, Attn: Andrew G. Dietderich and Christian P. Jensen, (dietdericha@sullcrom.com) and (jensenc@sullcrom.com); (iii) Benjamin J. Higgins, United States Trustee for Region 2, United States Department of Justice, Office of the United States Trustee, 201 Varick Street, Suite 1006, New York, New York 10014, Attn.: Benjamin J. Higgins (benjamin.j.higgins@usdoj.gov); (iv) counsel to Bank of America, N.A., as administrative agent for the Debtors' DIP credit facility, Moore & Van Allen PLLC, 100 North Tryon Street, Suite 4700, Charlotte, North Carolina 28202, Attn: David L. Eades and Charles (Trey) R. Rayburn III, (davideades@mvalaw.com) and (treyrayburn@mvalaw.com); and (v) to the extent not listed herein, those parties requesting notice pursuant to Bankruptcy Rule 2002.

6. Pursuant to the Compensation Order, objections to the Monthly Fee Statement, if any, must be served upon the Notice Parties, including Stroock, no later than **March 10, 2021 at 4:00 p.m. (Eastern Time) (the "Objection Deadline")**, setting forth the nature of the objection and the specific amounts of fees and expenses at issue.

7.   If no objection to the Monthly Fee Statement is received by the Objection Deadline, the Debtors are required to pay Stroock the amounts of fees and expenses identified in the Monthly Fee Statement.

8.   To the extent an objection to the Monthly Fee Statement is received on or prior to the Objection Deadline, the Debtors may withhold payment of that portion of the payment requested to which the objection is directed, and is required to promptly pay the remainder of the fees and expenses as set forth herein. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: February 23, 2021  
      New York, New York

**STROOCK & STROOCK & LAVAN LLP**

/s/ Frank A. Merola  
Frank A. Merola  
Brett Lawrence  
Erez E. Gilad  
Gabriel E. Sasson  
180 Maiden Lane  
New York, New York  10038  
Telephone: (212) 806-5400  
Facsimile: (212) 806-6006

*Counsel for the Official*  
*Committee of Unsecured Creditors*

## Exhibit A

**Detailed Time Entries**

# STROOCK

## SERVICE AND EXPENSE REMITTANCE SUMMARY

| | |
|---|---|
| INVOICE NO. | 783613 |
| CLIENT | LSC Communications, Inc. Official Committee of Unsecured Creditors |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 182,371.00 |
| TOTAL DISBURSEMENTS/CHARGES | $ 514.94 |
| TOTAL BILL | $ 182,885.94 |
| PREVIOUS BALANCE | $ 182,597.83 |
| BALANCE DUE | $ 365,483.77 |

| WIRE TRANSFER INSTRUCTIONS | |
|---|---|
| BANK NAME | JPMorgan Chase Bank |
| BANK ADDRESS | 4 New York Plaza - 15th FL, New York, NY 10004 |
| ACCOUNT NAME | Stroock & Stroock & Lavan LLP |
| ACCOUNT NUMBER | 6028356 |
| ABA/ROUTING NUMBER | 021000021 *(International SWIFT Code: CHASUS33)* |
| DESCRIPTION/REFERENCE | Client/Matter: 007062.0001 |

| REMITTANCE ADDRESS |
|---|
| Stroock & Stroock & Lavan LLP |
| 180 Maiden Lane |
| New York, NY 10038-4982 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

# STROOCK

---

## INVOICE

| | |
|---|---|
| INVOICE NO. | 783613 |
| CLIENT | LSC Communications, Inc. Official Committee of Unsecured Creditors |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through January 31, 2021, including:

| | |
|---|---|
| RE | Case Administration<br>007062 0001 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/01/2021 | Review notices of filed documents (.1); obtain, organize same (.1); circulate to team (.1). | Laskowski, M.D. | 0.3 |
| 01/04/2021 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.1). | Laskowski, M.D. | 0.2 |
| 01/05/2021 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.1). | Laskowski, M.D. | 0.2 |
| 01/05/2021 | Modify distribution lists. | Magzamen, M.S. | 0.2 |
| 01/05/2021 | Obtain and circulate recently docketed pleadings to SSL internal team; update critical dates calendar. | Mohamed, D. | 0.4 |
| 01/06/2021 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.2); update the case calendars (.1). | Laskowski, M.D. | 0.4 |
| 01/06/2021 | Obtain and circulate recently docketed pleadings to SSL internal team. | Mohamed, D. | 0.3 |
| 01/07/2021 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.1). | Laskowski, M.D. | 0.2 |
| 01/07/2021 | Obtain and circulate recently docketed pleadings to SSL internal team. | Mohamed, D. | 0.2 |
| 01/08/2021 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.2); update case | Laskowski, M.D. | 0.4 |

# STROOCK

---

calendars (.1).

| Date | Description | Name | Hours |
|---|---|---|---|
| 01/08/2021 | Obtain and circulate recently docketed pleadings to SSL internal team. | Mohamed, D. | 0.2 |
| 01/11/2021 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.4); update case calendars (.2); obtain lines for 1.12.21 hearing (.2). | Laskowski, M.D. | 0.9 |
| 01/12/2021 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.3); update case calendars (.3); update the distribution lists re: PBGC resignation from the UCC (.2). | Laskowski, M.D. | 0.9 |
| 01/13/2021 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.1). | Laskowski, M.D. | 0.2 |
| 01/14/2021 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.2); update case calendars (.2). | Laskowski, M.D. | 0.5 |
| 01/15/2021 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.3); update case calendars (.1). | Laskowski, M.D. | 0.5 |
| 01/19/2021 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.1). | Laskowski, M.D. | 0.2 |
| 01/20/2021 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.2); update case calendars (.1). | Laskowski, M.D. | 0.4 |
| 01/21/2021 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.2). | Laskowski, M.D. | 0.3 |
| 01/22/2021 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.1). | Laskowski, M.D. | 0.2 |
| 01/25/2021 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.3); update case calendars (.2). | Laskowski, M.D. | 0.6 |
| 01/26/2021 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.2); update case calendars (.2). | Laskowski, M.D. | 0.5 |
| 01/27/2021 | Monitor the dockets (.1); prepare end of day | Laskowski, M.D. | 0.4 |

# STROOCK

---

summary, circulate to team (.3).

| 01/28/2021 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.2). | Laskowski, M.D. | 0.3 |

| 01/29/2021 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.3); update the case calendars (.1). | Laskowski, M.D. | 0.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Laskowski, Mathew D. | 8.1 | $ 495 | $ 4,009.50 |
| Magzamen, Michael | 0.2 | 495 | 99.00 |
| Mohamed, David | 1.1 | 400 | 440.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | $ 4,548.50 | |

# STROOCK

PAGE: 5

| | |
|---|---|
| RE | Meetings & Communications with Debtors<br>007062  0002 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/01/2021 | Review S&C correspondence re: redlined Plan. | Merola, F.A. | 0.2 |
| 01/03/2021 | Review S&C comments re: Plan. | Merola, F.A. | 0.2 |
| 01/04/2021 | Review correspondence to S&C re: revised DS (.1); review S&C correspondence re: crediting mechanism (.2). | Merola, F.A. | 0.3 |
| 01/04/2021 | Call with Debtors re: RRD settlement. | Sasson, G. | 0.3 |
| 01/05/2021 | Correspondence with Debtors re: Plan and Disclosure Statement. | Ashuraey, S.N. | 0.4 |
| 01/05/2021 | Review S&C correspondence re: redline Plan and Disclosure Statement. | Merola, F.A. | 0.3 |
| 01/05/2021 | Call with Debtors re: Plan and Disclosure Statement. | Sasson, G. | 0.2 |
| 01/08/2021 | Review S&C correspondence re: RRD as released party. | Merola, F.A. | 0.2 |
| 01/09/2021 | Correspondence with SC re: Plan changed re: RRD settlement (.3); review SC correspondence re: UCC support letter (.1). | Merola, F.A. | 0.4 |
| 01/09/2021 | Correspondence with Debtors re: Plan. | Sasson, G. | 0.2 |
| 01/10/2021 | Review S&C correspondence re: Exclusivity extension (.2); review S&C correspondence re: MEPP claims (.2); review S&C correspondence re: UCC letter changes (.2); review S&C correspondence re: revised Plan (.2). | Merola, F.A. | 0.8 |
| 01/11/2021 | Correspondence with S&C re: RRD and MEPP settlement (.2); correspondence with S&C re: revised Class 4 Ballot and UCC letter (.2); correspondence with S&C re: Skadden Plan | Merola, F.A. | 0.6 |

# STROOCK

---

insert (.2).

| Date | Description | Name | Hours |
|---|---|---|---|
| 01/12/2021 | Exchange correspondence with S&C re: Exc Order changes. | Merola, F.A. | 0.2 |
| 01/12/2021 | Correspondence with Debtor re: Reno property. | Merola, F.A. | 0.2 |
| 01/13/2021 | Correspondence with Debtor re: Reno property. | Merola, F.A. | 0.2 |
| 01/20/2021 | Review S&C correspondence re: Reno property. | Merola, F.A. | 0.2 |
| 01/21/2021 | Call with Debtors re: Reno sale and alternatives. | Ashuraey, S.N. | 0.5 |
| 01/21/2021 | Conf call w/ S&C and Jr Lenders counsel re: bidding for Reno property. | Lawrence, B. | 0.5 |
| 01/21/2021 | Correspondence with S&C re: Objection deadline (.2); review S&C correspondence with UST re: Reno (.1); review S&C correspondence to Gruchow re: Reno property (.2); review S&C Reno update (.2). | Merola, F.A. | 0.7 |
| 01/21/2021 | Call with S&C re: Reno transaction (.6); correspondence with S&C re: RoR (.2). | Merola, F.A. | 0.8 |
| 01/22/2021 | Exchange correspondence with Debtors and AHG re: Reno asset sale. | Merola, F.A. | 0.2 |
| 01/25/2021 | Correspond with Debtor's re: preparation of the 2nd Omnibus Interim Fee Order. | Laskowski, M.D. | 0.1 |
| 01/25/2021 | Review S&C correspondence re: Reno APA. | Merola, F.A. | 0.2 |
| 01/26/2021 | Correspondence with S&C re: Avenue 55. | Merola, F.A. | 0.2 |

# STROOCK

PAGE: 7

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Ashuraey, Sam N. | 0.9 | $ 970 | $ 873.00 |
| Laskowski, Mathew D. | 0.1 | 495 | 49.50 |
| Lawrence, Brett | 0.5 | 1,650 | 825.00 |
| Merola, Frank A. | 5.9 | 1,600 | 9,440.00 |
| Sasson, Gabriel | 0.7 | 1,195 | 836.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 12,024.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 12,024.00 |
|---|---|

# STROOCK

PAGE: 8

| RE | Asset Disposition & Sales<br>007062  0003 |
|----|---|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/07/2021 | Review Reno amendment motion and draft summary of same. | Ashuraey, S.N. | 1.2 |
| 01/07/2021 | Review motion re: Reno Sale Agreement. | Merola, F.A. | 0.2 |
| 01/12/2021 | Call with IRG re: Reno property (.3); review IRG LOI and qualifications (.2). | Merola, F.A. | 0.5 |
| 01/12/2021 | Call with potential purchaser of Reno property. | Sasson, G. | 0.4 |
| 01/13/2021 | Follow-up correspondence with IRG re: Reno property. | Merola, F.A. | 0.2 |
| 01/19/2021 | Review Reno purchase agreement amendment motion. | Ashuraey, S.N. | 0.2 |
| 01/20/2021 | Review update emails re: Reno PSA amendment motion. | Ashuraey, S.N. | 0.2 |
| 01/20/2021 | Review IRG APA and related correspondence. | Merola, F.A. | 0.2 |
| 01/20/2021 | Review revised Reno sale docs (1.2); emails with SSL team re: same (.3); call with SSL team re: same (.4). | Sasson, G. | 1.9 |
| 01/21/2021 | Draft reservation of rights re: Reno property (2.5); call with lender group and Debtors re: Reno sale (.5). | Ashuraey, S.N. | 3.0 |
| 01/21/2021 | Review of real estate sale docs (.7); inquiry re: bidding process (.4). | Lawrence, B. | 1.1 |
| 01/21/2021 | Review draft reservation of rights filing (.7); review correspondence from Pacific Nat'l Equities (.4). | Lawrence, B. | 1.1 |
| 01/21/2021 | Review and summarize real estate purchase and sale documents. | McDonough, J.R. | 2.4 |

# STROOCK

PAGE: 9

| 01/21/2021 | Review analysis of Reno Sale documents (.2); correspondence with UST re: Reno Sale (.2); correspondence with Gruchow re: Reno property (.2); review PNE LOI (.2); revise RoR (.2); call with Jensen re: Reno (.2). | Merola, F.A. | 1.2 |
|---|---|---|---|
| 01/21/2021 | Review Reno sale docs (1.2); review corresp. with lenders re: same (.6); call with debtors re: same (.3); corresp. with SSL team re: same (.3); | Sasson, G. | 2.4 |
| 01/22/2021 | Review revised Reno APA. | Merola, F.A. | 0.3 |
| 01/22/2021 | Review revised Reno sale docs (1.1); corresp. with SSL team re: same (.3). | Sasson, G. | 1.4 |
| 01/25/2021 | Review withdrawal of Reno sale motion. | Merola, F.A. | 0.1 |
| 01/25/2021 | Correspondence with AHG re: Reno sale. | Merola, F.A. | 0.2 |
| 01/26/2021 | Exchange correspondence with SSL team re: Ave 55. | Merola, F.A. | 0.2 |
| 01/28/2021 | Correspondence with Debtor and AHG re: Reno APA | Merola, F.A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Ashuraey, Sam N. | 4.6 | $ 970 | $ 4,462.00 |
| Lawrence, Brett | 2.2 | 1,650 | 3,630.00 |
| McDonough, James R. | 2.4 | 970 | 2,328.00 |
| Merola, Frank A. | 3.2 | 1,600 | 5,120.00 |
| Sasson, Gabriel | 6.1 | 1,195 | 7,289.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 22,829.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 22,829.50 |
|---|---|

# STROOCK

PAGE: 10

| RE | Relief from Stay / Adequate Protection Matters |
|---|---|
| | 007062  0004 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/15/2021 | Review withdrawal of Shulman RFS. | Merola, F.A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Merola, Frank A. | 0.1 | $ 1,600 | $ 160.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 160.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 160.00 |
|---|---|

# STROOCK

---

---

RE | Court Hearings
007062  0005

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/11/2021 | Coordinate SSL roles for hearing. | Lawrence, B. | 0.3 |
| 01/11/2021 | Review agenda. | Merola, F.A. | 0.1 |
| 01/12/2021 | Attend Disclosure Statement hearing. | Ashuraey, S.N. | 0.3 |
| 01/12/2021 | Monitor the Disclosure Statement hearing. | Laskowski, M.D. | 0.7 |
| 01/12/2021 | Monitor hearing re: Disclosure Statement, Plan and settlement. | Lawrence, B. | 0.7 |
| 01/12/2021 | Participate in Disclosure Statement hearing. | Merola, F.A. | 0.4 |
| 01/12/2021 | Prep for hearing (.4); attend Disclosure Statement hearing (.5). | Sasson, G. | 0.9 |
| 01/25/2021 | Review notice of omnibus hearing. | Merola, F.A. | 0.1 |
| 01/26/2021 | Review agenda. | Merola, F.A. | 0.1 |
| 01/27/2021 | Review agenda. | Merola, F.A. | 0.1 |
| 01/28/2021 | Monitor the omnibus hearing. | Laskowski, M.D. | 1.3 |
| 01/28/2021 | Monitor hearing re: fee apps and related issues. | Lawrence, B. | 1.0 |
| 01/28/2021 | Prep for court hearing and coordinate roles. | Lawrence, B. | 0.4 |
| 01/28/2021 | Prep for hearing (.3); monitor and participate in omnibus hearing (.8). | Sasson, G. | 1.1 |

# STROOCK

PAGE: 12

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Ashuraey, Sam N. | 0.3 | $ 970 | $ 291.00 |
| Laskowski, Mathew D. | 2.0 | 495 | 990.00 |
| Lawrence, Brett | 2.4 | 1,650 | 3,960.00 |
| Merola, Frank A. | 0.8 | 1,600 | 1,280.00 |
| Sasson, Gabriel | 2.0 | 1,195 | 2,390.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 8,911.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 8,911.00 |
|---|---|

# STROOCK

PAGE: 13

| | | | |
|---|---|---|---|
| RE | Creditor Committee Meetings<br>007062  0006 | | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/04/2021 | Review communications with the Committee re: settlement. | Benfield, N.H. | 0.2 |
| 01/04/2021 | Email with Committee re: settlement structure and update. | Sasson, G. | 0.5 |
| 01/05/2021 | Review communications with Committee re: settlement. | Benfield, N.H. | 0.1 |
| 01/08/2021 | Review 2nd Amended UCC appointment and UST correspondence. | Merola, F.A. | 0.2 |
| 01/11/2021 | Review UCC update re: Plan (.2); review UCC update re: Disclosure Statement hearing (.1). | Merola, F.A. | 0.3 |
| 01/12/2021 | Review notice of PBGC UCC resignation (.1); review amended UCC formation notice (.1); review UCC correspondence re: timetable (.2). | Merola, F.A. | 0.4 |
| 01/13/2021 | Update email to the committee (.6); follow-up emails to committee members (.2). | Sasson, G. | 0.8 |
| 01/21/2021 | Review communications re: Ron Beard. | Benfield, N.H. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Benfield, Nathaniel H. | 0.6 | $ 970 | $ 582.00 |
| Merola, Frank A. | 0.9 | 1,600 | 1,440.00 |
| Sasson, Gabriel | 1.3 | 1,195 | 1,553.50 |

| | | |
|---|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,575.50 | |

| | | |
|---|---|---|
| TOTAL FOR THIS MATTER | $ 3,575.50 | |

# STROOCK

PAGE: 14

| RE | Case Analysis/ Pleading Analysis and Responses<br>007062  0007 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/06/2021 | Review Stipulation re: CBRE commission rebates. | Merola, F.A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Merola, Frank A. | 0.2 | $ 1,600 | $ 320.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 320.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 320.00 |
|---|---|

# STROOCK

| RE | Stroock Fee Applications |
|---|---|
| | 007062  0009 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/06/2021 | Review the December SSL invoice (.3); prepare revisions to same (1.1); forward to billing for update (.1). | Laskowski, M.D. | 1.5 |
| 01/07/2021 | Correspond with G. Sasson re: information needed re: UST questions re: 2nd Interim Fee applications (.2); research, obtain requested information (.4); forward same (.1) | Laskowski, M.D. | 0.7 |
| 01/08/2021 | Correspond with G. Sasson re: additional information needed re: UST questions re: 2nd Interim Fee applications (.2); obtain requested information (.2); forward same (.1) | Laskowski, M.D. | 0.5 |
| 01/08/2021 | Review UST correspondence re: fee application issues. | Merola, F.A. | 0.2 |
| 01/11/2021 | Prep for call w/ UST re: fees (.4); TC w/ UST re: fees (.2). | Lawrence, B. | 0.6 |
| 01/11/2021 | Call with UST re: SSL fee application. | Merola, F.A. | 0.2 |
| 01/11/2021 | Review UST email re: second interim fee app (.6); call with UST re: same (.3); draft email re: same (.3). | Sasson, G. | 1.2 |
| 01/12/2021 | Correspondence with UST re: Fee Application. | Merola, F.A. | 0.2 |
| 01/19/2021 | Correspond with G. Sasson re: 2nd interim fee application (.1); circulate the revised December 2020 invoice for further review, comment (.1). | Laskowski, M.D. | 0.2 |
| 01/20/2021 | Correspond with G. Sasson re: 2nd interim fee application. | Laskowski, M.D. | 0.1 |
| 01/20/2021 | Exchange correspondence with UST re: fee issues. | Merola, F.A. | 0.1 |

# STROOCK

| PAGE: 16 | | | |
|---|---|---|---|
| 01/25/2021 | Revise December invoice. | Benfield, N.H. | 1.2 |
| 01/25/2021 | Correspond with billing, team re: December monthly fee statement revisions (.2); correspond with G. Sasson re: final calculations needed for proposed omnibus 2nd interim fee application order (.2); review reductions, payments and current hold back still owed (.3); summarize (.3); circulate same (.1). | Laskowski, M.D. | 1.1 |
| 01/27/2021 | Correspond with G. Sasson re: status of December 2020 fee statement (.1); obtain, forward most recent version to G. Sasson (.1). | Laskowski, M.D. | 0.2 |
| 01/28/2021 | Correspond with G. Sasson re: status of December 2020 fee statement (.2); assist with revisions to the December 2020 invoice (.4); correspond with billing re: same (.2); correspond with M. Magzamen re: the invoice (.2). | Laskowski, M.D. | 1.0 |
| 01/30/2021 | Correspond with G. Sasson re: finalization, filing of the December fee statement (.6); finalize the December monthly fee statement (.3); draft, revise, finalize the fee statement cover pages (.8); prepare the monthly fee statement for e-filing (.2); e-file (.1); coordinate service with Prime Clerk (.1). | Laskowski, M.D. | 2.1 |
| 01/30/2021 | Exchange correspondence with Sasson re: SSL Fee Statement. | Merola, F.A. | 0.1 |
| 01/31/2021 | Review Stroock fee app. | Lawrence, B. | 0.5 |

# STROOCK

PAGE: 17

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Benfield, Nathaniel H. | 1.2 | $ 970 | $ 1,164.00 |
| Laskowski, Mathew D. | 7.4 | 495 | 3,663.00 |
| Lawrence, Brett | 1.1 | 1,650 | 1,815.00 |
| Merola, Frank A. | 0.8 | 1,600 | 1,280.00 |
| Sasson, Gabriel | 1.2 | 1,195 | 1,434.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 9,356.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 9,356.00 |
|---|---|

# STROOCK

PAGE: 18

| RE | Other Professional Fee Applications<br>007062  0011 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/08/2021 | Correspondence with UCC professionals re: fee issues. | Merola, F.A. | 0.2 |
| 01/11/2021 | Review UST correspondence re: Debtor fee issues. | Merola, F.A. | 0.1 |
| 01/14/2021 | Review A&M fee statement (.1); review GT fee statement (.1). | Merola, F.A. | 0.2 |
| 01/20/2021 | Review Evercore Fee Statement. | Merola, F.A. | 0.1 |
| 01/21/2021 | Review D&T Fee Statement. | Merola, F.A. | 0.1 |
| 01/25/2021 | Review D&T Fee Statement. | Merola, F.A. | 0.2 |
| 01/28/2021 | Review S&C Fee Statement. | Merola, F.A. | 0.1 |
| 01/29/2021 | Review A&P Fee Statement. | Merola, F.A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Merola, Frank A. | 1.1 | $ 1,600 | $ 1,760.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,760.00 | |
|---|---|---|

| TOTAL FOR THIS MATTER | $ 1,760.00 | |
|---|---|---|

# STROOCK

PAGE: 19

| RE | Cash Collateral/DIP/Financing |
|---|---|
| | 007062  0014 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/20/2021 | Review R&G invoice. | Merola, F.A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Merola, Frank A. | 0.1 | $ 1,600 | $ 160.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 160.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 160.00 |
|---|---|

# STROOCK

PAGE: 20

| RE | Litigation & Adversary Proceedings<br>007062  0015 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/07/2021 | Review and analyze final settlement structure proposal. | Lawrence, B. | 0.7 |
| 01/08/2021 | Call with G. Sasson to discuss research on third-party releases in 2nd Circuit. | Matos, D. | 0.3 |
| 01/09/2021 | Researched 2nd Circuit case law for third-party releases. | Matos, D. | 0.7 |
| 01/12/2021 | Review settlement terms for hearing. | Lawrence, B. | 0.4 |
| 01/12/2021 | Continue research on third party releases in the 2nd Circuit. | Matos, D. | 2.0 |
| 01/14/2021 | Continue research on third party releases in 2nd Circuit (1.1); internal call to discuss research and next steps for research memo (.5). | Matos, D. | 1.6 |
| 01/18/2021 | Continue research on third party releases; compile findings and prepare memo summarizing research. | Matos, D. | 6.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Lawrence, Brett | 1.1 | $ 1,650 | $ 1,815.00 |
| Matos, Daniel | 10.8 | 685 | 7,398.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 9,213.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 9,213.00 |
|---|---|

# STROOCK

| RE | Employee Benefits / Pensions |
|---|---|
| | 007062  0017 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/04/2021 | Exchange P. Leff correspondence re: MEPP crediting mechanism (.2); review GCC Settlement Spreadsheet (.3). | Merola, F.A. | 0.5 |
| 01/04/2021 | Review P. Leff and G. Sasson correspondence re: RRD partial settlement of MEPP withdrawal liability. | Olstein, D.C. | 0.2 |
| 01/04/2021 | Review MEPP claims. | Sasson, G. | 1.3 |
| 01/05/2021 | Review correspondence to MEPP re: Plan. | Merola, F.A. | 0.1 |
| 01/05/2021 | Review MEPP claims (1.9); emails with MEPPs re: same (.4). | Sasson, G. | 2.3 |
| 01/06/2021 | Review correspondence with SERP AHG 2019 (.2); exchange P. Leff correspondence re: settlement negotiation (.2); call with Skadden re: negotiation status (.4); correspondence with Valentina re: Plan def changes (.2). | Merola, F.A. | 1.0 |
| 01/07/2021 | Correspondence with Valentina re: MEPP (.2); correspondence with P. Leff re: MEPP (.2). | Merola, F.A. | 0.4 |
| 01/08/2021 | Correspondence with Skadden re: negotiation update (.2); review SERP 2019 (.1). | Merola, F.A. | 0.3 |
| 01/09/2021 | Correspondence with ERISA team re: MEPP claims and crediting (.2); correspondence with MEPP counsel re: Plan insert re: RRD compromise (.2); review correspondence with SERP AHG re: RRD compromise (.2); review Skadden correspondence re: Plan changes (.2). | Merola, F.A. | 0.8 |
| 01/10/2021 | Review MEPP query of G. Sasson (.3); review claims of MEPPs (.4); review and digest D. Olstein reply to G. Sasson email (.2). | Lilling, A.S. | 0.9 |

# STROOCK

PAGE: 22

| | | | |
|---|---|---|---|
| 01/10/2021 | Review P. Leff correspondence re: settlement language (.2); review SSL plan mark-up re: RRD settlement (.3); correspondence with Perlman re: RRD compromise (.1). | Merola, F.A. | 0.6 |
| 01/11/2021 | Correspondence with Skadden re: MEPP settlement. | Merola, F.A. | 0.2 |
| 01/12/2021 | Review SERP FAQ and revise same (1.2); emails with LP re: SERP issues and SERP Call (.4). | Sasson, G. | 1.6 |
| 01/13/2021 | Review G. Sasson correspondence re: RRD/MEPP settlement (.2); review disclosure statement (.2). | Olstein, D.C. | 0.4 |
| 01/14/2021 | Exchange correspondence re: SERP call. | Merola, F.A. | 0.1 |
| 01/21/2021 | Review SERP question and related correspondence. | Merola, F.A. | 0.3 |
| 01/22/2021 | Correspondence with HI re: SERP questions and call (.2); call with SERP AHG re: all SERP call prep (.4). | Merola, F.A. | 0.6 |
| 01/22/2021 | Call with SERP counsel re: SERP call prep. | Sasson, G. | 0.4 |
| 01/28/2021 | SERP Group meeting. | Lawrence, B. | 0.8 |
| 01/28/2021 | Correspondence with HI re: SERP (.2); call with SERP AHG (.7). | Merola, F.A. | 0.9 |
| 01/28/2021 | Prepare for SERP call (1.2); lead SERP group call (.6); follow-up calls with SSL team re: same (.3). | Sasson, G. | 2.1 |

# STROOCK

PAGE: 23

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Lawrence, Brett | 0.8 | $ 1,650 | $ 1,320.00 |
| Lilling, Austin S. | 0.9 | 1,350 | 1,215.00 |
| Merola, Frank A. | 5.8 | 1,600 | 9,280.00 |
| Olstein, David C. | 0.6 | 1,300 | 780.00 |
| Sasson, Gabriel | 7.7 | 1,195 | 9,201.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 21,796.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 21,796.50 |
|---|---|

# STROOCK

PAGE: 24

| RE | Claims Administration & Objections 007062 0022 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/07/2021 | Emails with MEPPs re: settlement. | Sasson, G. | 0.4 |
| 01/08/2021 | Correspondence with UST re: SERP release. | Merola, F.A. | 0.2 |
| 01/10/2021 | Review analysis re: MEPP claim adjustment (.2); review ERISA research (.2); review GCIU claim (.2). | Merola, F.A. | 0.6 |
| 01/11/2021 | Review Midwest Angels Response re: OTC. | Merola, F.A. | 0.2 |
| 01/14/2021 | Logistics re: SERP group call. | Ashuraey, S.N. | 0.2 |
| 01/15/2021 | Review MO Response re: claims objection (.1); review Ohio response re: claims objection (.1); review Peterson response re: claims objection (.1). | Merola, F.A. | 0.3 |
| 01/19/2021 | Review omnibus claims objections and status of same. | Sasson, G. | 1.2 |
| 01/20/2021 | Review claims objections and responses in advance of hearing. | Sasson, G. | 2.3 |
| 01/21/2021 | Review Golden reply re: SERP claim objection (.1): review DRT reply re: OTC (.2). | Merola, F.A. | 0.3 |
| 01/22/2021 | Review motion waiving Rule 3007. | Merola, F.A. | 0.2 |
| 01/27/2021 | Review proposed OtC Orders. | Merola, F.A. | 0.2 |
| 01/28/2021 | Organize and attend call with SERP claimant group to discuss plan and RRD settlement. | Ashuraey, S.N. | 0.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Ashuraey, Sam N. | 1.0 | $ 970 | $ 970.00 |
| Merola, Frank A. | 2.0 | 1,600 | 3,200.00 |
| Sasson, Gabriel | 3.9 | 1,195 | 4,660.50 |

# STROOCK

PAGE: 25

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 8,830.50 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 8,830.50 |

# STROOCK

# STROOCK

PAGE: 26

| RE | Plan & Disclosure Statement |
|---|---|
| | 007062  0023 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/01/2021 | Review and revise Plan and Disclosure Statement. | Sasson, G. | 1.6 |
| 01/02/2021 | Review comments to revised plan. | Ashuraey, S.N. | 0.2 |
| 01/03/2021 | Revise SERP and GUC ballots. | Ashuraey, S.N. | 0.8 |
| 01/03/2021 | Review redlined Disclosure Statement (.3); review Skadden Plan comments (.2). | Merola, F.A. | 0.5 |
| 01/04/2021 | Review and revise ballots (.6); emails re: same (.4). | Ashuraey, S.N. | 1.0 |
| 01/04/2021 | Review S&C Plan mark-up. | Merola, F.A. | 0.3 |
| 01/04/2021 | Review revised Plan (.4); review Plan comments (.2); review redlined Disclosure Statement (.3); review RRD and Debtor correspondence re: Plan comments (.2); review S&C mark-up of Plan (.2); review Skadden Plan comments (.2); review mark-up of ballots (.2); review SSL redline Plan and related correspondence (.3). | Merola, F.A. | 2.0 |
| 01/04/2021 | Review and comment on Plan (2.1); review and comment on Disclosure Statement (2.4); call with RRD re: settlement (.3); call with SSL team re: settlement (.2). | Sasson, G. | 5.0 |
| 01/05/2021 | Review and revise ballots and emails re: same (1.5); internal correspondence re: revised Plan and Disclosure Statement (.4). | Ashuraey, S.N. | 1.9 |
| 01/05/2021 | Review and comment on summary email to UCC re: Plan and Disclosure Statement. | Lawrence, B. | 0.7 |
| 01/05/2021 | Review HI correspondence re: Plan and Disclosure Statement comments (.1); review | Merola, F.A. | 1.9 |

# STROOCK

---

PAGE: 27

|  |  |  |  |
|---|---|---|---|
|  | Skadden Plan comments (.2); review comments re: Ballot forms (.2); review multiple versions of the redlined Plan and Disclosure Statement (1.4). |  |  |
| 01/05/2021 | Review and revise Plan and Disclosure Statement (3.1); call with RRD re: same (.4); internal call re: same (.4). | Sasson, G. | 3.9 |
| 01/06/2021 | Attention to revised Plan and Disclosure Statement; emails re: same. | Ashuraey, S.N. | 0.2 |
| 01/06/2021 | Review lodged, revised Disclosure Statement order (.1); review S&C correspondence re: Plan and Disclosure Statement (.2). | Merola, F.A. | 0.3 |
| 01/06/2021 | Review revised plan (1.1); revise committee support letter (.6); call with MEPP re: settlement (.3); call with Debtors re: same (.3); call with RRD re: same (.3). | Sasson, G. | 2.6 |
| 01/07/2021 | Review and revise Committee support letter (.5); emails re: same (.2). | Ashuraey, S.N. | 0.7 |
| 01/07/2021 | Review and revise UCC Plan letter (.2); review revised liquidation analysis (.3). | Merola, F.A. | 0.5 |
| 01/07/2021 | Review and revise Plan (1.8); review comments to Plan (.6); emails with RRD re: same (.4); emails with debtors re: same (.4); internal Stroock call re: plan structure (.4); review revised Disclosure Statement (.3). | Sasson, G. | 3.9 |
| 01/08/2021 | Internal Stroock call re: release research (.2); review revised drafts of Plan and Disclosure Statement language and related emails (.4). | Ashuraey, S.N. | 0.6 |
| 01/08/2021 | Review draft liquidation analysis (.3); SSL call re: RRD releases (.3); review revised UCC support letter (.2); review Skadden comments re: UCC support letter (.2). | Merola, F.A. | 1.0 |
| 01/08/2021 | Review revised plan (1.1); review and revise Committee support letter (1.3); review 3P release issues and research (1.2); call with Stroock team re: same (.3). | Sasson, G. | 3.9 |
| 01/09/2021 | Review revised Plan, Disclosure Statement and | Ashuraey, S.N. | 0.6 |

# STROOCK

|  |  |  |  |
|---|---|---|---|
|  | UCC support letter language (.3); emails re: same (.3). |  |  |
| 01/09/2021 | Review revised Plan (2.1); review and revise Committee support letter (.8). | Sasson, G. | 2.9 |
| 01/10/2021 | Review redlined Disclosure Statement and liquidation analysis (.4); review A&P analysis re: liquidation analysis (.2); review redlined Plan (.2). | Merola, F.A. | 0.8 |
| 01/11/2021 | Review revised Disclosure Statement and Plan and related emails and filings. | Ashuraey, S.N. | 0.4 |
| 01/11/2021 | Correspondence with AHG re: exclusivity (.2); review revised Plan and Disclosure Statement (.4). | Merola, F.A. | 0.6 |
| 01/11/2021 | Review updated Plan (.6); review updated Disclosure Statement (1.1); review updated order approving Disclosure Statement (.6); review ballots (.8); review and revise committee support letter (.8); call with Stroock team re: Plan and Disclosure Statement updates (.3). | Sasson, G. | 4.2 |
| 01/12/2021 | Review Disclosure Statement and coordinate various schedule logistics. | Ashuraey, S.N. | 0.4 |
| 01/12/2021 | Review exclusivity motion draft. | Merola, F.A. | 0.2 |
| 01/12/2021 | Review Plan and Disclosure Statement (1.2); review order approving Disclosure Statement (.3); review ballots (.4). | Sasson, G. | 1.9 |
| 01/14/2021 | Call internally re: Plan-related research. | Ashuraey, S.N. | 0.2 |
| 01/14/2021 | Review exclusivity motion. | Merola, F.A. | 0.2 |
| 01/14/2021 | Review Plan release research (1.7); call with Stroock team re: same (.4). | Sasson, G. | 2.1 |
| 01/19/2021 | Review third party release research and memo. | Sasson, G. | 2.1 |
| 01/25/2021 | Review second motion re: exclusivity (.2); revise settlement outline (.4); correspondence with UCC professionals re: settlement offer (.2). | Merola, F.A. | 0.8 |
| 01/26/2021 | Review Stipulation re: rebate pool (.2); review | Merola, F.A. | 0.5 |

# STROOCK

| PAGE: 29 | | | |
|---|---|---|---|
| | and revise Disclosure Statement objection (.3). | | |
| 01/27/2021 | Review PW correspondence re: Plan admin agreement (.2); review HI correspondence re: Litigation Trust (.2). | Merola, F.A. | 0.4 |
| 01/27/2021 | Review third-party release case law research. | Sasson, G. | 2.3 |
| 01/27/2021 | Review Plan admin agreement. | Sasson, G. | 1.2 |
| 01/28/2021 | Review D. Matos research on 3rd party releases and begin researching same. | Ashuraey, S.N. | 2.2 |
| 01/29/2021 | Continue researching LSC 3rd party release issues (2); draft summary email/memo re: same (2.1); emails re: Plan administrator and other post-effective date matters (.2). | Ashuraey, S.N. | 4.3 |
| 01/29/2021 | Review litigation trust agreement and plan admin agreement. | Sasson, G. | 3.1 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Ashuraey, Sam N. | 13.5 | $ 970 | $ 13,095.00 |
| Lawrence, Brett | 0.7 | 1,650 | 1,155.00 |
| Merola, Frank A. | 10.0 | 1,600 | 16,000.00 |
| Sasson, Gabriel | 40.7 | 1,195 | 48,636.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 78,886.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 78,886.50 |
|---|---|

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

## Exhibit  B

## Expense Detail

# STROOCK

## DISBURSEMENT REGISTER

| INVOICE NO. | 783613 |
|---|---|
| CLIENT | LSC Communications, Inc. Official Committee of Unsecured Creditors |

FOR DISBURSEMENT SERVICES RENDERED in the captioned matter for the period through January 31, 2021, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Long Distance Telephone** | | |
| 12/31/2020 | VENDOR: JP Morgan Chase, NA; INVOICE#: 12312020; DATE: 12/31/2020 -  Credit Card Charges Courtsolutions 12.22.20 Hearing | 70.00 |
| 12/31/2020 | VENDOR: JP Morgan Chase, NA; INVOICE#: 12312020; DATE: 12/31/2020 -  Credit Card Charges Courtsolutions 12.22.20-Hearing | 70.00 |
| 01/12/2021 | SoundPath Conferencing Services by Mathew Laskowski to 6467157322 for 23 Minutes; Invoice # 2128065400-011721 | 1.30 |
| 01/12/2021 | SoundPath Conferencing Services by Mathew Laskowski to 2128067036 for 36 Minutes; Invoice # 2128065400-011721 | 2.02 |
| 01/12/2021 | SoundPath Conferencing Services by Mathew Laskowski to 14693483802 for 25 Minutes; Invoice # 2128065400-011721 | 1.41 |
| 01/12/2021 | SoundPath Conferencing Services by Mathew Laskowski to 3109080760 for 28 Minutes; Invoice # 2128065400-011721 | 1.57 |
| 01/12/2021 | SoundPath Conferencing Services by Mathew Laskowski to 2033960477 for 17 Minutes; Invoice # 2128065400-011721 | 0.96 |
| 01/12/2021 | SoundPath Conferencing Services by Mathew Laskowski to 6466707605 for 24 Minutes; Invoice # 2128065400-011721 | 1.36 |
| 01/12/2021 | SoundPath Conferencing Services by Mathew Laskowski to 3124205535 for 26 Minutes; Invoice # 2128065400-011721 | 1.45 |
| 01/12/2021 | SoundPath Conferencing Services by Mathew Laskowski to 9178418334 for 26 Minutes; Invoice # 2128065400-011721 | 1.45 |
| 01/12/2021 | SoundPath Conferencing Services by Mathew Laskowski to 2155706111 for 22 Minutes; Invoice # 2128065400-011721 | 1.25 |

# STROOCK

PAGE: 2

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/12/2021 | SoundPath Conferencing Services by Mathew Laskowski to 7734052762 for 28 Minutes; Invoice # 2128065400-011721 | 1.57 |
| | **Long Distance Telephone Total** | **154.34** |
| **O/S Information Services** | | |
| 01/26/2021 | Pacer Search Service on 12/21/2020 | 4.20 |
| | **O/S Information Services Total** | **4.20** |
| **Lexis/Nexis** | | |
| 01/12/2021 | Research on 1/12/2021 | 71.28 |
| | **Lexis/Nexis Total** | **71.28** |
| **Westlaw** | | |
| 01/24/2021 | Duration 0:0:0; by Matos, Daniel | 285.12 |
| | **Westlaw Total** | **285.12** |

MATTER DISBURSEMENT SUMMARY

| | |
|------|------|
| Long Distance Telephone | $ 154.34 |
| O/S Information Services | 4.20 |
| Lexis/Nexis | 71.28 |
| Westlaw | 285.12 |

| TOTAL DISBURSEMENTS/CHARGES | $ 514.94 |
|------|------|

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP                    **Objection Deadline: April 8, 2021 at 4:00 p.m.**
Frank A. Merola                                                        **(Prevailing Eastern Time)**
Brett Lawrence
Erez E. Gilad
Gabriel E. Sasson
180 Maiden Lane
New York, NY 10038-4982
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Counsel for the Official*
*Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | x | |
| | : | |
| **In re** | : | **Chapter 11** |
| | : | |
| **LSC COMMUNICATIONS, INC.,** *et al.,*[1] | : | **Case No. 20-10950 (SHL)** |
| | : | |
| **Debtors.** | : | **Jointly Administered** |
| | : | |
| | : | |
| | : | |
| | : | |
| | x | |

**TENTH MONTHLY FEE STATEMENT OF STROOCK & STROOCK
& LAVAN LLP FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES INCURRED AS COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
<u>FEBRUARY 1, 2021 THROUGH FEBRUARY 28, 2021</u>**

---

[1]      The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  LSC Communications, Inc. (9580); Courier Communications LLC (2268); Courier Kendallville, Inc. (4679); Courier New Media, Inc. (1312); Dover Publications, Inc. (0853); LSC Communications Logistics, LLC (9496); LSC Communications MM LLC (5577); LSC Communications US, LLC (4157); LSC International Holdings, Inc. (4995); National Publishing Company (8213); Publishers Press, LLC (7265); Continuum Management Company, LLC (2627); Clark Distribution Systems, Inc. (5778); Clark Holdings Inc. (9172); Clark Worldwide Transportation, Inc. (5773); The Clark Group, Inc. (6223); Courier Companies, Inc. (7588); Courier Publishing, Inc. (3681); F.T.C. Transport, Inc. (8699); LibreDigital, Inc. (7160); LSC Communications Printing Company (7012); and Research & Education Association, Inc. (3922).  The Debtors' corporate headquarters is located at 191 N. Wacker Drive, Suite 1400, Chicago, IL 60606.

## Summary Sheet

| | |
|---|---|
| Name of Applicant: | Stroock & Stroock & Lavan LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | June 5, 2020, effective April 24, 2020 |
| Period for which Compensation and Reimbursement is Sought: | February 1, 2021 through February 28, 2021 |
| Amount of Compensation Requested: | $120,366.40 (80% of $150,458.00) |
| Amount of Compensation Held Back: | $30,091.60 (20% of $150,458.00) |
| Amount of Expense Reimbursement Requested: | $348.97 |
| Amount of Payment Sought: | $120,715.37 |

**LSC COMMUNICATIONS, INC.,** *et al.*
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**SUMMARY OF FEES**
**FEBRUARY 1, 2021 – FEBRUARY 28, 2021**

| Name of Professional | Position | Department | Bar Admission Date | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Lawrence, Brett | Partner | Financial Restructuring | 1995 | 4.8 | 1,650 | 7,920.00 |
| Merola, Frank A. | Partner | Financial Restructuring | 1988 | 20.6 | 1,600 | 32,960.00 |
| Sasson, Gabriel | Partner | Financial Restructuring | 2010 | 62.5 | 1,195 | 74,687.50 |
| Ashuraey, Sam N. | Associate | Financial Restructuring | 2017 | 21.7 | 970 | 21,049.00 |
| Benfield, Nathaniel H. | Associate | Litigation | 2016 | 1.0 | 970 | 970.00 |
| Diaz, Caroline, M. | Law School Graduate | Financial Restructuring | | 6.0 | 685 | 4,110.00 |
| **Totals for Attorneys** | | | | **116.6** | | **$ 141,696.50** |

| Name of Paraprofessional | Position | Department | Bar Admission Date | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Laskowski, Mathew D. | Paralegal | Financial Restructuring | n/a | 17.6 | 495 | 8,712.00 |
| Magzamen, Michael | Paralegal Supervisor | Financial Restructuring | n/a | 0.1 | 495 | 49.50 |
| **Total for Paraprofessionals** | | | | **17.7** | | **$     8,761.50** |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Total** | | | | **134.3** | | **$  150,458.00** |

**LSC COMMUNICATIONS, INC.,** *et al.*
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**COMPENSATION BY PROJECT CATEGORY**
**FEBRUARY 1, 2021 – FEBRUARY 28, 2021**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0001 | Case Administration | 7.4 | $ 3,663.00 |
| 0002 | Meetings & Communications with Debtors | 6.3 | 9,034.50 |
| 0003 | Asset Disposition & Sales | 6.3 | 7,742.50 |
| 0004 | Relief from Stay / Adequate Protection | 0.2 | 320.00 |
| 0005 | Court Hearings | 6.4 | 7,049.00 |
| 0006 | Creditor Committee Meetings | 3.7 | 4,786.00 |
| 0007 | Case Analysis/ Pleading Analysis | 2.1 | 2,971.50 |
| 0009 | Stroock Fee Applications | 8.0 | 5,359.00 |
| 0011 | Other Professional Fee Applications | 0.9 | 1,440.00 |
| 0013 | Leases and Contracts | 0.5 | 800.00 |
| 0017 | Employee Benefits / Pensions | 0.7 | 1,120.00 |
| 0021 | Schedules/SoFAs/UST Reports | 0.2 | 320.00 |
| 0022 | Claims Administration & Objections | 6.9 | 8,088.50 |
| 0023 | Plan & Disclosure Statement | 84.7 | 97,764.00 |
| | **Total** | **134.3** | **$ 150,458.00** |

**LSC COMMUNICATIONS, INC.,** *et al.*
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**DISBURSEMENT SUMMARY**
**FEBRUARY 1, 2021 – FEBRUARY 28, 2021**

| Disbursement | Amount |
|---|---|
| Long Distance Telephone | $ 348.97 |
| Total | **$ 348.97** |

Stroock & Stroock & Lavan LLP ("Stroock"), counsel for the Official Committee of Unsecured Creditors (the "Committee"), hereby submits this Statement of Services Rendered and Expenses Incurred (the "Monthly Fee Statement") for the period February 1, 2021 through February 28, 2021 (the "Statement Period"), in accordance with the *Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and Local Rule 2016-1 Establishing Procedures for Monthly Compensation and Reimbursement of Expenses Of Professionals*, dated May 12, 2020 [Docket No. 217] (the "Compensation Order").  In support of the Monthly Fee Statement, Stroock respectfully represents as follows:

**Relief Requested**

1.    Stroock respectfully submits this Monthly Fee Statement for compensation of: (i) fees for reasonable, actual and necessary services rendered by Stroock on behalf of the Committee during the Statement Period; and (ii) reimbursement of reasonable, actual and necessary expenses incurred by Stroock on behalf of the Committee during the Statement Period.

2.    Stroock seeks compensation for professional services rendered and reimbursement of expenses incurred during the Statement Period in the amounts set forth as below:

| | |
|---|---|
| Total Fees: | $150,458.00 |
| Total Expenses: | $348.97 |
| Total: | $150,806.97 |

3.    A detailed statement of hours spent rendering legal services to the Committee during the Statement Period is attached hereto as Exhibit A.  A detailed list of disbursements made or incurred by Stroock in connection with services performed on behalf of the Committee during the Statement Period is attached hereto as Exhibit B.

4.    Pursuant to the Compensation Order, Stroock seeks payment of $120,415.37 from the Debtors for the Statement Period, representing (a) 80% of Stroock's total fees for services rendered and (b) 100% of the total expenses incurred during the Statement Period.

**Notice**

5.    In accordance with the Compensation Order, notice of this Monthly Fee Statement has been served upon the following parties (collectively, as further defined in the Compensation Order, the "Notice Parties"): (i) LSC Communications, Inc., 191 North Wacker Drive, Suite 1400, Chicago, Illinois 60606, Attn: Suzanne Bettman, (sue.bettman@lsccom.com); (ii) counsel to the Debtors, Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004, Attn: Andrew G. Dietderich and Christian P. Jensen, (dietdericha@sullcrom.com) and (jensenc@sullcrom.com); (iii) Benjamin J. Higgins, United States Trustee for Region 2, United States Department of Justice, Office of the United States Trustee, 201 Varick Street, Suite 1006, New York, New York 10014, Attn.: Benjamin J. Higgins (benjamin.j.higgins@usdoj.gov); (iv) counsel to Bank of America, N.A., as administrative agent for the Debtors' DIP credit facility, Moore & Van Allen PLLC, 100 North Tryon Street, Suite 4700, Charlotte, North Carolina 28202, Attn: David L. Eades and Charles (Trey) R. Rayburn III, (davideades@mvalaw.com) and (treyrayburn@mvalaw.com); and (v) to the extent not listed herein, those parties requesting notice pursuant to Bankruptcy Rule 2002.

6.    Pursuant to the Compensation Order, objections to the Monthly Fee Statement, if any, must be served upon the Notice Parties, including Stroock, no later than **April 8, 2021 at 4:00 p.m. (Eastern Time) (the "Objection Deadline")**, setting forth the nature of the objection and the specific amounts of fees and expenses at issue.

7.   If no objection to the Monthly Fee Statement is received by the Objection Deadline, the Debtors are required to pay Stroock the amounts of fees and expenses identified in the Monthly Fee Statement.

8.   To the extent an objection to the Monthly Fee Statement is received on or prior to the Objection Deadline, the Debtors may withhold payment of that portion of the payment requested to which the objection is directed, and is required to promptly pay the remainder of the fees and expenses as set forth herein. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: March 24, 2021
        New York, New York

**STROOCK & STROOCK & LAVAN LLP**

/s/ Frank A. Merola
Frank A. Merola
Brett Lawrence
Erez E. Gilad
Gabriel E. Sasson
180 Maiden Lane
New York, New York  10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Counsel for the Official*
*Committee of Unsecured Creditors*

# Exhibit A

## Detailed Time Entries

# STROOCK

## SERVICE AND EXPENSE REMITTANCE SUMMARY

| INVOICE NO. | 785185 |
|---|---|
| CLIENT | LSC Communications, Inc. Official Committee of Unsecured Creditors |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 150,458.00 |
| TOTAL DISBURSEMENTS/CHARGES | $ 348.97 |
| TOTAL BILL | $ 150,806.97 |
| PREVIOUS BALANCE | $ 214,857.58 |
| BALANCE DUE | $ 365,664.55 |

| WIRE TRANSFER INSTRUCTIONS | |
|---|---|
| BANK NAME | JPMorgan Chase Bank |
| BANK ADDRESS | 4 New York Plaza - 15th FL, New York, NY  10004 |
| ACCOUNT NAME | Stroock & Stroock & Lavan LLP |
| ACCOUNT NUMBER | 6028356 |
| ABA/ROUTING NUMBER | 021000021  *(International SWIFT Code:  CHASUS33)* |
| DESCRIPTION/REFERENCE | Client/Matter:  007062.0001 |

| REMITTANCE ADDRESS |
|---|
| Stroock & Stroock & Lavan LLP |
| 180 Maiden Lane |
| New York, NY 10038-4982 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.  Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

# STROOCK

## INVOICE

| | |
|---|---|
| INVOICE NO. | 785185 |
| CLIENT | LSC Communications, Inc. Official Committee of Unsecured Creditors |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through February 28, 2021, including:

| | |
|---|---|
| RE | Case Administration<br>007062 0001 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/01/2021 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.4); update the case calendars (.2). | Laskowski, M.D. | 0.7 |
| 02/02/2021 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.1); update the case calendars (.1). | Laskowski, M.D. | 0.3 |
| 02/03/2021 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.1). | Laskowski, M.D. | 0.2 |
| 02/04/2021 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.1); update case calendars (.1). | Laskowski, M.D. | 0.3 |
| 02/05/2021 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.1); update case calendars (.1). | Laskowski, M.D. | 0.3 |
| 02/08/2021 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.2); update case calendars (.1). | Laskowski, M.D. | 0.4 |
| 02/09/2021 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.1); update case calendars (.2). | Laskowski, M.D. | 0.4 |
| 02/10/2021 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.1). | Laskowski, M.D. | 0.2 |

# STROOCK

| Date | Description | Timekeeper | Hours |
|---|---|---|---|
| 02/11/2021 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.1). | Laskowski, M.D. | 0.2 |
| 02/12/2021 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.1). | Laskowski, M.D. | 0.2 |
| 02/16/2021 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.1). | Laskowski, M.D. | 0.2 |
| 02/16/2021 | Obtain and circulate ECF filings. | Magzamen, M.S. | 0.1 |
| 02/17/2021 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.2). | Laskowski, M.D. | 0.3 |
| 02/18/2021 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.1); correspond with S. Ashuraey re: dataroom questions (.2); obtain, forward results (.2). | Laskowski, M.D. | 0.6 |
| 02/19/2021 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.1). | Laskowski, M.D. | 0.2 |
| 02/22/2021 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.5); update case calendars (.2); obtain lines for 2.24.21 hearing (.2). | Laskowski, M.D. | 1.0 |
| 02/23/2021 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.2); update case calendars (.1); correspond with G. Sasson re: 2.24.21 hearing (.1). | Laskowski, M.D. | 0.5 |
| 02/24/2021 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.3); correspond with G. Sasson re: the effective date timing (.1). | Laskowski, M.D. | 0.5 |
| 02/25/2021 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.3); update case calendars (.2). | Laskowski, M.D. | 0.6 |
| 02/26/2021 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.1). | Laskowski, M.D. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|

# STROOCK

PAGE: 4

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Laskowski, Mathew D. | 7.3 | $ 495 | $ 3,613.50 |
| Magzamen, Michael | 0.1 | 495 | 49.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,663.00 |
|---|---|

# STROOCK

PAGE: 5

| | |
|---|---|
| RE | Meetings & Communications with Debtors |
| | 007062 0002 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/03/2021 | Exchange S&C correspondence re: Reno sale. | Merola, F.A. | 0.2 |
| 02/03/2021 | Emails with S&C re: same. | Sasson, G. | 0.1 |
| 02/05/2021 | Review S&C correspondence re: Plan Admin Agreement. | Merola, F.A. | 0.2 |
| 02/08/2021 | CC re: Plan Administration Agreement w/ S&C and PW. | Lawrence, B. | 0.6 |
| 02/08/2021 | Review S&C correspondence re: Confirmation Order. | Merola, F.A. | 0.1 |
| 02/09/2021 | Correspondence with S&C re: PAA (.2); review S&C correspondence re: revised Confirmation Order (.2). | Merola, F.A. | 0.4 |
| 02/12/2021 | Review S&C correspondence re: releases. | Merola, F.A. | 0.2 |
| 02/17/2021 | Call with S&C/Skadden re: 3rd party releases (.5) and prep for same (.2). | Ashuraey, S.N. | 0.7 |
| 02/17/2021 | Review S&C correspondence re: surety language re: Confirmation Order. | Merola, F.A. | 0.2 |
| 02/17/2021 | Call with Skadden and S&C re: RRD release. | Merola, F.A. | 0.5 |
| 02/20/2021 | Correspondence with S&C re: Phx prop (.2); correspondence with S&C re: Plan Administrator (.1). | Merola, F.A. | 0.3 |
| 02/21/2021 | Correspondence with S&C re: Plan changes and Disclosure Statement. | Merola, F.A. | 0.2 |
| 02/22/2021 | Call with Skadden, S&C and McDermott re: confirmation objections. | Sasson, G. | 0.7 |
| 02/23/2021 | Attend call with Debtors re: plan third party | Ashuraey, S.N. | 0.3 |

# STROOCK

releases.

| | | | |
|---|---|---|---|
| 02/23/2021 | Call with Debtors and Skadden re: release (.4); review proposed Skadden release language (.3); correspondence with S&C and Skadden re: release request (.2). | Merola, F.A. | 0.9 |
| 02/23/2021 | Review S&C correspondence re: UST Plan Objection (.2); correspondence with S&C re: objection resolution (.2). | Merola, F.A. | 0.4 |
| 02/23/2021 | Call with S&C re: releases. | Sasson, G. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Ashuraey, Sam N. | 1.0 | $ 970 | $ 970.00 |
| Lawrence, Brett | 0.6 | 1,650 | 990.00 |
| Merola, Frank A. | 3.6 | 1,600 | 5,760.00 |
| Sasson, Gabriel | 1.1 | 1,195 | 1,314.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 9,034.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 9,034.50 |
|---|---|

# STROOCK

PAGE: 7

RE | Asset Disposition & Sales
007062  0003

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/01/2021 | Review proposal re: real estate sales. | Lawrence, B. | 0.5 |
| 02/02/2021 | Review Ad Hoc Group correspondence re: Reno sale (.2); review draft Reno sale motion (.2). | Merola, F.A. | 0.4 |
| 02/03/2021 | Review changes to Reno sale order. | Merola, F.A. | 0.2 |
| 02/04/2021 | Review Reno sale motion (.5); draft summary of same (1.9). | Ashuraey, S.N. | 2.4 |
| 02/04/2021 | Review motion re: revised Reno sale. | Merola, F.A. | 0.2 |
| 02/04/2021 | Review Reno sale docs (1.8); corresp. with SSL team re: same (.3). | Sasson, G. | 2.1 |
| 02/08/2021 | Review Arrien Johnson RFS. | Merola, F.A. | 0.2 |
| 02/21/2021 | Correspondence re: remaining real estate properties. | Merola, F.A. | 0.2 |
| 02/24/2021 | Review order re: Reno sale. | Merola, F.A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Ashuraey, Sam N. | 2.4 | $ 970 | $ 2,328.00 |
| Lawrence, Brett | 0.5 | 1,650 | 825.00 |
| Merola, Frank A. | 1.3 | 1,600 | 2,080.00 |
| Sasson, Gabriel | 2.1 | 1,195 | 2,509.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 7,742.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 7,742.50 |
|---|---|

# STROOCK

PAGE: 8

| RE | Relief from Stay / Adequate Protection Matters<br>007062 0004 |
| --- | --- |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 02/16/2021 | Review DM asset sale report. | Merola, F.A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
| --- | --- | --- | --- |
| Merola, Frank A. | 0.2 | $ 1,600 | $ 320.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 320.00 | |
| --- | --- | --- |

| TOTAL FOR THIS MATTER | $ 320.00 | |
| --- | --- | --- |

# STROOCK

PAGE: 9

| RE | Court Hearings |
|---|---|
| | 007062  0005 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/23/2021 | Review agenda re: 2/24 hearing. | Merola, F.A. | 0.2 |
| 02/23/2021 | Prepare for confirmation hearing. | Sasson, G. | 0.9 |
| 02/24/2021 | Telephonically attend confirmation hearing. | Ashuraey, S.N. | 1.0 |
| 02/24/2021 | Monitor the Plan confirmation hearing. | Laskowski, M.D. | 1.3 |
| 02/24/2021 | Attend hearing re: Plan approval and related issues. | Lawrence, B. | 1.0 |
| 02/24/2021 | Prep for hearing (.8); participate in hearing (1.2). | Sasson, G. | 2.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Ashuraey, Sam N. | 1.0 | $ 970 | $ 970.00 |
| Laskowski, Mathew D. | 1.3 | 495 | 643.50 |
| Lawrence, Brett | 1.0 | 1,650 | 1,650.00 |
| Merola, Frank A. | 0.2 | 1,600 | 320.00 |
| Sasson, Gabriel | 2.9 | 1,195 | 3,465.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 7,049.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 7,049.00 |
|---|---|

# STROOCK

PAGE: 10

| | |
|---|---|
| RE | Creditor Committee Meetings<br>007062 0006 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/05/2021 | Call with creditor re: claim (.2); arrange logistics for same (.2). | Ashuraey, S.N. | 0.4 |
| 02/05/2021 | Correspondence with UCC re: Reno sale motion. | Merola, F.A. | 0.2 |
| 02/08/2021 | Call w/ individual creditor re: case update. | Diaz, C.M. | 0.3 |
| 02/08/2021 | Call with Duerr re: distribution. | Merola, F.A. | 0.3 |
| 02/17/2021 | Review UCC correspondence re: plan objections. | Merola, F.A. | 0.2 |
| 02/21/2021 | Exchange correspondence with UCC re: Plan support. | Merola, F.A. | 0.2 |
| 02/23/2021 | Review UCC correspondence re: Amended Plan and settlement. | Merola, F.A. | 0.2 |
| 02/23/2021 | Email with Committee re: confirmation. | Sasson, G. | 0.3 |
| 02/24/2021 | Correspondence with UCC re: revised Plan (.2); correspondence with UCC re: confirmation (.2). | Merola, F.A. | 0.4 |
| 02/24/2021 | Email follow-up to Committee re: confirmation hearing. | Sasson, G. | 0.6 |
| 02/25/2021 | Call with creditor re: plan and process. | Sasson, G. | 0.6 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Ashuraey, Sam N. | 0.4 | $ 970 | $ 388.00 |
| Diaz, Caroline M. | 0.3 | 685 | 205.50 |
| Merola, Frank A. | 1.5 | 1,600 | 2,400.00 |
| Sasson, Gabriel | 1.5 | 1,195 | 1,792.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 4,786.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 4,786.00 |
|---|---|

# STROOCK

PAGE: 12

RE | Case Analysis/ Pleading Analysis and Responses
007062  0007

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/04/2021 | Draft third party release memo. | Diaz, C.M. | 0.3 |
| 02/09/2021 | Review questions from holder re: status of case (.7); review and revise proposed draft response from G. Sasson (.4); respond to holder's follow-up questions (.4). | Lawrence, B. | 1.5 |
| 02/16/2021 | Internal call re: 3rd party release research. | Ashuraey, S.N. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Ashuraey, Sam N. | 0.3 | $ 970 | $ 291.00 |
| Diaz, Caroline M. | 0.3 | 685 | 205.50 |
| Lawrence, Brett | 1.5 | 1,650 | 2,475.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,971.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 2,971.50 |
|---|---|

# STROOCK

PAGE: 13

RE     Stroock Fee Applications
       007062  0009

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/03/2021 | Correspond with billing re: 2nd interim payments (.2); review the January SSL invoice; flag items for revision (1.9); forward to billing for update (.1). | Laskowski, M.D. | 2.2 |
| 02/04/2021 | Review revisions to the January invoice (.3); circulate to team for follow up (.1). | Laskowski, M.D. | 0.4 |
| 02/09/2021 | Revise January 2021 bill. | Benfield, N.H. | 1.0 |
| 02/09/2021 | Correspond with team re: status of January fee statement (.2); coordinate additional edits with billings (.2); circulate (.1). | Laskowski, M.D. | 0.5 |
| 02/10/2021 | Correspond with G. Sasson re: edits to January invoice (.2); coordinate changes with billing (.2); review changes for accuracy (.5); circulate to team for final approval (.1). | Laskowski, M.D. | 1.0 |
| 02/22/2021 | Correspond with G. Sasson re: January fee application status. | Laskowski, M.D. | 0.1 |
| 02/23/2021 | Correspond with G. Sasson re: January fee application status (.2); prepare the monthly fee statement (.9); review the January fee statement for accuracy (.6); prepare for e-filing (.1); e-file (.1); coordinate service (.1). | Laskowski, M.D. | 2.0 |
| 02/23/2021 | Review and sign off on Stroock fee app. | Lawrence, B. | 0.8 |

# STROOCK

PAGE: 14

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Benfield, Nathaniel H. | 1.0 | $ 970 | $ 970.00 |
| Laskowski, Mathew D. | 6.2 | 495 | 3,069.00 |
| Lawrence, Brett | 0.8 | 1,650 | 1,320.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 5,359.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 5,359.00 |
|---|---|

# STROOCK

PAGE: 15

| RE | Other Professional Fee Applications<br>007062 0011 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/02/2021 | Review E&Y Dec Fee Statement. | Merola, F.A. | 0.1 |
| 02/05/2021 | Review A&M fee statement. | Merola, F.A. | 0.2 |
| 02/08/2021 | Review YC fee statement. | Merola, F.A. | 0.1 |
| 02/11/2021 | Review A&P invoice. | Merola, F.A. | 0.1 |
| 02/17/2021 | Review R&G invoice. | Merola, F.A. | 0.1 |
| 02/24/2021 | Review S&C fee application. | Merola, F.A. | 0.1 |
| 02/25/2021 | Review E&Y fee application (.1); review A&P fee application (.1). | Merola, F.A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Merola, Frank A. | 0.9 | $ 1,600 | $ 1,440.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,440.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,440.00 |
|---|---|

# STROOCK

PAGE: 16

| RE | Leases and Contracts<br>007062 0013 |
|----|-------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/08/2021 | Review motion to assume contract. | Merola, F.A. | 0.2 |
| 02/23/2021 | Review motion re: assumption and assignment of contracts. | Merola, F.A. | 0.2 |
| 02/24/2021 | Review order re: assumption and assignment of contracts. | Merola, F.A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Merola, Frank A. | 0.5 | $ 1,600 | $ 800.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 800.00 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 800.00 |
|-----------------------|----------|

# STROOCK

PAGE: 17

| RE | Employee Benefits / Pensions<br>007062 0017 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/09/2021 | Correspondence with Perlman re: SERP claims. | Merola, F.A. | 0.2 |
| 02/18/2021 | Correspondence with A&M re: SERP claims. | Merola, F.A. | 0.1 |
| 02/19/2021 | Exchange correspondence with SERP. | Merola, F.A. | 0.2 |
| 02/21/2021 | Correspondence with SERP AHG re: Plan changes. | Merola, F.A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Merola, Frank A. | 0.7 | $ 1,600 | $ 1,120.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,120.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,120.00 |
|---|---|

# STROOCK

PAGE: 18

| | | | |
|---|---|---|---|
| RE | Schedules/SoFAs/UST Reports 007062 0021 | | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/01/2021 | Review monthly operating report. | Merola, F.A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Merola, Frank A. | 0.2 | $ 1,600 | $ 320.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 320.00 | |
|---|---|---|

| TOTAL FOR THIS MATTER | $ 320.00 | |
|---|---|---|

# STROOCK

PAGE: 19

| RE | Claims Administration & Objections |
|---|---|
| | 007062 0022 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/01/2021 | Review orders re: order to show cause. | Merola, F.A. | 0.2 |
| 02/11/2021 | Correspond with C. Diaz re: Taft objection documents (.2); obtain, organize (.2); correspond with G. Sasson re: Taft objections documents (.1); circulate (.1). | Laskowski, M.D. | 0.6 |
| 02/18/2021 | Review and revise statement in support of confirmation (2.2); draft RRD settlement timeline (1.6); call with SSL team re: same (.3); review confirmation order and plan (1.6). | Sasson, G. | 5.7 |
| 02/25/2021 | Telephone conference w/ Riva Ridge re: potential claims and recoveries. | Lawrence, B. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Laskowski, Mathew D. | 0.6 | $ 495 | $ 297.00 |
| Lawrence, Brett | 0.4 | 1,650 | 660.00 |
| Merola, Frank A. | 0.2 | 1,600 | 320.00 |
| Sasson, Gabriel | 5.7 | 1,195 | 6,811.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 8,088.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 8,088.50 |
|---|---|

# STROOCK

---

PAGE: 20

---

| | | | |
|---|---|---|---|
| RE | Plan & Disclosure Statement | | |
| | 007062  0023 | | |

---

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/01/2021 | Internal call re: third party releases research (.2); review research memo re: same (.2). | Ashuraey, S.N. | 0.4 |
| 02/01/2021 | Review third party releases research (.5); call with G. Sasson and S. Ashuraey re: same (.2). | Diaz, C.M. | 0.7 |
| 02/01/2021 | Review and revise plan admin agreement (1.2); review trust agreement (1.3); email with LP re: same (.1). | Sasson, G. | 2.6 |
| 02/01/2021 | Review third party release research (1.8); review email memos re: same (.6). | Sasson, G. | 2.4 |
| 02/02/2021 | Exchange correspondence with Winchester re: GUC oversight committee. | Merola, F.A. | 0.2 |
| 02/02/2021 | Review plan admin agreement changes (.7); emails with committee re: plan oversight committee (.5). | Sasson, G. | 1.2 |
| 02/02/2021 | Review third party  release research and memo re: same. | Sasson, G. | 1.9 |
| 02/03/2021 | Review plan admin and trust agreement. | Sasson, G. | 1.9 |
| 02/03/2021 | Review plan admin and trust agreement. | Sasson, G. | 0.1 |
| 02/04/2021 | Review LSC voting report. | Merola, F.A. | 0.2 |
| 02/04/2021 | Review trust agreement (.8); emails with LP team re: same (.3). | Sasson, G. | 1.1 |
| 02/05/2021 | Review plan admin agreement (.9) and trust agreement (1.2). | Sasson, G. | 2.1 |
| 02/07/2021 | Call with Debtors re: Plan Admin Agreement. | Merola, F.A. | 0.3 |
| 02/08/2021 | Further revise third party release memo (2.7); | Diaz, C.M. | 3.1 |

# STROOCK

---

PAGE: 21

---

research re: same (.4).

| 02/08/2021 | Review draft Confirmation Order (.2): call with lenders re: plan administration agreement (.4); review ballot tabulation (.2); review revised plan administration agreement (.3). | Merola, F.A. | 1.1 |
|---|---|---|---|
| 02/08/2021 | Call with UCC member re: plan administration agreement (.4); review third party releases and research re: same (2.8). | Sasson, G. | 3.2 |
| 02/09/2021 | Correspond with C. Diaz re: plan precedent needed (.2); locate (.5); organize (.2); circulate (.1). | Laskowski, M.D. | 1.0 |
| 02/09/2021 | Review PW correspondence re: plan administration agreement (.1); review revised Confirmation Order (.3). | Merola, F.A. | 0.4 |
| 02/09/2021 | Review confirmation order (1.1); review plan admin agreement (1.6); review trust agreement (.9); call with debtors re: plan administration (.5). | Sasson, G. | 4.1 |
| 02/10/2021 | Review Plan supplement (.3); review proposed Confirmation Order (.2). | Merola, F.A. | 0.5 |
| 02/10/2021 | Review third party release law (1.1); review plan language (.8); call with SSL team re: same (.4). | Sasson, G. | 2.3 |
| 02/11/2021 | Correspondence with UST re: Plan releases. | Merola, F.A. | 0.2 |
| 02/11/2021 | Review case law re: third party releases (1.6); call with SSL team re: same (.4); review precedent responses to objections (1.1). | Sasson, G. | 3.1 |
| 02/12/2021 | Review release language (.4); review caselaw re: same (.9). | Sasson, G. | 1.3 |
| 02/16/2021 | Call with G. Sasson and S. Ashuraey re: UST objection to confirmation (.3); review precedent re: same (.3); prepare draft of statement in support of confirmation (.2). | Diaz, C.M. | 0.8 |
| 02/16/2021 | Review BTC objection to confirmation (.2); review UST objection re: confirmation (.3); review Andrew and Burnett Disclosure | Merola, F.A. | 1.0 |

# STROOCK

---

PAGE: 22

|  |  |  |  |
|---|---|---|---|
|  | Statement objection (.2); review Cloyd objection to disclosure statement (.1); review revised confirmation order (.2). |  |  |
| 02/16/2021 | Review UST objection (1.2); review case law research re: releases (1.4); call with SSL team re: same (.5). | Sasson, G. | 3.1 |
| 02/17/2021 | Draft UCC statement in support of Plan. | Ashuraey, S.N. | 3.4 |
| 02/17/2021 | Call w/ professionals re: U.S. Trustee objection. | Diaz, C.M. | 0.8 |
| 02/17/2021 | Call with G. Sasson re: releases (.2); revise declaration re: Plan confirmation (.7). | Merola, F.A. | 0.9 |
| 02/17/2021 | Review plan and confirmation order (1.4); draft statement in support of confirmation (1.8); call with SSL team re: same (.3). | Sasson, G. | 3.5 |
| 02/18/2021 | Continue to draft statement in support of Plan (6.7); internal call re: same (.1); revise statement to incorporate G. Sasson comments (1.6). | Ashuraey, S.N. | 8.4 |
| 02/18/2021 | Review revised confirmation reply. | Merola, F.A. | 0.2 |
| 02/19/2021 | Review case law for statement in support of plan (.7); revise statement to incorporate comments (1.4); draft UCC declaration in support of plan (.7). | Ashuraey, S.N. | 2.8 |
| 02/19/2021 | Review and revise UCC Statement re: confirmation (.3); correspondence with Winchester re: confidential evidence (.2); review draft declaration (.2). | Merola, F.A. | 0.7 |
| 02/19/2021 | Review and revise statement in support of confirmation (2.6); draft and revise RRD negotiation timeline (1.8); draft C. Winchester declaration; call with Debtors re: declaration (.2); call with SSL team re: same (.3); emails with Committee re: same (.4). | Sasson, G. | 5.3 |
| 02/20/2021 | Review comments to statement in support of plan. | Ashuraey, S.N. | 0.3 |
| 02/20/2021 | Review revised UCC Plan support agreement (.2); review revised release language (.2). | Merola, F.A. | 0.4 |

# STROOCK

| 02/21/2021 | Review revised Plan release language (.2); exchange correspondence with Skadden re: Plan release language (.2). | Merola, F.A. | 0.4 |
|---|---|---|---|
| 02/22/2021 | Review and revise statement in support of Plan (.8); coordinate filing of same (.3); review plan and related filings (.2). | Ashuraey, S.N. | 1.3 |
| 02/22/2021 | Correspond with S. Ashuraey re: statement in support of plan to be filed (.2); correspond with G. Sasson re: same (.2); review filing for errors (.3); monitor docket for debtors pleadings (.2); prepare for e-filing (.1); e-file (.1); coordinate service of the statement in support of the Plan (.1). | Laskowski, M.D. | 1.2 |
| 02/22/2021 | Correspondence with SERP ad hoc group (.2); review Debtors draft confirmation brief (.2); review revised Plan and draft Confirmation Order (.3); review further redline re: Plan and Disclosure Statement (.2); revise UCC Plan supplemental pleading (.3); review Debtor confirmation pleadings (.4); review SERP Statement re: Plan confirmation (.2). | Merola, F.A. | 1.8 |
| 02/22/2021 | Review changes to plan and confirmation order (1.4); review and revise statement in support of plan (2.9); emails to committee re: confirmation (.3); emails to SSL team re: same (.3). | Sasson, G. | 4.9 |
| 02/23/2021 | Review further revised Plan (.3); correspondence with Skadden re: UST Objection resolution (.2); confer with G. Sasson re: release settlement options (.3); review revised Plan language (.3). | Merola, F.A. | 1.1 |
| 02/23/2021 | Call with Skadden re: releases (.3); call with McDermott re: same (.3); call with UST re: same (.2); review UST objection to releases (.8); review revised plan (.3). | Sasson, G. | 1.9 |
| 02/24/2021 | Participate in hearing re: confirmation and assignment (1.2); review findings of fact and conclusions of law (.3); review confirmation order (.2). | Merola, F.A. | 1.7 |
| 02/25/2021 | Review confirmation order and plan in advance of call with creditors (2.1); prep call with SSL | Sasson, G. | 3.2 |

# STROOCK

|  |  |  |  |
|---|---|---|---|
| | team (.4); review plan admin agreement and plan supp docs (.7). | | |
| 02/26/2021 | Review Notice of Oversight Committee Members (.1); review Lender correspondence re: Oversight Committee Notice (.1). | Merola, F.A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Ashuraey, Sam N. | 16.6 | $ 970 | $ 16,102.00 |
| Diaz, Caroline M. | 5.4 | 685 | 3,699.00 |
| Laskowski, Mathew D. | 2.2 | 495 | 1,089.00 |
| Merola, Frank A. | 11.3 | 1,600 | 18,080.00 |
| Sasson, Gabriel | 49.2 | 1,195 | 58,794.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 97,764.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 97,764.00 |
|---|---|

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

# Exhibit  B

# Expense Detail

# STROOCK

## DISBURSEMENT REGISTER

| INVOICE NO. | 785185 |
| --- | --- |
| CLIENT | LSC Communications, Inc. Official Committee of Unsecured Creditors |

FOR DISBURSEMENT SERVICES RENDERED in the captioned matter for the period through February 28, 2021, including:

| DATE | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| **Long Distance Telephone** | | |
| 01/28/2021 | SoundPath Conferencing Services by Mathew Laskowski to 2128067036 for 75 Minutes; Invoice # 2128065400-020121 | 4.23 |
| 01/28/2021 | SoundPath Conferencing Services by Mathew Laskowski to 6466707605 for 44 Minutes; Invoice # 2128065400-020121 | 2.48 |
| 01/28/2021 | SoundPath Conferencing Services by Mathew Laskowski to 7329960588 for 15 Minutes; Invoice # 2128065400-020121 | 0.85 |
| 01/28/2021 | SoundPath Conferencing Services by Mathew Laskowski to 9173595354 for 4 Minutes; Invoice # 2128065400-020121 | 0.23 |
| 01/28/2021 | SoundPath Conferencing Services by Sam Ashuraey to 6466707605 for 44 Minutes; Invoice # 2128065400-020121 | 2.48 |
| 01/28/2021 | SoundPath Conferencing Services by Sam Ashuraey to 3128487764 for 41 Minutes; Invoice # 2128065400-020121 | 2.31 |
| 01/28/2021 | SoundPath Conferencing Services by Sam Ashuraey to 2128065422 for 39 Minutes; Invoice # 2128065400-020121 | 2.21 |
| 01/28/2021 | SoundPath Conferencing Services by Sam Ashuraey to 3129847715 for 39 Minutes; Invoice # 2128065400-020121 | 2.21 |
| 01/28/2021 | SoundPath Conferencing Services by Sam Ashuraey to 3124205535 for 28 Minutes; Invoice # 2128065400-020121 | 1.57 |
| 01/28/2021 | SoundPath Conferencing Services by Sam Ashuraey to 8579918343 for 38 Minutes; Invoice # 2128065400-020121 | 2.13 |
| 01/28/2021 | SoundPath Conferencing Services by Sam Ashuraey to 7734907040 for 39 Minutes; Invoice # 2128065400-020121 | 2.21 |

# STROOCK

PAGE: 2

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/28/2021 | SoundPath Conferencing Services by Sam Ashuraey to 7329960588 for 40 Minutes; Invoice # 2128065400-020121 | 2.25 |
| 01/28/2021 | SoundPath Conferencing Services by Sam Ashuraey to 3105565802 for 40 Minutes; Invoice # 2128065400-020121 | 2.25 |
| 01/28/2021 | SoundPath Conferencing Services by Sam Ashuraey to 9178418334 for 39 Minutes; Invoice # 2128065400-020121 | 2.21 |
| 01/29/2021 | VENDOR: JP Morgan Chase, NA; INVOICE#: 01292021; DATE: 1/29/2021 -  Credit Card Charges  for January 2021- 01.12.21-COURTSOLUTIONS | 70.00 |
| 01/29/2021 | VENDOR: JP Morgan Chase, NA; INVOICE#: 01292021; DATE: 1/29/2021 -  Credit Card Charges  for January 2021-01.12.21-COURTSOLUTIONS | 70.00 |
| 01/29/2021 | VENDOR: JP Morgan Chase, NA; INVOICE#: 01292021; DATE: 1/29/2021 -  Credit Card Charges  for January 2021-01.12.21-COURTSOLUTIONS | 70.00 |
| 01/29/2021 | VENDOR: JP Morgan Chase, NA; INVOICE#: 01292021; DATE: 1/29/2021 -  Credit Card Charges  for January 2021-COURTSOLUTIONS   1.27.21 | 70.00 |
| 02/16/2021 | SoundPath Conferencing Services by Sam Ashuraey to 2128065669 for 26 Minutes; Invoice # 2128065400-022121 | 1.45 |
| 02/16/2021 | SoundPath Conferencing Services by Sam Ashuraey to 9176927974 for 16 Minutes; Invoice # 2128065400-022121 | 0.90 |
| 02/16/2021 | SoundPath Conferencing Services by Sam Ashuraey to 6466707605 for 18 Minutes; Invoice # 2128065400-022121 | 1.01 |
| 02/16/2021 | SoundPath Conferencing Services by Sam Ashuraey to 9176927974 for 6 Minutes; Invoice # 2128065400-022121 | 0.33 |
| 02/24/2021 | SoundPath Conferencing Services by Mathew Laskowski to 2128065422 for 63 Minutes; Invoice # 2128065400-022821 | 3.55 |
| 02/24/2021 | SoundPath Conferencing Services by Mathew Laskowski to 6466707605 for 60 Minutes; Invoice # 2128065400-022821 | 3.38 |
| 02/24/2021 | SoundPath Conferencing Services by Mathew Laskowski to 2128066689 for 54 Minutes; Invoice # 2128065400-022821 | 3.05 |
| 02/24/2021 | SoundPath Conferencing Services by Mathew Laskowski to 7089128301 for 68 Minutes; Invoice # 2128065400-022821 | 3.81 |

# STROOCK

PAGE: 3

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/24/2021 | SoundPath Conferencing Services by Mathew Laskowski to 9146106846 for 66 Minutes; Invoice # 2128065400-022821 | 3.70 |
| 02/24/2021 | SoundPath Conferencing Services by Mathew Laskowski to 8579918343 for 51 Minutes; Invoice # 2128065400-022821 | 2.87 |
| 02/24/2021 | SoundPath Conferencing Services by Mathew Laskowski to 14693483802 for 20 Minutes; Invoice # 2128065400-022821 | 1.13 |
| 02/24/2021 | SoundPath Conferencing Services by Mathew Laskowski to 2033960477 for 46 Minutes; Invoice # 2128065400-022821 | 2.59 |
| 02/24/2021 | SoundPath Conferencing Services by Mathew Laskowski to 8579918343 for 10 Minutes; Invoice # 2128065400-022821 | 0.57 |
| 02/24/2021 | SoundPath Conferencing Services by Mathew Laskowski to 3124205535 for 57 Minutes; Invoice # 2128065400-022821 | 3.22 |
| 02/24/2021 | SoundPath Conferencing Services by Mathew Laskowski to 2012388061 for 57 Minutes; Invoice # 2128065400-022821 | 3.22 |
| 02/24/2021 | SoundPath Conferencing Services by Mathew Laskowski to 2128067036 for 77 Minutes; Invoice # 2128065400-022821 | 4.34 |
| 02/24/2021 | SoundPath Conferencing Services by Mathew Laskowski to 7329960588 for 4 Minutes; Invoice # 2128065400-022821 | 0.23 |

**Long Distance Telephone Total**      **348.97**

MATTER DISBURSEMENT SUMMARY

| Long Distance Telephone | $ 348.97 |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 348.97 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP
Frank A. Merola
Brett Lawrence
Erez E. Gilad
Gabriel E. Sasson
180 Maiden Lane
New York, NY 10038-4982
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Counsel for the Official*
*Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| | x |
| | : |
| **In re** | : **Chapter 11** |
| | : |
| **LSC COMMUNICATIONS, INC.,** *et al.*,[1] | : **Case No. 20-10950 (SHL)** |
| | : |
| **Debtors.** | : **Jointly Administered** |
| | : |
| | : |
| | : |
| | : |
| | x |

**ELEVENTH MONTHLY FEE STATEMENT OF STROOCK & STROOCK
& LAVAN LLP FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES INCURRED AS COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
<u>MARCH 1, 2021 THROUGH MARCH 10, 2021</u>**

---

[1]      The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  LSC Communications, Inc. (9580); Courier Communications LLC (2268); Courier Kendallville, Inc. (4679); Courier New Media, Inc. (1312); Dover Publications, Inc. (0853); LSC Communications Logistics, LLC (9496); LSC Communications MM LLC (5577); LSC Communications US, LLC (4157); LSC International Holdings, Inc. (4995); National Publishing Company (8213); Publishers Press, LLC (7265); Continuum Management Company, LLC (2627); Clark Distribution Systems, Inc. (5778); Clark Holdings Inc. (9172); Clark Worldwide Transportation, Inc. (5773); The Clark Group, Inc. (6223); Courier Companies, Inc. (7588); Courier Publishing, Inc. (3681); F.T.C. Transport, Inc. (8699); LibreDigital, Inc. (7160); LSC Communications Printing Company (7012); and Research & Education Association, Inc. (3922).  The Debtors' corporate headquarters is located at 191 N. Wacker Drive, Suite 1400, Chicago, IL 60606.

## **Summary Sheet**

Name of Applicant:                    Stroock & Stroock & Lavan LLP

Authorized to Provide Professional
Services to:                          Official Committee of Unsecured Creditors

Date of Retention:                    June 5, 2020, effective April 24, 2020

Period for which Compensation and
Reimbursement is Sought:              March 1, 2021 through March 10, 2021

Amount of Compensation Requested:     $12,205.20 (80% of $15,256.50)

Amount of Compensation Held Back:     $3,051.30 (20% of $15,256.50)

Amount of Expense Reimbursement
Requested:                            $490.00

Amount of Payment Sought:             $12,695.20

**LSC COMMUNICATIONS, INC.,** *et al.*
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

**SUMMARY OF FEES**
**MARCH 1, 2021 – MARCH 10, 2021**

| Name of Professional | Position | Department | Bar Admission Date | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Merola, Frank A. | Partner | Financial Restructuring | 1988 | 2.4 | 1,600 | 3,840.00 |
| Sasson, Gabriel | Partner | Financial Restructuring | 2010 | 6.5 | 1,195 | 7,767.50 |
| Ashuraey, Sam N. | Associate | Financial Restructuring | 2017 | 0.7 | 970 | 679.00 |
| **Totals for Attorneys** | | | | **9.6** | | **$ 12,286.50** |

| Name of Paraprofessional | Position | Department | Bar Admission Date | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Laskowski, Mathew D. | Paralegal | Financial Restructuring | n/a | 5.8 | 495 | 2,871.00 |
| Magzamen, Michael | Paralegal Supervisor | Financial Restructuring | n/a | 0.2 | 495 | 99.00 |
| **Total for Paraprofessionals** | | | | **6.0** | | **$ 2,970.00** |

| Total | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Total** | | | | **15.6** | | **$ 15,256.50** |

**LSC COMMUNICATIONS, INC.,** *et al.*
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**COMPENSATION BY PROJECT CATEGORY**
**MARCH 1, 2021 – MARCH 10, 2021**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0001 | Case Administration | 2.6 | $ 1,287.00 |
| 0003 | Asset Disposition & Sales | 1.9 | 2,392.00 |
| 0004 | Relief from Stay / Adequate Protection | 0.7 | 1,120.00 |
| 0006 | Creditor Committee Meetings | 0.5 | 611.00 |
| 0009 | Stroock Fee Applications | 4.0 | 2,391.00 |
| 0011 | Other Professional Fee Applications | 0.4 | 640.00 |
| 0014 | Cash Collateral/DIP/Financing | 0.1 | 160.00 |
| 0021 | Schedules/SoFAs/UST Reports | 0.2 | 320.00 |
| 0023 | Plan & Disclosure Statement | 5.2 | 6,335.50 |
| | **Total** | **15.6** | **$ 15,256.50** |

**LSC COMMUNICATIONS, INC.,** *et al.*
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**DISBURSEMENT SUMMARY**
**MARCH 1, 2021 – MARCH 10, 2021**

| Disbursement | Amount |
|---|---|
| Long Distance Telephone | $    490.00 |
| **Total** | **$    490.00** |

Stroock & Stroock & Lavan LLP ("Stroock"), counsel for the Official Committee of Unsecured Creditors (the "Committee"), hereby submits this Statement of Services Rendered and Expenses Incurred (the "Monthly Fee Statement") for the period March 1, 2021 through March 10, 2021 (the "Statement Period"), in accordance with the *Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and Local Rule 2016-1 Establishing Procedures for Monthly Compensation and Reimbursement of Expenses Of Professionals*, dated May 12, 2020 [Docket No. 217] (the "Compensation Order").   In support of the Monthly Fee Statement, Stroock respectfully represents as follows:

**Relief Requested**

1.      Stroock respectfully submits this Monthly Fee Statement for compensation of: (i) fees for reasonable, actual and necessary services rendered by Stroock on behalf of the Committee during the Statement Period; and (ii) reimbursement of reasonable, actual and necessary expenses incurred by Stroock on behalf of the Committee during the Statement Period.

2.      Stroock seeks compensation for professional services rendered and reimbursement of expenses incurred during the Statement Period in the amounts set forth as below:

| | |
|---|---|
| Total Fees: | $15,256.50 |
| Total Expenses: | $490.00 |
| Total: | $15,746.50 |

3.   A detailed statement of hours spent rendering legal services to the Committee during the Statement Period is attached hereto as Exhibit A.  A detailed list of disbursements made or incurred by Stroock in connection with services performed on behalf of the Committee during the Statement Period is attached hereto as Exhibit B.

4.  Pursuant to the Compensation Order, Stroock seeks payment of $12,695.20 from the Debtors for the Statement Period, representing (a) 80% of Stroock's total fees for services rendered and (b) 100% of the total expenses incurred during the Statement Period.

**Notice**

5.  In accordance with the Compensation Order, notice of this Monthly Fee Statement has been served upon the following parties (collectively, as further defined in the Compensation Order, the "Notice Parties"): (i) LSC Communications, Inc., 191 North Wacker Drive, Suite 1400, Chicago, Illinois 60606, Attn: Suzanne Bettman, (sue.bettman@lsccom.com); (ii) counsel to the Debtors, Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004, Attn: Andrew G. Dietderich and Christian P. Jensen, (dietdericha@sullcrom.com) and (jensenc@sullcrom.com); (iii) Benjamin J. Higgins, United States Trustee for Region 2, United States Department of Justice, Office of the United States Trustee, 201 Varick Street, Suite 1006, New York, New York 10014, Attn.: Benjamin J. Higgins (benjamin.j.higgins@usdoj.gov); (iv) counsel to Bank of America, N.A., as administrative agent for the Debtors' DIP credit facility, Moore & Van Allen PLLC, 100 North Tryon Street, Suite 4700, Charlotte, North Carolina 28202, Attn: David L. Eades and Charles (Trey) R. Rayburn III, (davideades@mvalaw.com) and (treyrayburn@mvalaw.com); and (v) to the extent not listed herein, those parties requesting notice pursuant to Bankruptcy Rule 2002.

6.  Pursuant to the Compensation Order, objections to the Monthly Fee Statement, if any, must be served upon the Notice Parties, including Stroock, no later than **April 26, 2021 at 4:00 p.m. (Eastern Time) (the "Objection Deadline")**, setting forth the nature of the objection and the specific amounts of fees and expenses at issue.

7.  If no objection to the Monthly Fee Statement is received by the Objection Deadline, the Debtors are required to pay Stroock the amounts of fees and expenses identified in the Monthly Fee Statement.

8.  To the extent an objection to the Monthly Fee Statement is received on or prior to the Objection Deadline, the Debtors may withhold payment of that portion of the payment requested to which the objection is directed, and is required to promptly pay the remainder of the fees and expenses as set forth herein. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: April 11, 2021
New York, New York

**STROOCK & STROOCK & LAVAN LLP**

/s/ Frank A. Merola
Frank A. Merola
Brett Lawrence
Erez E. Gilad
Gabriel E. Sasson
180 Maiden Lane
New York, New York  10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Counsel for the Official*
*Committee of Unsecured Creditors*

**Exhibit A**

**Detailed Time Entries**

# STROOCK

## SERVICE AND EXPENSE REMITTANCE SUMMARY

| | |
|---|---|
| INVOICE NO. | 787190 |
| CLIENT | LSC Communications, Inc. Official Committee of Unsecured Creditors |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 15,256.50 |
| TOTAL DISBURSEMENTS/CHARGES | $ 490.00 |
| TOTAL BILL | $ 15,746.50 |
| PREVIOUS BALANCE | $ 174,482.77 |
| BALANCE DUE | $ 190,229.27 |

| WIRE TRANSFER INSTRUCTIONS | |
|---|---|
| BANK NAME | JPMorgan Chase Bank |
| BANK ADDRESS | 4 New York Plaza - 15th FL, New York, NY  10004 |
| ACCOUNT NAME | Stroock & Stroock & Lavan LLP |
| ACCOUNT NUMBER | 6028356 |
| ABA/ROUTING NUMBER | 021000021  *(International SWIFT Code:  CHASUS33)* |
| DESCRIPTION/REFERENCE | Client/Matter:  007062.0001 |

| REMITTANCE ADDRESS |
|---|
| Stroock & Stroock & Lavan LLP |
| 180 Maiden Lane |
| New York, NY 10038-4982 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.  Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI • WASHINGTON, DC
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

---

---

## INVOICE

| | |
|---|---|
| INVOICE NO. | 787190 |
| CLIENT | LSC Communications, Inc. Official Committee of Unsecured Creditors |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through March 10, 2021, including:

| | |
|---|---|
| RE | Case Administration<br>007062  0001 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/01/2021 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.3). | Laskowski, M.D. | 0.4 |
| 03/02/2021 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.2); update case calendars (.1). | Laskowski, M.D. | 0.4 |
| 03/03/2021 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.1). | Laskowski, M.D. | 0.2 |
| 03/04/2021 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.1); update case calendars (.2). | Laskowski, M.D. | 0.4 |
| 03/05/2021 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.1. | Laskowski, M.D. | 0.2 |
| 03/08/2021 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.1); update case calendars (.1). | Laskowski, M.D. | 0.3 |
| 03/09/2021 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.1); update case calendars (.1). | Laskowski, M.D. | 0.3 |
| 03/10/2021 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.2); update case calendars (.1). | Laskowski, M.D. | 0.4 |

# STROOCK

PAGE: 3

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Laskowski, Mathew D. | 2.6 | $ 495 | $ 1,287.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,287.00 |
|---|---|

# STROOCK

PAGE: 4

| | | |
|---|---|---|
| RE | Asset Disposition & Sales | |
| | 007062  0003 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/01/2021 | Review Saratoga sale docs (1.2); emails with SSL team re: same (.4). | Sasson, G. | 1.6 |
| 03/09/2021 | Review Sale Closing Statement and Budget. | Merola, F.A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Merola, Frank A. | 0.3 | $ 1,600 | $ 480.00 |
| Sasson, Gabriel | 1.6 | 1,195 | 1,912.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,392.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 2,392.00 |
|---|---|

# STROOCK

PAGE: 5

| RE | Relief from Stay / Adequate Protection Matters<br>007062 0004 |
| --- | --- |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 03/01/2021 | Review notice to Enforce Automatic Stay and Confirmation Order. | Merola, F.A. | 0.3 |
| 03/09/2021 | Review Gluckstein declaration enforcing stay. | Merola, F.A. | 0.2 |
| 03/10/2021 | Review objection re RFS. | Merola, F.A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
| --- | --- | --- | --- |
| Merola, Frank A. | 0.7 | $ 1,600 | $ 1,120.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,120.00 |
| --- | --- |

| TOTAL FOR THIS MATTER | $ 1,120.00 |
| --- | --- |

# STROOCK

PAGE: 6

| RE | Creditor Committee Meetings |
|---|---|
| | 007062 0006 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/10/2021 | Draft email to committee re: effective date. | Ashuraey, S.N. | 0.3 |
| 03/10/2021 | Correspondence with UCC re effective date. | Merola, F.A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Ashuraey, Sam N. | 0.3 | $ 970 | $ 291.00 |
| Merola, Frank A. | 0.2 | 1,600 | 320.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 611.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 611.00 |
|---|---|

# STROOCK

PAGE: 7

| RE | Stroock Fee Applications |
| | 007062 0009 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/03/2021 | Communications re: final fee estimate with debtors' financial advisor. | Ashuraey, S.N. | 0.4 |
| 03/03/2021 | Correspond with G. Sasson re final fee app questions (.1); correspond with S. Ashuraey re final fee application (.1); obtain information related to preparation of the final fee application; circulate same (.2). | Laskowski, M.D. | 0.4 |
| 03/03/2021 | Confer w/ S. Ashuraey re: form of final fee app | Magzamen, M.S. | 0.2 |
| 03/04/2021 | Analyze fee budget. | Merola, F.A. | 0.2 |
| 03/05/2021 | Review February time entries; flag entries to be corrected; forward to billing for revision. | Laskowski, M.D. | 1.9 |
| 03/10/2021 | Correspond with billing re status of February invoice (.2); review changes (.6); forward to team for follow up (.1). | Laskowski, M.D. | 0.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Ashuraey, Sam N. | 0.4 | $ 970 | $ 388.00 |
| Laskowski, Mathew D. | 3.2 | 495 | 1,584.00 |
| Magzamen, Michael | 0.2 | 495 | 99.00 |
| Merola, Frank A. | 0.2 | 1,600 | 320.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,391.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 2,391.00 |
|---|---|

# STROOCK

PAGE: 8

RE      Other Professional Fee Applications
007062  0011

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/04/2021 | Review A&M fee application. | Merola, F.A. | 0.2 |
| 03/05/2021 | Review Young Conaway fee statement. | Merola, F.A. | 0.1 |
| 03/09/2021 | Review YC fee statement. | Merola, F.A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Merola, Frank A. | 0.4 | $ 1,600 | $ 640.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 640.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 640.00 |
|---|---|

# STROOCK

PAGE: 9

RE    Cash Collateral/DIP/Financing
007062  0014

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/08/2021 | Review WT invoice. | Merola, F.A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Merola, Frank A. | 0.1 | $ 1,600 | $ 160.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 160.00 | |
|---|---|---|

| TOTAL FOR THIS MATTER | $ 160.00 | |
|---|---|---|

# STROOCK

PAGE: 10

| RE | Schedules/SoFAs/UST Reports |
|----|----------------------------|
| | 007062  0021 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/01/2021 | Review monthly operating report. | Merola, F.A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Merola, Frank A. | 0.2 | $ 1,600 | $ 320.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 320.00 |
|-------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 320.00 |
|------------------------|----------|

# STROOCK

PAGE: 11

| RE | Plan & Disclosure Statement |
| --- | --- |
| | 007062 0023 |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 03/03/2021 | Review plan admin agreement, plan and confirmation order re: effective date issues (.9); emails with SSL team re: same (.3). | Sasson, G. | 1.2 |
| 03/04/2021 | Review plan and confirmation order for effective date issues (1.2); review plan admin agreement (.8); emails with SSL team re: same (.1). | Sasson, G. | 2.1 |
| 03/08/2021 | Review S&C correspondence re Plan Admin Agreement. | Merola, F.A. | 0.2 |
| 03/10/2021 | Review notice of Effective Date. | Merola, F.A. | 0.1 |
| 03/10/2021 | Review plan and effective date funds flow (1.3); emails with SSL team re: same (.3). | Sasson, G. | 1.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
| --- | --- | --- | --- |
| Merola, Frank A. | 0.3 | $ 1,600 | $ 480.00 |
| Sasson, Gabriel | 4.9 | 1,195 | 5,855.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 6,335.50 |
| --- | --- |

| TOTAL FOR THIS MATTER | $ 6,335.50 |
| --- | --- |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

**Exhibit  B**

**Expense Detail**

# STROOCK

## DISBURSEMENT REGISTER

| INVOICE NO. | 787190 |
|---|---|
| CLIENT | LSC Communications, Inc. Official Committee of Unsecured Creditors |

FOR DISBURSEMENT SERVICES RENDERED in the captioned matter for the period through March 10, 2021, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Long Distance Telephone** | | |
| 02/26/2021 | VENDOR: JP Morgan Chase, NA; INVOICE#: 02282021; DATE: 2/26/2021 - Credit Card Charges for February 2021-01.28.21 COURTSOLUTIONS | 70.00 |
| 02/26/2021 | VENDOR: JP Morgan Chase, NA; INVOICE#: 02282021; DATE: 2/26/2021 - Credit Card Charges for February 2021 1.28.21 COURTSOLUTIONS | 70.00 |
| 02/26/2021 | VENDOR: JP Morgan Chase, NA; INVOICE#: 02282021; DATE: 2/26/2021 - Credit Card Charges for February 2021-1.28.21 COURTSOLUTIONS | 70.00 |
| 02/26/2021 | VENDOR: JP Morgan Chase, NA; INVOICE#: 02282021; DATE: 2/26/2021 - Credit Card Charges for February 2021 02.24 .21 COURTSOLUTIONS | 70.00 |
| 02/26/2021 | VENDOR: JP Morgan Chase, NA; INVOICE#: 02282021; DATE: 2/26/2021 - Credit Card Charges for February 2021 -02.24 .21 COURTSOLUTIONS | 70.00 |
| 02/26/2021 | VENDOR: JP Morgan Chase, NA; INVOICE#: 02282021; DATE: 2/26/2021 - Credit Card Charges for February 2021 02.24 .21 COURTSOLUTIONS | 70.00 |
| 04/09/2021 | 03.18.21 COURTSOLUTIONS | 70.00 |
| **Long Distance Telephone Total** | | **490.00** |

MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Long Distance Telephone | $ 490.00 |

| TOTAL DISBURSEMENTS/CHARGES | $ 490.00 |
|---|---|

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI • WASHINGTON, DC
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

**EXHIBIT E**

Post-Effective Date Fee Statement

# STROOCK

## SERVICE AND EXPENSE REMITTANCE SUMMARY

| INVOICE NO. | 787997 |
|---|---|
| CLIENT | LSC Communications, Inc. Official Committee of Unsecured Creditors |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 54,272.50 |
| TOTAL BILL | $ 54,272.50 |

| **WIRE TRANSFER INSTRUCTIONS** | |
|---|---|
| BANK NAME | JPMorgan Chase Bank |
| BANK ADDRESS | 4 New York Plaza - 15th FL, New York, NY  10004 |
| ACCOUNT NAME | Stroock & Stroock & Lavan LLP |
| ACCOUNT NUMBER | 6028356 |
| ABA/ROUTING NUMBER | 021000021  *(International SWIFT Code:  CHASUS33)* |
| DESCRIPTION/REFERENCE | Client/Matter:  007062.0001 |

| **REMITTANCE ADDRESS** |
|---|
| Stroock & Stroock & Lavan LLP |
| 180 Maiden Lane |
| New York, NY 10038-4982 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.  Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI • WASHINGTON, DC
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

NY 78530401v1

# STROOCK

---

PAGE: 2

---

## INVOICE

| | |
|---|---|
| INVOICE NO. | 787997 |
| CLIENT | LSC Communications, Inc. Official Committee of Unsecured Creditors |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through April 20, 2021, including:

| | |
|---|---|
| RE | Case Administration<br>007062  0001 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/11/2021 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.1); update case calendars (.1). | Laskowski, M.D. | 0.3 |
| 03/12/2021 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.1); update case calendars (.1). | Laskowski, M.D. | 0.3 |
| 03/15/2021 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.2); update case calendars (.1). | Laskowski, M.D. | 0.4 |
| 03/16/2021 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.1). | Laskowski, M.D. | 0.2 |
| 03/17/2021 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.1); correspond with F. Merola re hearing line needed for 3.18 (.1); obtain same, forward (.1). | Laskowski, M.D. | 0.4 |
| 03/18/2021 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.1). | Laskowski, M.D. | 0.2 |
| 03/19/2021 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.1); update case calendars (.1). | Laskowski, M.D. | 0.3 |
| 03/19/2021 | Respond to creditor inquiry. | Magzamen, M.S. | 0.1 |

# STROOCK

| | | | |
|---|---|---|---|
| 03/22/2021 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.1). | Laskowski, M.D. | 0.2 |
| 03/23/2021 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.2); confer with S. Ashuraey re creditor question (.1); ensure creditors questions were addressed (.1). | Laskowski, M.D. | 0.5 |
| 03/24/2021 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.2); update case calendars (.1). | Laskowski, M.D. | 0.4 |
| 03/25/2021 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.1); update case calendars (.1). | Laskowski, M.D. | 0.3 |
| 03/26/2021 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.1). | Laskowski, M.D. | 0.2 |
| 03/29/2021 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.1); update case calendars (.1) | Laskowski, M.D. | 0.3 |
| 03/30/2021 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.1). | Laskowski, M.D. | 0.2 |
| 03/31/2021 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.1). | Laskowski, M.D. | 0.2 |
| 04/01/2021 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.1). | Laskowski, M.D. | 0.2 |
| 04/02/2021 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.1). | Laskowski, M.D. | 0.2 |
| 04/05/2021 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.1). | Laskowski, M.D. | 0.2 |
| 04/06/2021 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.2). | Laskowski, M.D. | 0.3 |
| 04/07/2021 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.1); update the case calendars (.1). | Laskowski, M.D. | 0.3 |
| 04/08/2021 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.1). | Laskowski, M.D. | 0.2 |

# STROOCK

PAGE: 4

| 04/09/2021 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.1). | Laskowski, M.D. | 0.2 |
| 04/12/2021 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.1); update case calendars (.1). | Laskowski, M.D. | 0.3 |
| 04/13/2021 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.1). | Laskowski, M.D. | 0.2 |
| 04/14/2021 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.4); update case calendars (.1). | Laskowski, M.D. | 0.6 |
| 04/15/2021 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.1). | Laskowski, M.D. | 0.2 |
| 04/16/2021 | Monitor the dockets (.1); prepare end of day summary, circulate to team (.1). | Laskowski, M.D. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
| --- | --- | --- | --- |
| Laskowski, Mathew D. | 7.5 | $ 495 | $ 3,712.50 |
| Magzamen, Michael | 0.1 | 495 | 49.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,762.00 |
| --- | --- |

| TOTAL FOR THIS MATTER | $ 3,762.00 |
| --- | --- |

# STROOCK

RE      Stroock Fee Applications
007062  0009

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/11/2021 | Correspond with team re status of February invoice (.1); review N. Benfield's updates (.1); forward to billing (.1). | Laskowski, M.D. | 0.3 |
| 03/16/2021 | Review invoice (.3); correspond with G. Sasson re further review (.1). | Laskowski, M.D. | 0.4 |
| 03/18/2021 | Correspond with G. Sasson re the February invoice (.1); correspond with C. Diaz re February entries (.1). | Laskowski, M.D. | 0.2 |
| 03/18/2021 | Review invoice (.7); emails with SSL team re: same (.4). | Sasson, G. | 1.1 |
| 03/19/2021 | Correspond with billing re updates to the February entries. | Laskowski, M.D. | 0.1 |
| 03/22/2021 | Correspond with team re the February invoice. | Laskowski, M.D. | 0.1 |
| 03/23/2021 | Review SSL fee statement. | Sasson, G. | 0.9 |
| 03/24/2021 | Correspond with G. Sasson re: February fee application status (.2); prepare the monthly fee statement (.8); review the February fee statement for accuracy (.5); prepare for e-filing (.1); e-file (.1); coordinate service (.1). | Laskowski, M.D. | 1.8 |
| 04/02/2021 | Review plan/ compensation order / local rules/ precedent final fee apps (1.4); emails internally to coordinate final fee app (.2). | Ashuraey, S.N. | 1.6 |
| 04/02/2021 | Correspond with G. Sasson, S. Ashuraey re final fee application logistics and timing. | Laskowski, M.D. | 0.2 |
| 04/05/2021 | Coordinate with M Laskowski for filing of final fee app. | Ashuraey, S.N. | 0.4 |
| 04/05/2021 | Correspond with billing re the March invoice | Laskowski, M.D. | 0.3 |

# STROOCK

| | | | |
|---|---|---|---|
| | (.2); correspond with G. Sasson, S. Ashuraey re final fee application logistics and timing (.1). | | |
| 04/06/2021 | Begin drafting final fee app. | Ashuraey, S.N. | 0.4 |
| 04/06/2021 | Review the March invoice (.6); assist with preparation of the SSL final fee application (.6). | Laskowski, M.D. | 1.2 |
| 04/06/2021 | Review billings re Fee Application prep. | Merola, F.A. | 0.4 |
| 04/07/2021 | Continue to prepare the final fee application (1.8); review March invoice (.2); forward to G. Sasson for review (.1). | Laskowski, M.D. | 2.1 |
| 04/08/2021 | Begin drafting final fee app. | Ashuraey, S.N. | 3.3 |
| 04/08/2021 | Coordinate G. Sasson revisions to March invoice. | Laskowski, M.D. | 0.2 |
| 04/08/2021 | Review final fee app. | Sasson, G. | 0.8 |
| 04/09/2021 | Finalize first draft of final fee app and emails re: same. | Ashuraey, S.N. | 6.1 |
| 04/09/2021 | Prepare the cover sheets to the monthly fee statement (.6); coordinate changes to disbursements with billing (.2); review the monthly fee statement (.2); forward to G. Sasson for final filing  approval (.1). | Laskowski, M.D. | 1.1 |
| 04/09/2021 | Review billing re Final Fee Application. | Merola, F.A. | 0.3 |
| 04/09/2021 | Review final fee app (.6); emails with SSL team re: same (.2). | Sasson, G. | 0.8 |
| 04/10/2021 | Review the March 2021 monthly fee statement (.2); correspond with G. Sasson re same (.1). | Laskowski, M.D. | 0.3 |
| 04/11/2021 | Review the March 2021 monthly fee statement (.2); prepare for e-filing (.1); e-file the statement (.1); coordinate service with Prime Clerk (.1). | Laskowski, M.D. | 0.5 |
| 04/11/2021 | Review SSL Fee Application. | Merola, F.A. | 0.2 |
| 04/12/2021 | Correspond with billing re information needed for the final fee application (.2); correspond with G. Sasson re final fee application status (.2); assist with the preparation of the final fee | Laskowski, M.D. | 2.4 |

# STROOCK

---

|  | application (2). |  |  |
|---|---|---|---|
| 04/12/2021 | Review and revise final fee application (1.7); review precedent re: same (.4). | Sasson, G. | 2.1 |
| 04/13/2021 | Correspond with G. Sasson re documents needed related to the final fee application (.1); obtain, forward (.1); assist with the preparation of the final fee application (.9). | Laskowski, M.D. | 1.1 |
| 04/13/2021 | Review and revise final fee app. | Sasson, G. | 1.3 |
| 04/14/2021 | Review budget and staffing plans (1.7); edits to fee application (.4); call with G. Sasson re: same (.2). | Ashuraey, S.N. | 2.3 |
| 04/14/2021 | Correspond with G. Sasson and S. Ashuraey re final fee application status (.2); assist with preparation for the final fee application (.6). | Laskowski, M.D. | 0.8 |
| 04/14/2021 | Confer w/ M. Laskowski re: final fee app prep. | Magzamen, M.S. | 0.1 |
| 04/14/2021 | Review final fee application (1.4); review confirmation order re: final fee apps (.4); emails with SSL team re: same (.4). | Sasson, G. | 2.2 |
| 04/15/2021 | Review and revise fee app (3.5); review precedent fee apps (.5) calls with G. Sasson re: same (.4). | Ashuraey, S.N. | 4.4 |
| 04/15/2021 | Telephone conference with G. Sasson and S. Ashuraey re final fee application (.4); telephone call with G. Sasson (.2); correspond with S. Ashuraey re final fee app preparation (.5); assist with preparation of the final fee application (1.8); correspond with billing re information needed for final fee application (.4); telephone conference with M. Magzamen re final fee application (.2). | Laskowski, M.D. | 3.5 |
| 04/15/2021 | Review final fee app (.6); revise same (.8); call with SSL team re: same (.3); call with S&C re: same (.2); call with F. Merola re: same (.1); review fee app precedents (.6). | Sasson, G. | 2.6 |
| 04/16/2021 | Review final fee app and correspondence with M Laskowski re: same. | Ashuraey, S.N. | 0.7 |

# STROOCK

PAGE: 8

| Date | Description | Timekeeper | Hours |
|---|---|---|---|
| 04/16/2021 | Correspond with billing re post effective date invoice (.2); correspond with G. Sasson re post effective date invoice, status of final fee application (.3); correspond with S. Ashuraey re final fee application (.1). | Laskowski, M.D. | 0.6 |
| 04/16/2021 | Review Final Fee Application. | Merola, F.A. | 0.8 |
| 04/16/2021 | Review and revise fee application (1.4); calls with SSL team re: same (.3); call with LP re: same (.2) | Sasson, G. | 1.9 |
| 04/17/2021 | Correspond with billing re the post effective date invoice. | Laskowski, M.D. | 0.2 |
| 04/19/2021 | Correspond with billing re post effective date invoice (.1); correspond with G. Sasson re post effective date invoice, status of final fee application (.1); circulate post effective date invoice to team for additional comments (.1). | Laskowski, M.D. | 0.3 |
| 04/19/2021 | Review and revise final fee application. | Sasson, G. | 1.2 |
| 04/20/2021 | Review and revise final fee app. | Ashuraey, S.N. | 0.7 |
| 04/20/2021 | Correspond with G. Sasson and S. Ashuraey re final fee application (.3); review correspondence from team re final fee application status (.1). | Laskowski, M.D. | 0.4 |
| 04/20/2021 | Review and revise final fee application (1.1); emails with SSL team re: same (.3). | Sasson, G. | 1.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Ashuraey, Sam N. | 19.9 | $ 970 | $ 19,303.00 |
| Laskowski, Mathew D. | 18.1 | 495 | 8,959.50 |
| Magzamen, Michael | 0.1 | 495 | 49.50 |
| Merola, Frank A. | 1.7 | 1,600 | 2,720.00 |
| Sasson, Gabriel | 16.3 | 1,195 | 19,478.50 |

# STROOCK

PAGE: 9

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 50,510.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 50,510.50 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 54,272.50 |
|---|---|
| TOTAL BILL | $ 54,272.50 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

# **EXHIBIT F**

Budget and Staffing Plans

STROOCK & STROOCK & LAVAN LLP                                                    .
Frank A. Merola
Brett Lawrence
Erez E. Gilad
Gabriel E. Sasson
180 Maiden Lane
New York, NY 10038-4982
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Counsel for the Official*
*Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | x | |
| | : | |
| **In re** | : | **Chapter 11** |
| | : | |
| **LSC COMMUNICATIONS, INC., *et al.*,**[1] | : | **Case No. 20-10950 (SHL)** |
| | : | |
| **Debtors.** | : | **Jointly Administered** |
| | : | |
| | : | |
| | : | |
| | : | |
| | x | |

**BUDGET OF STROOCK & STROOCK & LAVAN LLP, COUNSEL TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD FROM
<u>DECEMBER 1, 2020 THROUGH AND INCLUDING DECEMBER 31, 2020</u>**

---

[1]      The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  LSC Communications, Inc. (9580); Courier Communications LLC (2268); Courier Kendallville, Inc. (4679); Courier New Media, Inc. (1312); Dover Publications, Inc. (0853); LSC Communications Logistics, LLC (9496); LSC Communications MM LLC (5577); LSC Communications US, LLC (4157); LSC International Holdings, Inc. (4995); National Publishing Company (8213); Publishers Press, LLC (7265); Continuum Management Company, LLC (2627); Clark Distribution Systems, Inc. (5778); Clark Holdings Inc. (9172); Clark Worldwide Transportation, Inc. (5773); The Clark Group, Inc. (6223); Courier Companies, Inc. (7588); Courier Publishing, Inc. (3681); F.T.C. Transport, Inc. (8699); LibreDigital, Inc. (7160); LSC Communications Printing Company (7012); and Research & Education Association, Inc. (3922).  The Debtors' corporate headquarters is located at 191 N. Wacker Drive, Suite 1400, Chicago, IL 60606.

| Project Category | Estimated Hours | Actual Hours | Estimated Fees | Actual Fees |
|---|---|---|---|---|
| Case Administration | 10 | 9.3 | $ 6,000 | 4,129.00 |
| Meetings & Communications with Debtors | 10 | 5.8 | 14,000 | 7,448.50 |
| Asset Disposition & Sales | 10 | 7.9 | 12,000 | 9,306.50 |
| Court Hearings | 5 | 3.3 | 6,000 | 3,114.50 |
| Creditor Committee Meetings | 10 | 7.7 | 12,000 | 9,227.00 |
| Case Analysis/ Pleading Analysis and Responses | 1 | 1.1 | 1,200 | 1,677.50 |
| Stroock Retention | 1 | 1.4 | 1,200 | 937.50 |
| Stroock Fee Applications | 50 | 41.6 | 30,000 | 29,944.00 |
| Other Professional Retention | 1 | 0.1 | 1,200 | 147.50 |
| Other Professional Fee Applications | 1 | 0.5 | 1,200 | 737.50 |
| Leases and Contracts | 1 | 0.2 | 1,200 | 295.00 |
| Cash Collateral/DIP/Financing | 1 | 0.4 | 1,200 | 590.00 |
| Litigation & Adversary Proceedings | 5 | 5.2 | 6,000 | 6,912.50 |
| Business Operations | 1 | 0.8 | 1,200 | 1,180.00 |
| Employee Benefits / Pensions | 10 | 11.0 | 12,000 | 13,391.00 |
| Tax Issues | 5 | 4.1 | 6,000 | 5,661.50 |
| Schedules/SoFAs/UST Reports | 1 | 0.2 | 1,200 | 295.00 |
| Claims Administration & Objections | 1 | 0.2 | 1,200 | 295.00 |
| Plan & Disclosure Statement | 100 | 74.2 | 120,000 | 88,191.50 |
| **Total** | **224** | **175.0** | **$234,800** | **$183,481.00** |

STROOCK & STROOCK & LAVAN LLP                                    .
Frank A. Merola
Brett Lawrence
Erez E. Gilad
Gabriel E. Sasson
180 Maiden Lane
New York, NY 10038-4982
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Counsel for the Official*
*Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | **x** | |
| | **:** | |
| **In re** | **:** | **Chapter 11** |
| | **:** | |
| **LSC COMMUNICATIONS, INC., *et al.*,**[1] | **:** | **Case No. 20-10950 (SHL)** |
| | **:** | |
| **Debtors.** | **:** | **Jointly Administered** |
| | **:** | |
| | **:** | |
| | **:** | |
| | **x** | |

**STAFFING PLAN OF STROOCK & STROOCK & LAVAN LLP, COUNSEL TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD FROM
<u>DECEMBER 1, 2020 THROUGH AND INCLUDING DECEMBER 31, 2020</u>**

---

[1]      The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  LSC Communications, Inc. (9580); Courier Communications LLC (2268); Courier Kendallville, Inc. (4679); Courier New Media, Inc. (1312); Dover Publications, Inc. (0853); LSC Communications Logistics, LLC (9496); LSC Communications MM LLC (5577); LSC Communications US, LLC (4157); LSC International Holdings, Inc. (4995); National Publishing Company (8213); Publishers Press, LLC (7265); Continuum Management Company, LLC (2627); Clark Distribution Systems, Inc. (5778); Clark Holdings Inc. (9172); Clark Worldwide Transportation, Inc. (5773); The Clark Group, Inc. (6223); Courier Companies, Inc. (7588); Courier Publishing, Inc. (3681); F.T.C. Transport, Inc. (8699); LibreDigital, Inc. (7160); LSC Communications Printing Company (7012); and Research & Education Association, Inc. (3922).  The Debtors' corporate headquarters is located at 191 N. Wacker Drive, Suite 1400, Chicago, IL 60606.

| Category of Time Keeper | Estimated Number of Timekeepers Expected to Work on the Matter During the Budget Period | Actual Number of Timekeepers that Worked on the Matter During the Budget Period | Average Hourly Rate |
|---|---|---|---|
| Partners | 8 | 8 | $1367 |
| Of Counsel, Special Counsel & Senior Associates (7+ years of experience) | 1 | 0 | N/A |
| Associates (4-6 years of experience) | 4 | 4 | 861 |
| Junior Associates (1-3 years of experience) | 1 | 0 | N/A |
| Paraprofessionals | 2 | 3 | 423 |

STROOCK & STROOCK & LAVAN LLP                                          .
Frank A. Merola
Brett Lawrence
Erez E. Gilad
Gabriel E. Sasson
180 Maiden Lane
New York, NY 10038-4982
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Counsel for the Official*
*Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **In re** | **Chapter 11** |
| **LSC COMMUNICATIONS, INC.,** *et al.*,[1] | **Case No. 20-10950 (SHL)** |
| **Debtors.** | **Jointly Administered** |

**BUDGET OF STROOCK & STROOCK & LAVAN LLP, COUNSEL TO THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD FROM**
**JANUARY 1, 2021 THROUGH AND INCLUDING JANUARY 30, 2021**

---

[1]     The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  LSC Communications, Inc. (9580); Courier Communications LLC (2268); Courier Kendallville, Inc. (4679); Courier New Media, Inc. (1312); Dover Publications, Inc. (0853); LSC Communications Logistics, LLC (9496); LSC Communications MM LLC (5577); LSC Communications US, LLC (4157); LSC International Holdings, Inc. (4995); National Publishing Company (8213); Publishers Press, LLC (7265); Continuum Management Company, LLC (2627); Clark Distribution Systems, Inc. (5778); Clark Holdings Inc. (9172); Clark Worldwide Transportation, Inc. (5773); The Clark Group, Inc. (6223); Courier Companies, Inc. (7588); Courier Publishing, Inc. (3681); F.T.C. Transport, Inc. (8699); LibreDigital, Inc. (7160); LSC Communications Printing Company (7012); and Research & Education Association, Inc. (3922).  The Debtors' corporate headquarters is located at 191 N. Wacker Drive, Suite 1400, Chicago, IL 60606.

| Project Category | Estimated Hours | Actual Hours | Estimated Fees | Actual Fees |
|---|---|---|---|---|
| Case Administration | 10 | 9.4 | $ 6,000 | 4,548.50 |
| Meetings & Communications with Debtors | 10 | 8.1 | 14,000 | 12,024.00 |
| Asset Disposition & Sales | 20 | 18.5 | 24,000 | 22,829.50 |
| Relief from Stay / Adequate Protection Motions | 1 | 0.1 | 1,200 | 160.00 |
| Court Hearings | 10 | 7.5 | 12,000 | 8,911.00 |
| Creditor Committee Meetings | 5 | 2.8 | 6,000 | 3,575.50 |
| Case Analysis/ Pleading Analysis and Responses | 1 | 0.2 | 1,200 | 320.00 |
| Stroock Fee Applications | 15 | 11.7 | 9,000 | 9,356.00 |
| Other Professional Fee Applications | 1 | 1.1 | 1,200 | 1,760.00 |
| Cash Collateral/DIP/Financing | 1 | 0.1 | 1,200 | 160.00 |
| Litigation & Adversary Proceedings | 15 | 11.9 | 18,000 | 9,213.00 |
| Employee Benefits / Pensions | 15 | 15.8 | 18,000 | 21,796.50 |
| Claims Administration & Objections | 10 | 6.9 | 12,000 | 8,830.50 |
| Plan & Disclosure Statement | 75 | 64.9 | 90,000 | 78,886.50 |
| **Total** | **189** | **159.0** | **$213,800** | **$182,371.00** |

STROOCK & STROOCK & LAVAN LLP                                    .
Frank A. Merola
Brett Lawrence
Erez E. Gilad
Gabriel E. Sasson
180 Maiden Lane
New York, NY 10038-4982
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Counsel for the Official*
*Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | **x** | |
| | **:** | |
| **In re** | **:** | **Chapter 11** |
| | **:** | |
| **LSC COMMUNICATIONS, INC., *et al.*,**[1] | **:** | **Case No. 20-10950 (SHL)** |
| | **:** | |
| **Debtors.** | **:** | **Jointly Administered** |
| | **:** | |
| | **:** | |
| | **x** | |

**STAFFING PLAN OF STROOCK & STROOCK & LAVAN LLP, COUNSEL TO THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD FROM**
**JANUARY 1, 2021 THROUGH AND INCLUDING JANUARY 31, 2021**

---

[1]      The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  LSC Communications, Inc. (9580); Courier Communications LLC (2268); Courier Kendallville, Inc. (4679); Courier New Media, Inc. (1312); Dover Publications, Inc. (0853); LSC Communications Logistics, LLC (9496); LSC Communications MM LLC (5577); LSC Communications US, LLC (4157); LSC International Holdings, Inc. (4995); National Publishing Company (8213); Publishers Press, LLC (7265); Continuum Management Company, LLC (2627); Clark Distribution Systems, Inc. (5778); Clark Holdings Inc. (9172); Clark Worldwide Transportation, Inc. (5773); The Clark Group, Inc. (6223); Courier Companies, Inc. (7588); Courier Publishing, Inc. (3681); F.T.C. Transport, Inc. (8699); LibreDigital, Inc. (7160); LSC Communications Printing Company (7012); and Research & Education Association, Inc. (3922).  The Debtors' corporate headquarters is located at 191 N. Wacker Drive, Suite 1400, Chicago, IL 60606.

| Category of Time Keeper | Estimated Number of Timekeepers Expected to Work on the Matter During the Budget Period | Actual Number of Timekeepers that Worked on the Matter During the Budget Period | Average Hourly Rate |
|---|---|---|---|
| Partners | 5 | 5 | $1395 |
| Of Counsel, Special Counsel & Senior Associates (7+ years of experience) | 0 | 0 | N/A |
| Associates (4-6 years of experience) | 3 | 2 | 970 |
| Junior Associates (1-3 years of experience) | 1 | 1 | 828 |
| Paraprofessionals | 2 | 3 | 4 |

STROOCK & STROOCK & LAVAN LLP                                          .
Frank A. Merola
Brett Lawrence
Erez E. Gilad
Gabriel E. Sasson
180 Maiden Lane
New York, NY 10038-4982
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Counsel for the Official*
*Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | x | |
| | : | |
| **In re** | : | **Chapter 11** |
| | : | |
| **LSC COMMUNICATIONS, INC., *et al.*,**[1] | : | **Case No. 20-10950 (SHL)** |
| | : | |
| **Debtors.** | : | **Jointly Administered** |
| | : | |
| | : | |
| | : | |
| | : | |
| | x | |

**BUDGET OF STROOCK & STROOCK & LAVAN LLP, COUNSEL TO THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD FROM**
**FEBRUARY 1, 2021 THROUGH AND INCLUDING FEBRUARY 28, 2021**

---

[1]      The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  LSC Communications, Inc. (9580); Courier Communications LLC (2268); Courier Kendallville, Inc. (4679); Courier New Media, Inc. (1312); Dover Publications, Inc. (0853); LSC Communications Logistics, LLC (9496); LSC Communications MM LLC (5577); LSC Communications US, LLC (4157); LSC International Holdings, Inc. (4995); National Publishing Company (8213); Publishers Press, LLC (7265); Continuum Management Company, LLC (2627); Clark Distribution Systems, Inc. (5778); Clark Holdings Inc. (9172); Clark Worldwide Transportation, Inc. (5773); The Clark Group, Inc. (6223); Courier Companies, Inc. (7588); Courier Publishing, Inc. (3681); F.T.C. Transport, Inc. (8699); LibreDigital, Inc. (7160); LSC Communications Printing Company (7012); and Research & Education Association, Inc. (3922).  The Debtors' corporate headquarters is located at 191 N. Wacker Drive, Suite 1400, Chicago, IL 60606.

| Project Category | Estimated Hours | Actual Hours | Estimated Fees | Actual Fees |
|---|---|---|---|---|
| Case Administration | 10 | 7.4 | $ 6,000 | 3,663.00 |
| Meetings & Communications with Debtors | 10 | 6.3 | 14,000 | 9,034.50 |
| Asset Disposition & Sales | 10 | 6.3 | 12,000 | 7,742.50 |
| Relief from Stay / Adequate Protection Motions | 1 | 0.2 | 1,200 | 320.00 |
| Court Hearings | 10 | 6.4 | 12,000 | 7,049.00 |
| Creditor Committee Meetings | 5 | 3.7 | 6,000 | 4,786.00 |
| Case Analysis/ Pleading Analysis and Responses | 5 | 2.1 | 6,000 | 2,971.50 |
| Stroock Fee Applications | 10 | 8.0 | 6,000 | 5,359.00 |
| Other Professional Fee Applications | 1 | 0.9 | 1,200 | 1,440.00 |
| Leases and Contracts | 1 | 0.5 | 1,200 | 800.00 |
| Employee Benefits / Pensions | 1 | 0.7 | 1,200 | 1,120.00 |
| Schedules/SoFAs/UST Reports | 1 | 0.2 | 1,200 | 320.00 |
| Claims Administration & Objections | 10 | 6.9 | 12,000 | 8,088.50 |
| Plan & Disclosure Statement | 100 | 84.7 | 120,000 | 97,764.00 |
| **Total** | **175** | **134.3** | **$200,000** | **$150,458.00** |

STROOCK & STROOCK & LAVAN LLP                                                              .
Frank A. Merola
Brett Lawrence
Erez E. Gilad
Gabriel E. Sasson
180 Maiden Lane
New York, NY 10038-4982
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Counsel for the Official*
*Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | **x** | |
| | **:** | |
| **In re** | **:** | **Chapter 11** |
| | **:** | |
| **LSC COMMUNICATIONS, INC.,** *et al.*,[1] | **:** | **Case No. 20-10950 (SHL)** |
| | **:** | |
| **Debtors.** | **:** | **Jointly Administered** |
| | **:** | |
| | **:** | |
| | **:** | |
| | **x** | |

**STAFFING PLAN OF STROOCK & STROOCK & LAVAN LLP, COUNSEL TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD FROM
FEBRUARY 1, 2021 THROUGH AND INCLUDING FEBRUARY 28, 2021**

---

[1]      The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  LSC Communications, Inc. (9580); Courier Communications LLC (2268); Courier Kendallville, Inc. (4679); Courier New Media, Inc. (1312); Dover Publications, Inc. (0853); LSC Communications Logistics, LLC (9496); LSC Communications MM LLC (5577); LSC Communications US, LLC (4157); LSC International Holdings, Inc. (4995); National Publishing Company (8213); Publishers Press, LLC (7265); Continuum Management Company, LLC (2627); Clark Distribution Systems, Inc. (5778); Clark Holdings Inc. (9172); Clark Worldwide Transportation, Inc. (5773); The Clark Group, Inc. (6223); Courier Companies, Inc. (7588); Courier Publishing, Inc. (3681); F.T.C. Transport, Inc. (8699); LibreDigital, Inc. (7160); LSC Communications Printing Company (7012); and Research & Education Association, Inc. (3922).  The Debtors' corporate headquarters is located at 191 N. Wacker Drive, Suite 1400, Chicago, IL 60606.

| Category of Time Keeper | Estimated Number of Timekeepers Expected to Work on the Matter During the Budget Period | Actual Number of Timekeepers that Worked on the Matter During the Budget Period | Average Hourly Rate |
|---|---|---|---|
| Partners | 4 | 3 | $1482 |
| Of Counsel, Special Counsel & Senior Associates (7+ years of experience) | 0 | 0 | N/A |
| Associates (4-6 years of experience) | 3 | 2 | 970 |
| Junior Associates (1-3 years of experience) | 1 | 1 | 685 |
| Paraprofessionals | 2 | 2 | 495 |

STROOCK & STROOCK & LAVAN LLP                                          .
Frank A. Merola
Brett Lawrence
Erez E. Gilad
Gabriel E. Sasson
180 Maiden Lane
New York, NY 10038-4982
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Counsel for the Official*
*Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | **x** | |
| | **:** | |
| **In re** | **:** | **Chapter 11** |
| | **:** | |
| **LSC COMMUNICATIONS, INC.,** *et al.*,[1] | **:** | **Case No. 20-10950 (SHL)** |
| | **:** | |
| **Debtors.** | **:** | **Jointly Administered** |
| | **:** | |
| | **:** | |
| | **:** | |
| | **:** | |
| | **x** | |

**BUDGET OF STROOCK & STROOCK & LAVAN LLP, COUNSEL TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD FROM
<u>MARCH 1, 2021 THROUGH AND INCLUDING MARCH 10, 2021</u>**

---

[1]      The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  LSC Communications, Inc. (9580); Courier Communications LLC (2268); Courier Kendallville, Inc. (4679); Courier New Media, Inc. (1312); Dover Publications, Inc. (0853); LSC Communications Logistics, LLC (9496); LSC Communications MM LLC (5577); LSC Communications US, LLC (4157); LSC International Holdings, Inc. (4995); National Publishing Company (8213); Publishers Press, LLC (7265); Continuum Management Company, LLC (2627); Clark Distribution Systems, Inc. (5778); Clark Holdings Inc. (9172); Clark Worldwide Transportation, Inc. (5773); The Clark Group, Inc. (6223); Courier Companies, Inc. (7588); Courier Publishing, Inc. (3681); F.T.C. Transport, Inc. (8699); LibreDigital, Inc. (7160); LSC Communications Printing Company (7012); and Research & Education Association, Inc. (3922).  The Debtors' corporate headquarters is located at 191 N. Wacker Drive, Suite 1400, Chicago, IL 60606.

| Project Category | Estimated Hours | Actual Hours | Estimated Fees | Actual Fees |
|---|---|---|---|---|
| Case Administration | 10 | 2.6 | $ 6,000 | 1,287.00 |
| Meetings & Communications with Debtors | 1 | 0.0 | 7,000 | 0.00 |
| Asset Disposition & Sales | 5 | 1.9 | 6,000 | 2,392.00 |
| Relief from Stay / Adequate Protection Motions | 1 | 0.7 | 1,200 | 1,120.00 |
| Court Hearings | 1 | 0.0 | 1,200 | 0.00 |
| Creditor Committee Meetings | 1 | 0.5 | 1,200 | 611.00 |
| Case Analysis/ Pleading Analysis and Responses | 1 | 0.0 | 1,200 | 0.00 |
| Stroock Fee Applications | 5 | 4.0 | 3,000 | 2,391.00 |
| Other Professional Fee Applications | 1 | 0.4 | 1,200 | 640.00 |
| Cash Collateral/DIP/Financing | 1 | 0.1 | 1,200 | 160.00 |
| Schedules/SoFAs/UST Reports | 1 | 0.2 | 1,200 | 320.00 |
| Claims Administration & Objections | 1 | 0.0 | 1,200 | 0.00 |
| Plan & Disclosure Statement | 10 | 5.2 | 12,000 | 6,335.50 |
| **Total** | 38 | **15.6** | $43,600 | **15,256.50** |

STROOCK & STROOCK & LAVAN LLP                                                      .
Frank A. Merola
Brett Lawrence
Erez E. Gilad
Gabriel E. Sasson
180 Maiden Lane
New York, NY 10038-4982
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Counsel for the Official*
*Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | x | |
| | : | |
| **In re** | : | **Chapter 11** |
| | : | |
| **LSC COMMUNICATIONS, INC.,** *et al.*,[1] | : | **Case No. 20-10950 (SHL)** |
| | : | |
| **Debtors.** | : | **Jointly Administered** |
| | : | |
| | : | |
| | : | |
| | x | |

**STAFFING PLAN OF STROOCK & STROOCK & LAVAN LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD FROM <u>MARCH 1, 2021 THROUGH AND INCLUDING MARCH 10, 2021</u>**

---

[1]     The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  LSC Communications, Inc. (9580); Courier Communications LLC (2268); Courier Kendallville, Inc. (4679); Courier New Media, Inc. (1312); Dover Publications, Inc. (0853); LSC Communications Logistics, LLC (9496); LSC Communications MM LLC (5577); LSC Communications US, LLC (4157); LSC International Holdings, Inc. (4995); National Publishing Company (8213); Publishers Press, LLC (7265); Continuum Management Company, LLC (2627); Clark Distribution Systems, Inc. (5778); Clark Holdings Inc. (9172); Clark Worldwide Transportation, Inc. (5773); The Clark Group, Inc. (6223); Courier Companies, Inc. (7588); Courier Publishing, Inc. (3681); F.T.C. Transport, Inc. (8699); LibreDigital, Inc. (7160); LSC Communications Printing Company (7012); and Research & Education Association, Inc. (3922).  The Debtors' corporate headquarters is located at 191 N. Wacker Drive, Suite 1400, Chicago, IL 60606.

| Category of Time Keeper | Estimated Number of Timekeepers Expected to Work on the Matter During the Budget Period | Actual Number of Timekeepers that Worked on the Matter During the Budget Period | Average Hourly Rate |
|---|---|---|---|
| Partners | 3 | 2 | $1398 |
| Of Counsel, Special Counsel & Senior Associates (7+ years of experience) | 0 | 0 | N/A |
| Associates (4-6 years of experience) | 1 | 1 | 970 |
| Junior Associates (1-3 years of experience) | 1 | 0 | N/A |
| Paraprofessionals | 2 | 2 | 495 |